| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**FairPoint Communications, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**MJD Communications, Inc./FairPoint** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Social-Security No./Complete EIN or other Tax-I.D. No. (if more than one, state all):<br>**EIN # 13-3725229** | Last four digits of Social-Security No./Complete EIN or other Tax-I.D. No. (if more than one, state all):<br>**N/A** |
| Street Address of Debtor (No. and Street, City, and State):<br>**521 East Morehead Street, Suite 500**<br>**Charlotte, NC**    ZIP CODE **28202** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**N/A**    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Mecklenburg** | County of Residence or of the Principal Place of Business:<br>**N/A** |
| Mailing Address of Debtor (if different from street address):<br>**N/A**    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>**N/A**    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A**    ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other  **Communications**

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors**

**Check one box:**

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(B).

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information-**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors **(Consolidated with affiliates)**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☒ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets **(Consolidated with affiliates)**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☒ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities **(Consolidated with affiliates)**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☒ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**FairPoint Communications, Inc.** | |
|---|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| Location<br>Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**See Attached Schedule 1** | Case Number: **Pending** | Date Filed: **10/26/09** |
| District: **Southern District of New York** | Relationship: **Affiliates** | Judge: **Pending** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b). |
| ☒ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)               Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No. (See Exhibit C attached hereto) |

| **Exhibit D**<br><br>**NOT APPLICABLE** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐        Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐        Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☐        Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☒        There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐        Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br><br>**NOT APPLICABLE** |
|---|
| ☐        Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐        Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐        Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐        Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)). |

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**FairPoint Communications, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (if not represented by attorney)

_____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    Date

### Signature of Attorney*

X ___/s/ Luc A. Despins_____
    Signature of Attorney for Debtor(s)

Luc A. Despins, Esq.
    Printed Name of Attorney for Debtor(s)

Paul Hastings, Janofsky & Walker LLP
    Firm Name

75 East 55th Street
    Address

New York, New York 10022-3205

(212) 318-6000
    Telephone Number

October 26 , 2009
    Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ____/s/ Alfred C. Giammarino_____
    Signature of Authorized Individual

Alfred C. Giammarino
    Printed Name of Authorized Individual

Chief Financial Officer
    Title of Authorized Individual

October 26, 2009
    Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
_____
_____

x _____
_____
    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## Schedule 1 to Chapter 11 Petition for FairPoint Communications, Inc.

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER OR AFFILIATE OF THIS DEBTOR | | |
|---|---|---|
| **Name of Debtor:**<br>C & E Communications, Ltd. | **Case No.**<br><br>**09-**_____ ( ) | **Date Filed:** |
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |
| **Name of Debtor:**<br>BE Mobile Communications, Incorporated | **Case No.**<br><br>**09-**_____ ( ) | **Date Filed:** |
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |
| **Name of Debtor:**<br>Bentleyville Communications Corporation | **Case No.**<br><br>**09-**_____ ( ) | **Date Filed:** |
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |
| **Name of Debtor:**<br>Berkshire Cable Corp. | **Case No.**<br><br>**09-**_____ ( ) | **Date Filed:** |
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |
| **Name of Debtor:**<br>Berkshire Cellular, Inc. | **Case No.**<br><br>**09-**_____ ( ) | **Date Filed:** |
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |
| **Name of Debtor:**<br>Berkshire Net, Inc. | **Case No.**<br><br>**09-**_____ ( ) | **Date Filed:** |
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |
| **Name of Debtor:**<br>Berkshire New York Access, Inc. | **Case No.**<br><br>**09-**_____ ( ) | **Date Filed:** |
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>Berkshire Telephone Corporation | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>Big Sandy Telecom, Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>Bluestem Telephone Company | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>Chautauqua & Erie<br>Communications, Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>Chautauqua and Erie Telephone<br>Corporation | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>China Telephone Company | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>Chouteau Telephone Company | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>Columbine Telecom Company | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|

| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |
|---|---|---|

| Name of Debtor: Comerco, Inc. | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Commtel Communications Inc. | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Community Service Telephone Co. | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: C-R Communications, Inc. | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: C-R Long Distance, Inc. | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: C-R Telephone Company | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: El Paso Long Distance Company | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor:<br>Ellensburg Telephone Company | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>Elltel Long Distance Corp. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>Enhanced Communications of<br>Northern New England Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>ExOp of Missouri, Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>FairPoint Broadband, Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>FairPoint Carrier Services, Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>FairPoint Communications<br>Missouri, Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>FairPoint Communications<br>Solutions Corp. – New York | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>FairPoint Communications<br>Solutions Corp. – Virginia | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>FairPoint Logistics, Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>FairPoint Vermont, Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>Fremont Broadband, LLC | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>Fremont Telcom Co. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>Fretel Communications, LLC | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| **District:**<br>Southern District of New York | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Pending |

| Name of Debtor:<br>Germantown Long Distance<br>Company | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|

| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
|---|---|---|

| Name of Debtor:<br>GIT-CELL, Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>GITCO Sales, Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br><br>GTC Communications, Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>GTC Finance Corporation | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>GTC, Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>Maine Telephone Company | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>Marianna and Scenery Hill<br>Telephone Company | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor: MJD Services Corp. | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: MJD Ventures, Inc. | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Northern New England Telephone Operations LLC | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Northland Telephone Company of Maine, Inc. | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Odin Telephone Exchange, Inc | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Orwell Communications, Inc. | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Peoples Mutual Long Distance Company | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor:<br>Peoples Mutual Services Company | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>Peoples Mutual Telephone<br>Company | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>Quality One Technologies, Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>Ravenswood Communications,<br>Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>Sidney Telephone Company | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>S T Computer Resources, Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>S T Enterprises, Ltd. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>ST Long Distance, Inc. | Case No.<br><br>**09**-_____( ) | Date Filed: |
|---|---|---|

| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |
|---|---|---|

| Name of Debtor: St. Joe Communications, Inc. | Case No. 09-_____( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Standish Telephone Company | Case No. 09-_____( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Sunflower Telephone Company, Inc. | Case No. 09-_____( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Taconic Technology Corp. | Case No. 09-_____( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Taconic TelCom Corp. | Case No. 09-_____( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Taconic Telephone Corp. | Case No. 09-_____( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Telephone Operating Company of Vermont LLC | Case No. 09-_____( ) | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| Name of Debtor:<br>Telephone Service Company | Case No.<br><br>**09**-_____ ( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>The Columbus Grove Telephone<br>Company | Case No.<br><br>**09**-_____ ( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>The El Paso Telephone Company | Case No.<br><br>**09**-_____ ( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>The Germantown Independent<br>Telephone Company | Case No.<br><br>**09**-_____ ( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>The Orwell Telephone Company | Case No.<br><br>**09**-_____ ( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>UI Communications, Inc. | Case No.<br><br>**09**-_____ ( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br>UI Long Distance, Inc. | Case No.<br><br>**09**-_____ ( ) | Date Filed: |
|---|---|---|
| District:<br>Southern District of New York | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor: UI Telecom, Inc. | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| **District:** Southern District of New York | **Relationship:** Affiliate | **Judge:** Pending |

| Name of Debtor: Unite Communications Systems, Inc. | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| **District:** Southern District of New York | **Relationship:** Affiliate | **Judge:** Pending |

| Name of Debtor: Utilities, Inc. | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| **District:** Southern District of New York | **Relationship:** Affiliate | **Judge:** Pending |

| Name of Debtor: Yates City Telephone Company | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| **District:** Southern District of New York | **Relationship:** Affiliate | **Judge:** Pending |

| Name of Debtor: YCOM Networks, Inc. | Case No. 09-_____ ( ) | Date Filed: |
|---|---|---|
| **District:** Southern District of New York | **Relationship:** Affiliate | **Judge:** Pending |

On the date hereof, each of the affiliated entities listed above (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court For the Southern District of New York (the "Court"). A motion has been filed or shortly will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

In re:                                          :
                                                :
FAIRPOINT COMMUNICATIONS, INC.,    :      **Chapter 11**
Debtor.                       :
                                                :      **Case No. 09-_____ (___)**

--------------------------------------------------------x

## EXHIBIT A TO VOLUNTARY PETITION

1.      If any of debtor's securities are registered under Section 12 of the Securities and Exchange Act of 1934, the SEC file number is 333-56365

2.      The following consolidated and unaudited financial data is the latest available information and refers to the debtor's condition on June 30, 2009.

| | | |
|---|---|---|
| a. | Total assets (book value) | $3,235,604,000 |
| b. | Total debts (including debts listed in 2.c., below) | $3,234,472,000[1] |
| c. | Debt securities held by more than 500 holders:[2] | |

|  |  |  |  |  |  |  |  | Approximate number of holders |
|---|---|---|---|---|---|---|---|---|
| secured | ☐ | unsecured | ☐ | subordinated | ☒ | ☐ | $91,517,000 [3] | Not available |
| secured | ☐ | unsecured | ☐ | subordinated | ☒ | ☐ | $458,478,661[4] | Not available |

d.      Number of shares of preferred stock: 0 issued

e.      Number of shares of common stock:

200,000,000 Authorized
89,496,847 Outstanding

---

[1] This number is current as of June 30, 2009. The debtor entered into a Second Supplemental Indenture dated July 29, 2009 and the new debt securities amounts outstanding as a result of the Second Supplemental Indenture are reflected in paragraph 2c. The debtor estimates the Second Supplemental Indenture resulted in approximately $20 million in additional debt.

[2]  The debtor believes that its public unsecured debt is not held by more than 500 holders; however, the debtor was unable to determine with certainty the number of beneficial holders for each issuance of debt securities. Therefore, out of an abundance of caution, all of the debtor's outstanding debt securities are listed herein.

[3] 13 1/8% Senior Notes due 2018 issued under the Indenture dated March 31, 2008 and First Supplemental Indenture dated March 31, 2008.

[4] 13 1/8% Senior Notes due 2018 issued under the Second Supplemental Indenture.

3.      Brief description of debtor's business: FairPoint provides communications services in rural and small urban communities, including local and long distance voice, data, internet and broadband services.

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Barclays Global Investors, N.A.      6.8%

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x
In re:                                                   :
                                                         :
FAIRPOINT COMMUNICATIONS, INC.,  :          **Chapter 11**
                    **Debtor.**              :
                                                         :          **Case No. 09-_____ (___)**
--------------------------------------------------------x

## EXHIBIT 'C' TO VOLUNTARY PETITION

     1.       Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

     The Debtor does not believe it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety. To the extent the Debtor has an interest in such property, to the best of the Debtor's knowledge, the Debtor is in compliance with all applicable laws, including, without limitation, all environmental laws and regulations.

     2.       With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

     The Debtor is not aware of any real or alleged dangerous conditions existing on or related to any real or personal property owned or possessed by the Debtor.

# CERTIFICATE OF RESOLUTIONS

I, Alfred C. Giammarino, a duly authorized officer of FairPoint Communications, Inc. ("Company"), hereby certify that at a special meeting of the board of directors for the Company ("Board"), duly called and held on October 25, 2009, the following resolutions were adopted and that these resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

RESOLVED, that, in the judgment of the Board of Directors (the "Board") of FairPoint Communications, Inc. (the "Company"), it is desirable and in the best interests of the Company, its creditors, employees, customers and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

RESOLVED, that any of the Company's chief executive officer, president, chief financial officer or general counsel (each being an "Authorized Person" and all being the "Authorized Persons") are hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute, deliver and verify any and all petitions and amendments thereto under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time or in such other jurisdiction as such Authorized Person executing the same shall determine.

RESOLVED, that the law firm of Paul, Hastings, Janofsky & Walker LLP is hereby engaged as attorneys for the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

RESOLVED, that the firm of Rothschild Inc. is hereby engaged as financial advisers for the Company in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

RESOLVED, that the firm of AlixPartners LLP is hereby engaged as restructuring advisors for the Company in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

RESOLVED, that each Authorized Person, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case or to effect the purposes and intent of the foregoing resolutions.

RESOLVED, that in connection with the commencement of the Chapter 11 Case, each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, be, and each hereby is, authorized, empowered and directed, in the name

and on behalf of the Company, to negotiate, execute, deliver and perform or cause the performance of a debtor-in-possession loan facility, including, in connection therewith, such guarantees, notes, security agreements and other agreements, certificates, or instruments as such officer or officers executing the same considers appropriate, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company and any affiliates thereof.

RESOLVED, that each Authorized Person is authorized, empowered and directed, in the name and on behalf of the Company, to engage and retain all assistance by legal counsel, accountants, financial advisors, and other professionals in connection with the Chapter 11 Case, with a view to the successful prosecution of such case or to effect the purposes and intent of the foregoing resolutions.

RESOLVED, that each Authorized Person, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such persons shall be or become necessary, proper and desirable to effectuate a successful reorganization of the business of the Company or to effect the purposes and intent of the foregoing resolutions.

RESOLVED, that each Authorized Person be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to execute such consents of the Company, as such Authorized Person considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action.

RESOLVED, that each Authorized Person is authorized, empowered and directed, in the name and on behalf of the Company, as the case may be, and any such actions heretofore taken by any of them are hereby ratified, confirmed and approved in all respects, to: (i) negotiate, execute, deliver and/or file any and all of the agreements, documents and instruments referenced herein, and such other agreements, documents and instruments and assignments thereof as may be required or as such officers deem appropriate or advisable, or to cause the negotiation, execution and delivery thereof, in the name and on behalf of the Company, as the case may be, in such form and substance as such officers may approve, together with such changes and amendments to any of the terms and conditions thereof as such officers may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such officers to constitute evidence of such approval, (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Company, any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such officers deem appropriate or advisable in connection therewith, and (iii) doing such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated thereby.

RESOLVED, that any Authorized Persons, any one of whom may act without joinder of any others, be, and hereby, are authorized, empowered and directed for and behalf of the Company and its subsidiaries to execute a plan support agreement (the "Plan Support Agreement") in the form annexed hereto as Exhibit A.

RESOLVED, that any and all past actions heretofore taken by the Board or any Authorized Person in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.


IN WITNESS WHEREOF, I have set my hand this 26th day of October, 2009.



___/s/ Alfred C. Giammarino_____
By:    Alfred. C. Giammarino
Title: Chief Financial Officer

## EXHIBIT A

PLAN SUPPORT AGREEMENT

The Plan Support Agreement is attached as Exhibit C to the
Declaration of Alfred C. Giammarino Pursuant to Rule 1007-2 of the
Local Bankruptcy Rules for the Southern District of New York
in Support of First Day Motions dated October 26, 2009

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------x
In re:                                              :
                                                    :
FAIRPOINT COMMUNICATIONS, INC.,  :   Chapter 11
                    Debtor.                         :
                                                    :   Case No. 09-_____ (____)
----------------------------------------------------x
```

## CONSOLIDATED LIST OF CREDITORS
## <u>HOLDING 50 LARGEST UNSECURED CLAIMS</u>

The following is a consolidated list of creditors holding the 50 largest unsecured claims against FairPoint Communications, Inc. and its affiliated debtors ("<u>FairPoint</u>"). This list has been prepared based upon the unaudited books and records of FairPoint. The list reflects amounts from FairPoint's books and records as of October 26, 2009. Except as set forth above, this list has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is less than the total amount of such creditor's claim. The information herein shall not constitute an admission of liability by, nor is it binding on, FairPoint. Moreover, nothing herein shall affect FairPoint's right to challenge the amount or characterization of any claim at a later date.

| | NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SET-OFF) | AMOUNT OF CLAIM (IF SECURED VALUE OF SECURITY) | ENTITIES LIABLE ON DEBT (IF KNOWN) |
|---|---|---|---|---|---|---|
| 1. | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE | ATTN: RICK ROKOSCH U.S. BANK NATIONAL ASSOCIATION 60 LIVINGSTON AVE EP-MN-WS3C ST. PAUL, MN 55107-2292 | SENIOR NOTES | | $574,636,995 | FAIRPOINT COMMUNICATIONS, INC. |
| 2. | CAPGEMINI | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 6400 SHAFER COURT ROSEMONT, IL 60018 P: 847-384-6100 F: 847-384-0500 | TRADE DEBT | | $19,795,980.00 | FAIRPOINT COMMUNICATIONS, INC. |
| 3. | NATIONAL EXCHANGE CARRIERS ASSOCIATION | ATTN: CAROL A. BRENNAN 6400 S. FIDDLERS GREEN CIRCLE #1300 GREENWOOD VILLAGE, CO 80111 P: 303-893-4402 CBRENNAN@NECA.ORG | TRADE DEBT | | $5,765,088.00 | TELEPHONE OPERATING ENTITIES |

| NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SET-OFF) | AMOUNT OF CLAIM (IF SECURED VALUE OF SECURITY) | ENTITIES LIABLE ON DEBT (IF KNOWN) |
|---|---|---|---|---|---|
| 4. VERIZON BUSINESS NETWORK SERVICES, INC. | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT P.O. BOX 981820 EL PASO, TX 79998 P: 800-555-8879 F: 309-820-7044 | TRADE DEBT | | $2,035,398.86 | TELEPHONE OPERATING ENTITIES |
| 5. OCCAM NETWORKS INC | ATTN: JEFF BEER 2805 MONTCLARE CT AURORA, IL 60504 P: 805-692-2989 F: 805-692-2999 JBEER@OCCAMNETWORKS.COM | TRADE DEBT | | $1,932,956.48 | FAIRPOINT COMMUNICATIONS, INC. |
| 6. BYERS ENGINEERING CO | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 6285 BARFIELD RD ATLANTA, GA 0328-4303 P: 404-843-1000 F: 404-843-2000 | TRADE DEBT | | $1,721,037.47 | FAIRPOINT COMMUNICATIONS, INC. |
| 7. POWER & TELEPHONE SUPPLY CO | ATTN: DALE STEVENSON 2673 YALE AVENUE MEMPHIS, TN 38112 P: 901-866-3097 F: 336-249-7475 DALE.STEVENSON@PTSUPPLY.COM | TRADE DEBT | | $1,403,020.00 | FAIRPOINT COMMUNICATIONS, INC. |
| 8. COMMUNICATIONS DATA GROUP, INC | ATTN: MIKE RUNYON 102 S. DUNCAN RD CHAMPAIGN, IL 61822 P: 217-355-7106 F: 217-351-6994 MIKER@CDG.WS | TRADE DEBT | | $858,420.86 | FAIRPOINT COMMUNICATIONS, INC. |
| 9. ZAMPELL BUILDING SERVICES | ATTN: JAMES ZAMPELL 3 STANLEY TUCKER DRIVE NEWBURYPORT, MA 01950 P: 978-499-5137 F: 978-499-7137 JAMES.ZAMPELL@ZAMPELL.COM | TRADE DEBT | | $798,671.30 | FAIRPOINT COMMUNICATIONS, INC. |
| 10. VOLT DELTA RESOURCES LLC | ATTN: TIM MOORE 560 LEXINGTON AVE, 14TH FLOOR NEW YORK, NY 10022 P: 212-785-8864 TIMMORE@VOLTDELTA.COM | TRADE DEBT | | $791,104.66 | FAIRPOINT COMMUNICATIONS, INC. |
| 11. TELENETWORK PARTNERS LTD | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 350 BARNES ST, SUITE 105 SAN MARCOS, TX 78666 P: 800-580-3355 | TRADE DEBT | | $785,765.09 | FAIRPOINT COMMUNICATIONS, INC. |
| 12. GLACIAL ENERGY OF NEW ENGLAND | ATTN: GRAIG JOYCE 24 ROUTE 6A, SUITES 1 AND 2 SANDWICH, MA 02563 P: 781-325-2858 F: 508-437-0291 GRAIG.JOYCE@GLACIALENERGY.COM | TRADE DEBT | | $736,368.00 | FAIRPOINT COMMUNICATIONS, INC. |
| 13. ALCATEL - LUCENT USA INC | ATTN: GARY MILEWSKI 600-700 MOUNTAIN AVENUE MURRAY HILL, NJ 07974 P: 978-346-9339 GMILEWSKI@ALCATEL-LUCENT.COM | TRADE DEBT | | $608,843.78 | FAIRPOINT COMMUNICATIONS, INC. |

| | NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SET-OFF) | AMOUNT OF CLAIM (IF SECURED VALUE OF SECURITY) | ENTITIES LIABLE ON DEBT (IF KNOWN) |
|---|---|---|---|---|---|---|
| 14. | CRC COMMUNICATIONS OF MAINE INC | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 56 CAMPUS DR NEW GLOUCESTER, ME 04260 P: 207-688-8811 | TRADE DEBT | | $582,192.13 | FAIRPOINT COMMUNICATIONS, INC. |
| 15. | HEWLETT-PACKARD CO | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 3000 HANOVER STREET  PALO ALTO, CA 94304 P: 650-857-1501 F: 650-857-5518 | TRADE DEBT | | $526,832.46 | FAIRPOINT COMMUNICATIONS, INC. |
| 16. | ON TARGET UTILITY SERVICES | ATTN: MIKE FALLONA, GENERAL MANAGER – OWNER 617 WATER ST GARDINER, ME 04345 P: 207-588-4516 MFALLONA@ONTARGETSERVICES.COM | TRADE DEBT | | $522,577.68 | FAIRPOINT COMMUNICATIONS, INC. |
| 17. | VERIZON WIRELESS MESSAGING SERVICES, LLC | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT KIM PICCOLI 99 EAST RIVER DR 9TH FLOOR EAST HARTFORD, CT 06108 P: 800-555-8879 F: 309-820-7044 | TRADE DEBT | | $498,981.07 | FAIRPOINT COMMUNICATIONS, INC., VERIZON/FAIRPOINT, NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC; TELEPHONE OPERATING COMPANY OF VERMONT LLC; ENHANCED COMMUNICATIONS OF NORTHERN NEW ENGLAND INC & TELEPHONE OPERATING ENTITIES |
| 18. | NEW HAMPSHIRE ELECTRIC COOP | ATTN: LEGAL OFFICER/BANKRUPTCY DEPARTMENT 579 TENNEY MOUNTAIN HIGHWAY PLYMOUTH, NH 03264-3154 P: 800-698-2007 F: 603-536-8687 | TRADE DEBT | | $417,714.17 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC |
| 19. | MCFARLAND CASCADE FOR-TEK | ATTN: JOHN SMALL 1400 IRON HORSE PARK 1640 E. MARC AVE NORTH BILLERICA, MA 01862 P: 800-566-8425 F: 978-667-8978 JOHNSM@LDM.COM | TRADE DEBT | | $351,266.62 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC AND TELEPHONE OPERATING COMPANY OF VERMONT LLC |
| 20. | WISOR TELECOM | 300 PROFESSIONAL DR GAITHERSBURG, MD 20879 P: 301-417-9401 | TRADE DEBT | | $349,625.00 | FAIRPOINT COMMUNICATIONS, INC. |

| | NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SET-OFF) | AMOUNT OF CLAIM (IF SECURED VALUE OF SECURITY) | ENTITIES LIABLE ON DEBT (IF KNOWN) |
|---|---|---|---|---|---|---|
| 21. | MAINE PRINTING CO | ATTN: RYAN JACKSON 2275 CONGRESS ST PORTLAND, ME 04102 P: 207-774-6116 X 3322 RJACKSON@MPXONLINE.COM | TRADE DEBT | | $321,813.71 | FAIRPOINT COMMUNICATIONS, INC. AND ITS PRESENT AND FUTURE SUBSIDIARIES |
| 22. | VERISIGN INC | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT PO BOX 2909 OLYMPIA, WA 98507 | TRADE DEBT | | $294,000.00 | CHINA TELEPHONE COMPANY, MAINE TELEPHONE COMPANY, NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC, NORTHLAND TELEPHONE COMPANY OF MAINE, INC. SIDNEY TELEPHONE COMPANY, STANDISH TELEPHONE COMPANY |
| 23. | SHIELDS ENVIRONMENTAL INC | ATTN: TONI GIBBS 4150 CHURCH ST SANFORD, FL 32771 P: 407-708-1869 TONI.GIBBS@SHIELDS-E.US | TRADE DEBT | | $291,889.00 | FAIRPOINT COMMUNICATIONS, INC. |
| 24. | VITAL ECONOMY INC | ATTN: FRANK KNOT PO BOX 314 RIDERWOOD, MD 21139 P: 410-321-1484 F: 410-321-9553 | TRADE DEBT | | $251,218.17 | FAIRPOINT COMMUNICATIONS, INC. |
| 25. | NCO FINANCIAL SYSTEMS INC | ATTENTION: JOSHUA GINDIN, EVP 507 PRUDENTIAL ROAD HORSHAM, PA 19044 P: 800-220-2274; 215-441-3000 F: 866-269-8669; 215-441-3931 | TRADE DEBT | | $225,886.55 | FAIRPOINT COMMUNICATIONS, INC. |
| 26. | KANSYS INC | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 910 W FRONTIER LANE OLATHE, KS 66061 P: 913-780-5291; 800-981-6491 | TRADE DEBT | | $219,999.59 | FAIRPOINT COMMUNICATIONS, INC. |
| 27. | LOGICA NORTH AMERICA INC | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 10375 RICHMOND AVENUE SUITE 1000 HOUSTON, TX 77042 P: 713-954-7000 F: 713-954-7380 | TRADE DEBT | | $192,000.00 | FAIRPOINT COMMUNICATIONS, INC. |
| 28. | NORTEL NETWORKS INC | ATTN: RICHARD ROYAL 3985 COLLECTION CENTER DR CHICAGO, IL 60693 P: 919-848-7987 RROYAL@NORTEL.COM | TRADE DEBT | | $176,666.00 | FAIRPOINT COMMUNICATIONS, INC. |
| 29. | NYSEG | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 1387 DRYDEN ROAD ITHACA, NY 14850 P: 800-600-2275 | TRADE DEBT | | $174,396.39 | CHAUTAUQUA & ERIE COMMUNICATIONS INC. |

| | NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SET-OFF) | AMOUNT OF CLAIM (IF SECURED VALUE OF SECURITY) | ENTITIES LIABLE ON DEBT (IF KNOWN) |
|---|---|---|---|---|---|---|
| 30. | PROFESSIONAL TELECONCEPTS INC | ATTN: TIM RYAN, NORTHEAST REGIONAL MANAGER 5132 STATE HWY 12 NORWICH, NY 13815 P: 607-316-3004 F: 888-329-7845 TIM.RYAN@PRO-TEL.COM | TRADE DEBT | | $167,261.83 | FAIRPOINT LOGISTICS |
| 31. | FISC SOLUTIONS | ATTN: CAROL SABASTEANSKI 168 LISBON ST LEWISTON, ME 04243 P: 888-433-4924 F: 207-777-6026 CSABASTEANSKI@FISCSOLUTIONS.COM | TRADE DEBT | | $152,242.32 | FAIRPOINT COMMUNICATIONS, INC. |
| 32. | METLIFE | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 1 TOWER SQUARE HARTFORD, CT 06183-6074 P: 800-638-5433 | TRADE DEBT | | $148,333.15 | FAIRPOINT COMMUNICATIONS, INC. |
| 33. | MEDCO HEALTH SOLUTIONS | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 100 PARSONS POND DR FRANKLIN LAKES, NJ 07417 P: 800-251-7690 | TRADE DEBT | | $147,206.90 | FAIRPOINT COMMUNICATIONS, INC. |
| 34. | FUJITSU NETWORK COMMUNICATIONS | ATTN: DAVID ZEBUHR 2801 TELECOM PKWY RICHARDSON, TX 75082-3599 P: 603-429-2674 F: 972-479-6900 DAVID.ZEBUHR@US.FUJITSU.COM | TRADE DEBT | | $142,473.80 | FAIRPOINT COMMUNICATIONS, INC. |
| 35. | ANTHEM BLUE CROSS BLUE SHIELD | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 3000 GOFFS FALLS RD MANCHESTER, NH 03111 P: 603-695-7000 | TRADE DEBT | | $136,430.86 | FAIRPOINT COMMUNICATIONS, INC. |
| 36. | RON COMEAU & SONS INC | ATTN: RON COMEAU 584 MAIN ST BOX 8 LEWISTON, ME 04240 P: 207-782-8423 | TRADE DEBT | | $131,131.00 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC D/B/A FAIRPOINT COMMUNICATIONS-NNE |
| 37. | DIVERSIFIED INVESTMENT ADVISOR | ATTN: LEGAL OFFICER/BANKRUPTCY DEPARTMENT 4 MANHATTANVILLE RD PURCHASE, NY 10577 P: 877-348-3365 | TRADE DEBT | | $124,014.02 | FAIRPOINT COMMUNICATIONS, INC. |
| 38. | RADIALPOINT | ATTN: LEGAL OFFICER/BANKRUPTCY DEPARTMENT 2050 BLEURY MONTREAL QC H3A2J5 P: 1-866-286-2636 F: 514-286-0558 | TRADE DEBT | | $119,190.00 | FAIRPOINT COMMUNICATIONS, INC. |

| NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SET-OFF) | AMOUNT OF CLAIM (IF SECURED VALUE OF SECURITY) | ENTITIES LIABLE ON DEBT (IF KNOWN) |
|---|---|---|---|---|---|
| 39. ZACHAU CONSTRUCTION INC | ATTN: JEFF ZACHAU 1185 U.S. ROUTE 1 P.O. BOX J FREEPORT, ME 04032 P: 207-865-9925 F: 207-865-9926 JEFF@ZACHAUCONSTRUCTION.COM | TRADE DEBT | | $117,027.90 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC D/B/A FAIRPOINT COMMUNICATIONS |
| 40. ISPN | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 14303 W 95TH ST LENEXA, KS 66215 P: 913-859-9500 F: 913-859-9805 | TRADE DEBT | | $110,423.50 | FAIRPOINT COMMUNICATIONS, INC. |
| 41. AMERICAN CABLE ASSEMBLIES INC | ATTN: CHARLES MCCARTHY 21 WILBRAHAM ST PALMER, MA 01069 P:413-283-2515 F: 413-283-2517 CMCARTHY@AMERICANCABLEASSEMBLIES.COM | TRADE DEBT | | $104,071.31 | FAIRPOINT COMMUNICATIONS, INC. |
| 42. NOKIA SIEMENS NETWORKS USA LLC | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 396 RINEHART ROAD LAKE MARY, FL 32746 P: 407-942-5000 | TRADE DEBT | | $104,048.75 | GTC, INC., FAIRPOINT VERMONT, INC., NORTHLAND TELEPHONE COMPANY OF ME, INC., STANDISH TELEPHONE COMPANY, FAIRPOINT COMMUNICATIONS MISSOURI, INC. EXOP OF MISSOURI, INC. (FAIRPOINT COMMUNICATIONS AND IT PRESENT AND FUTURE SUBSIDIARIES |
| 43. UNITED HEALTHCARE INSURANCE CO | ATTN: LEGAL OFFICER/BANKRUPTCY DEPARTMENT 450 COLUMBUS BLVD HARTFORD, CT 06103 P: 860-702-5000 | TRADE DEBT | | $102,409.25 | FAIRPOINT COMMUNICATIONS, INC. |
| 44. BUTLER AMERICA LLC | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 3820 STATE ST CHARLOTTE, NC 28265 P: 203-926-2700 | TRADE DEBT | | $102,220.80 | FAIRPOINT COMMUNICATIONS, INC. |
| 45. GENESYS TELECOMMUNICATIONS LABORATORIES INC | ATTN: JOHN HAMILTON 2001 JUNIPERO SERRA BLVD DALY CITY, CA 94014 P: 770-962-8267 F: 419-821-2451 JHAMILTO@GENESYSLAB.COM | TRADE DEBT | | $100,035.44 | FAIRPOINT COMMUNICATIONS, INC. |
| 46. UNISYS CORP | ATTN: RICK FANCIULLACCI UNISYS WAY BLUE BELL, PA 19424 P: 215-986-3423 F: 585-321-6434 | TRADE DEBT | | $95,091.80 | FAIRPOINT COMMUNICATONS, INC. |

| NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SET-OFF) | AMOUNT OF CLAIM (IF SECURED VALUE OF SECURITY) | ENTITIES LIABLE ON DEBT (IF KNOWN) |
|---|---|---|---|---|---|
| 47. NEONOVA NETWORK SERVICES INC | ATTN: SHAUN MURPHY-V.P. MARKETING 1000 PERIMETER PARK DRIVE, SUITE K MORRISVILLE, NC 27560 P: 919-460-3330 F: 919-460-0426 SMURPHY@NEONOVA.NET | TRADE DEBT | | $93,709.17 | FAIRPOINT COMMUNICATIONS, INC. |
| 48. PAIR GAIN COMMUNICATIONS INC | ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 6260 S BAY RD CICERO, NY 13039 P: 315-698-4411 F: 315-698-4488 | TRADE DEBT | | $87,951.60 | FAIRPOINT COMMUNICATIONS, INC. |
| 49. MARTIN DAWES ANALYTICS | ATTN: ROBERT M. WILLIS, CPA 321 SUMMER STREET, 5TH FLOOR BOSTON, MA 02210 P: 617-345 5422  X-234 F: 617-345-5475 BWILLIS@MDA-DATA.COM | TRADE DEBT | | $85,719.24 | FAIRPOINT COMMUNICATIONS, INC. |
| 50. JOHN STAURULAKIS, INCORPORATED | ATTN: MANNY STAURULAKIS, PRESIDENT 7852 WALKER DR. SUITE 200 GREENBELT, MD 20770 P: 301-459-7590 MSTAURULAKIS@JSITEL.COM | TRADE DEBT | | $81,327.95 | TELEPHONE OPERATING ENTITIES |
| **TOTAL** | | | | **$619,719,028.63** | |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of FairPoint, declare under penalty of perjury that I have read the foregoing consolidated list of creditors holding the fifty (50) largest unsecured claims against FairPoint and that it is true and correct to the best of my information and belief.

Dated:  October 26, 2009

    /s/ Alfred C. Giammarino
By: Alfred C. Giammarino
Title: Chief Financial Officer

```
-----------------------------------------------------------x
In re:                                      :
                                            :
FAIRPOINT COMMUNICATIONS, INC.,  :    Chapter 11
                  Debtor.                   :
                                            :    Case No. 09-_____ (___)
-----------------------------------------------------------x
```

## LIST OF CREDITORS[5]

   Contemporaneously herewith, the Debtor and its affiliated debtors (the "<u>Debtors</u>") have filed a motion requesting a waiver of the requirement for filing a list of creditors pursuant to sections 105(a), 342(a), and 521(a)(1) of title 11 of the United States Code, Rules 1007(a)(1) and 2002(a), (f), and (l) of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Bankruptcy Rules for the Southern District of New York, and General Orders M-133, M-137, M-138 and M-192 of the United States Bankruptcy Court for the Southern District of New York.  The Debtors propose to furnish their list of creditors to the proposed claims and noticing agent.  The Debtors have consulted with and received the approval of the Clerk of this Court to implement the foregoing procedures.

   The list of creditors will contain only those creditors whose names and addresses were maintained in the Debtors' consolidated database or were otherwise ascertainable by the Debtors prior to the commencement of these cases.  The schedules of liabilities to be subsequently filed should be consulted for a list of the Debtors' creditors that is comprehensive and current as of the date of the commencement of these cases.

---

[5]  The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor.