Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Proposed Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                  :    Chapter 11
:
**FAIRPOINT COMMUNICATIONS, INC.,** *et al.*,:    Case No. 09-16335 (BRL)
:
       **Debtors.**                 :
:
---------------------------------------------------------------x

**NOTICE OF COMMENCEMENT OF
CHAPTER 11 CASES AND FIRST DAY HEARING**

    **PLEASE TAKE NOTICE** that on October 26, 2009, (the "Petition Date"), FairPoint Communications, Inc. ("FairPoint Communications") and its affiliated debtors, as debtors in possession (collectively, "FairPoint") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

    **PLEASE TAKE FURTHER NOTICE** that a **hearing has been scheduled for October 27, 2009 at 1:00 p.m. (Eastern Time) before the Honorable Burton R. Lifland, United States Bankruptcy Judge, One Bowling Green, Room 623, New York, NY 10004** (the "Hearing") and may be adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that FairPoint will request the following relief at the Hearing:

**Procedural/Administrative Orders**

1. Order Directing Joint Administration of Related Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b)

2. Order (A) Waiving Requirement For Filing List Of Creditors, (B) Authorizing The Establishment Of Procedures For Notifying Creditors Of Commencement Of Debtors' Chapter 11 Cases, And (C) Authorizing Filing Of Consolidated List Of Debtors' 50 Largest Unsecured Creditors

3. Interim Order Pursuant To Bankruptcy Code Section 105(a) And Bankruptcy Rules 1015(c) And 9007 To Implement Certain Notice And Case Management Procedures

4. Order Pursuant to Local Bankruptcy Rule 1007-2(e) Scheduling an Initial Case Conference

5. Order Pursuant to Bankruptcy Rules 1007 and 2002(d) (i) Granting Extension of Time to file Schedules of Assets and Liabilities, Schedules of Current Income and Expenses, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs, and (ii) Waiving the Requirements to File Equity List and Provide Notice to Equity Security Holders

6. Order Authorizing BMC Group, Inc. to Act as the Official Claims Agent for the Maintenance and Recordation of Claims

**Substantive Orders**

7. Order Pursuant to Bankruptcy Code Section 105(a) Enforcing Protections of Bankruptcy Code Sections 362, 365(e)(1), and 525

8. Interim Order Pursuant to Bankruptcy Code Sections 105(a), 345(b), 363(c) and 364(a) (I) Authorizing the Debtors to (A) Continue to Use Its Existing Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms, and (II) Waiving Requirements of Bankruptcy Code Section 345(b)

9. Interim Order Authorizing Debtors To Honor Certain Prepetition Obligations To Customers And To Otherwise Continue Certain Customer Programs And Practices In The Ordinary Course Of Business

10. Interim Order Pursuant to Bankruptcy Code Sections 105(a), 363, and 507, (I)Authorizing Debtors to (A) Pay Certain Employee Compensation and Benefits and (B) Maintain and Continue Such Benefits and Other Employee-Related Programs and (II) Directing Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations

11. Order Establishing Procedures for the Assertion, Resolution, and Satisfaction of (I) Bankruptcy Code Section 503(b)(9) Claims and (II) Reclamation Claims

12. Order Pursuant To Bankruptcy Code Sections 105(a) And 363(b) Authorizing Payment Of Certain Prepetition (I) Shipping And Delivery Charges For Goods In Transit And (II) Mechanic's Lien Charges

13. Interim Order Pursuant to Bankruptcy Code Sections 363(b), 507(a)(8), 541, and 105(a), Authorizing Debtors to Pay Prepetition Taxes and Fees

14. Interim Order Under Bankruptcy Code Section 105(a) Establishing Notification and Hearing Procedures for Transfers of Common Stock and Scheduling Final Hearing

15. Interim Order Pursuant to Bankruptcy Code Sections 363(b), 503(b), 105(a), Bankruptcy Rules 6003 and 6004 (I) Authorizing Debtors to (A) Continue Workers Compensation Program and Liability, Product, Property, and Other Insurance Programs and (B) Pay all Obligations in Respect Thereof, and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations

16. Interim Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 36(d)(1) and 364(e) And Bankruptcy Rules 2002, 4001 And 9014 (I) Authorizing Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Prepetition Collateral, (III) Granting Adequate Protection to Prepetition Secured Parties and (IV) Scheduling a Final Hearing

**PLEASE TAKE FURTHER NOTICE** that the following documents have also been filed pursuant to the Local Bankruptcy Rules or in connection with the relief requested:

17. Corporate Ownership Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and Local Rule of Bankruptcy Procedure 1007-3

18. Declaration of Alfred C. Giammarino Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions

**PLEASE TAKE FURTHER NOTICE** that a full set of the pleadings referenced above may be obtained by (i) accessing (a) the website of the Bankruptcy Court at http://www.nysb.uscourts.gov, or (b) the website of the Debtors' proposed claims and noticing agent, The BMC Group, Inc., at http://www.bmcgroup.com/fairpoint, (ii) visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408

Dated: October 26, 2009
      New York, New York

/s/ Luc A. Despins_____
Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS JANOFSKY &
WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Proposed Counsel to the Debtors
and Debtors in Possession*