Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Proposed Counsel to the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| FAIRPOINT COMMUNICATIONS, INC., *et al.*, | Case No. 09-16335 (BRL) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

# MASTER SERVICE LIST AS OF NOVEMBER 5, 2009
## PURSUANT TO BANKRUPTCY RULE 2002

# MASTER SERVICE LIST
# FAIRPOINT COMMUNICATION, INC.
# 09-16335 (BRL)

| | |
|---|---|
| Office of the United States Trustee<br>Attn: Andrew D. Velez-Rivera, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Kaye Scholer LLP<br>Attn: Mark F. Liscio, Esq.<br>425 Park Avenue<br>New York, NY 10022<br>mliscio@kayescholer.com |
| Kaye Scholer LLP<br>Attn: Margot B. Schonholtz, Esq.<br>425 Park Avenue<br>New York, NY 10022<br>mschonholtz@kayescholer.com | United States Attorney for the Southern District of New York<br>Attn: Preet Bharara, Esq.<br>86 Chambers Street<br>New York, NY 10007 |
| Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq.<br>180 Maiden Lane<br>New York, NY 10038<br>khansen@stroock.com | Securities and Exchange Commission<br>233 Broadway<br>New York, NY 10279 |
| Attn: District & Regional Director<br>Internal Revenue Service<br>290 Broadway<br>New York, NY 10007 | FairPoint Communications, Inc.<br>Attn: Susan Sowell, Esq.<br>521 East Morehead Street<br>Suite 500<br>Charlotte, NC 28202<br>ssowell@fairpoint.com |
| Federal Communications Commission<br>445 12th Street SW<br>Washington, DC 20554 | Paul, Hastings, Janofsky & Walker LLP<br>Attn: James T. Grogan, Esq.<br>Park Avenue Tower<br>75 E 55th Street, First Floor<br>New York, NY 10022<br>jamesgrogan@paulhastings.com |
| Paul, Hastings, Janofsky & Walker LLP<br>Attn: Luc A. Despins, Esq<br>Park Avenue Tower<br>75 E 55th Street, First Floor<br>New York, NY 10022<br>lucdespins@paulhastings.com | Paul, Hastings, Janofsky & Walker LLP<br>Attn: Danny Choi, Esq.<br>Park Avenue Tower<br>75 E 55th Street, First Floor<br>New York, NY 10022<br>dannychoi@paulhastings.com |
| Paul, Hastings, Janofsky & Walker LLP<br>Attn: Christopher Desiderio, Esq.<br>Park Avenue Tower<br>75 E 55th Street, First Floor<br>New York, NY 10022<br>christopherdesiderio@paulhastings.com | Bruce H. Simon, Esq.<br>Cohen, Weiss & Simon, LLP<br>330 West 42nd Street<br>25th Floor<br>New York, NY 10036-6976<br>bsimon@cwsny.com |

| | |
|---|---|
| Paul, Hastings, Janofsky & Walker LLP<br>Attn: Christopher Fong, Esq.<br>Park Avenue Tower<br>75 E 55th Street, First Floor<br>New York, NY 10022<br>christopherfong@paulhastings.com | David R. Hock, Esq.<br>Cohen Weiss & Simon LLP<br>330 W 42nd Street<br>New York, NY 10036<br>dhock@cwsny.com |
| Robert J. Keach Esq.<br>Bernstein Shur Sawyer & Nelson PA<br>100 Middle Street<br>PO Box 9729<br>Portland, ME 04104-5029<br>rkeach@bernsteinshur.com | Bruce A. Harwood Esq.<br>Sheehan Phinney Bass & Green PA<br>1000 Elm Street<br>PO Box 3701<br>Manchester, NH 03105-3701<br>bharwood@sheehan.com |
| Peter C. L. Roth Esq.<br>Office of the New Hampshire Attorney General<br>33 Capital Street<br>Concord, NH 03301<br>peter.roth@doj.nh.gov | Darryl S. Laddin, Esq.<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031<br>dladdin@agg.com |
| Richard W. Head, Esq.<br>Office of the New Hampshire Attorney General<br>33 Capital Street<br>Concord, NH 03301<br>richard.head@doj.nh.gov | David J. Kozlowski, Esq.<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019<br>kozlowski.david@arentfox.com |
| Frank N. White, Esq.<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Ste 2100<br>Atlanta, GA 30363-1031<br>frank.white@agg.com | Michael Z. Brownstein, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>mbrownstein@blankrome.com |
| Robert M. Hirsh, Esq.<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019<br>hirsh.robert@arentfox.com | B. Feder, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>KDWBankruptcyDepartment@kelleydrye.com |
| Joel C. Shapiro Esq.<br>Blank Rome LLP<br>One Logan Square<br>Philadelphia, PA 19103<br>Shapiro-jc@blankrome.com | Brett Lawrence, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>blawrence@stroock.com |

| | |
|---|---|
| Michael L. Schein Esq.<br>Vedder Price PC<br>1633 Broadway<br>47th Floor<br>New York, NY 10019<br>mschein@vedderprice.com | Richard G. Mason, Esq.<br>Wachtell Lipton Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>rgmason@wlrk.com |
| Steven M. Schwartz, Esq.<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>sschwartz@winston.com | Honor S. Heath Esq.<br>Northeast Utilities Service Co<br>Legal Department<br>PO Box 270<br>Hartford, CT 06141-0270<br>heathhs@nu.com |
| J. Carr, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178<br>KDWBankruptcyDepartment@kelleydrye.com | J. Alderson, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>KDWBankruptcyDepartment@kelleydrye.com |
| Christian T Chandler Esq<br>Curtis Thaxter<br>One Canal Plaza, Ste 1000<br>PO Box 7320<br>Portland, ME 04112-7320<br>cchandler@curtisthaxter.com | Nicholas J. Cremona, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022<br>ncremona@kayescholer.com |
| Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178<br>KDWBankruptcyDepartment@kelleydrye.com | James E. Farrah<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178<br>KDWBankruptcyDepartment@kelleydrye.com |
| Alan J Lipkin<br>Willkie Farr & Gallagher LLP<br>787 7th Ave<br>New York, NY 10019<br>alipkin@willkie.com | Jeremy E Crystal<br>Willkie Farr & Gallagher LLP<br>787 7th Ave<br>New York, NY 10019<br>jcrystal@willkie.com |
| Missouri Department of Revenue<br>Bankruptcy Unit<br>Steven A. Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br>sdnyecf@dor.mo.gov | Dana S. Plon, Esq.<br>Sirlin Gallogly & Lesser PC<br>1529 Walnut St<br>Ste 600<br>Philadelphia, PA 19102<br>dplon@sirlinlaw.com |
| E. Franklin Childress Jr., Esq.<br>Baker Donelson et. al.<br>165 Madison Ave<br>Ste 2000<br>Memphis, TN 38103<br>fchildress@bakerdonelson.com | Lori Lapin Jones, Esq.<br>Lori Lapin Jones PLLC<br>98 Cutter Mill Rd<br>Ste 201 N<br>Great Neck, NY 11021<br>ljones@jonespllc.com |

| | |
|---|---|
| Brian W Bisignani Esq<br>Post & Schell PC<br>17 North 2nd St<br>12th Fl<br>Harrisburg, PA 17101-1601<br>bbisignani@postschell.com | William A Slaughter Esq.<br>Ballard Spahr LLP<br>1735 Market Street<br>51st Floor<br>Philadelphia, PA 19801<br>slaughter@ballardspahr.com |
| Matthew G Summers, Esq.<br>Ballard Spahr LLP<br>919 N Market Street<br>12th Floor<br>Wilmington, DE 19801<br>summersm@ballardspahr.com | Joseph Lubertazzi Jr.<br>McCarter & English LLP<br>245 Park Avenue<br>27th Floor<br>New York, NY 10167<br>jlubertazzi@mccarter.com |
| Sayan Bhattacharyya, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>sbhattacharyya@stroock.com | Kaye Scholer LLP<br>Attn: Scott D. Talmadge, Esq.
425 Park Avenue<br>New York, NY 10022<br>mliscio@kayescholer.com |

# CREDITORS HOLDING THE 50 LARGEST UNSECURED CLAIMS[1]

| | |
|---|---|
| U.S. Bank National Association<br>Attn: Rick Prokosch<br>US Bank National Association EP-MN-WS3C<br>60 Livingston Avenue<br>St. Paul, MN 55107-2292 | Capgemini<br>Attn: Corporate Officer/Authorized Agent<br>6400 Shafer Court<br>Rosemont, IL 60018 |
| NECA<br>Attn: Tracey Saltenberger<br>80 S Jefferson Rd.<br>Whippany, NJ 07981<br>tsaltenberger@neca.org | MCI Communications Services, Inc.<br>Verizon Business<br>d/b/a Verizon Business Services<br>6929 North Lakewood Avenue<br>Tulsa, OK 74117 |
| Occam Networks Inc.<br>Attn: Jerry Lamm<br>2805 Montclare Court<br>Aurora, IL 60504<br>jlamm@occamnetworks.com | Power & Telephone Supply Co.<br>Attn: Dale Stevenson<br>2673 Yale Avenue<br>Memphis, TN 38112<br>dale.stevenson@ptsupply.com |
| Communications Data Group, Inc.<br>Attn: Mike Runyon<br>102 S. Duncan Road<br>Champaign, IL 61822<br>miker@cdg.ws | Zampell Building Services<br>Attn: James Zampell<br>3 Stanley Tucker Drive<br>Newburyport, MA 01950<br>james.zampell@zampell.com |
| Volt Delta Resources LLC<br>Attn: Tim Moore<br>560 Lexington Avenue<br>14th Floor<br>New York, NY 10022<br>timoore@voltdelta.com | Telenetwork Partners Ltd.<br>Attn: Andrew McEwen<br>350 Barnes Street<br>Suite 105<br>San Marcos, TX 78666 |
| Glacial Energy of New England<br>Attn: Graig Joyce<br>24 Route 6A, Suites 1 and 2<br>Sandwich, MA 02563<br>graig.joyce@glacialenergy.com | Alcatel - Lucent USA Inc.<br>Attn: Gary Milewski<br>600-700 Mountain Avenue<br>Murray Hill, NJ 07974<br>gmilewski@alcatel-lucent.com |

---

[1] Notice will continue to be provided to such creditors until a statutory committee of unsecured creditors is established. Thereafter, notice will only be sent to counsel for the unsecured creditors committee unless an unsecured creditor either (i) requests (using the guidelines set forth in the Case Management Order) for notice, or (ii) is a party-in-interest as to the specific pleading or paper for which notice is sent.

| | |
|---|---|
| CRC Communications of Maine Inc.<br>Attn: Ed Tisdale, VP/CFO<br>PO Box 48<br>Bar Mills, ME  04004<br>ed.tisdale@pinetreenetworks.com | Hewlett-Packard Co.<br>Attn: Corporate Officer/Authorized Agent<br>3000 Hanover Street<br>Palo Alto, CA  94304 |
| On Target Utility Services<br>Attn: Mike Fallona, General Manager<br>617 Water Street<br>Gardiner, ME  04345<br>mfallona@ontargetservices.com | Verizon Wireless<br>Attention: HQ Legal-Contract Administrator<br>One Verizon Way<br>Basking Ridge, NJ  07920-1097 |
| New Hampshire Electric Coop<br>Attn: Guy Ford<br>579 Tenney Mountain Highway<br>Plymouth, NH  03264-3154<br>FordG@nhec.com | McFarland Cascade for-Tek<br>ATTN: Terie G Ellis<br>1400 Iron Horse Park<br>1640 E. Marc Ave.<br>North Billerica, MA 01862<br>TerieE@ldm.com |
| Wisor Telecom<br>300 Professional Drive<br>Gaithersburg, MD  20879 | Maine Printing Co.<br>Attn: Ryan Jackson<br>2275 Congress St<br>Portland, ME  04102<br>rjackson@mpxonline.com |
| Versisign Inc.<br>Attn: Corporate Officer/Authorized Agent<br>PO Box 2909<br>Olympia, WA  98507 | Shields Environmental Inc.<br>Attn: Toni Gibbs<br>4150 Church Street<br>Sanford, FL  32771<br>toni.gibbs@shields-e.us |
| Vital Economy Inc.<br>Attn: Frank Knot<br>PO Box 314<br>Riderwood, MD  21139 | NCO Financial Systems Inc.<br>Attn: Joshua Gindin, EVP<br>507 Prudential Road<br>Horsham, PA  19044<br>josh.gindin@ncogroup.com |
| Kansys Inc.<br>Attn: Corporate Officer/Authorized Agent<br>910 West Frontier Lane<br>Olathe, KS  66061 | Logica North America Inc.<br>Attn: Corporate Officer/Authorized Agent<br>10375 Richmond Avenue<br>Suite 1000<br>Houston, TX  77042 |
| Nortel Networks Inc.<br>Attn: Richard Royal<br>3985 Collection Center Drive<br>Chicago, IL  60693<br>rroyal@nortel.com | NYSEG<br>Attn: Corporate Officer/Authorized Agent<br>1387 Dryden Road<br>Ithaca, NY  14850 |

| | |
|---|---|
| Professional Teleconcepts Inc.<br>Attn: Tim Ryan, Northeast Regional<br>5132 State Highway 12<br>Norwich, NY 13815<br>tim.ryan@pro-tel.com | FISC Solutions<br>Attn: Carol Sabasteanski<br>168 Lisbon Street<br>Lewiston, ME 04243<br>csabasteanski@fiscsolutions.com |
| Fujitsu Network Communications<br>Attn: David Zebuhr<br>2801 Telecom Pkwy<br>Richardson, TX 75082-3599<br>david.zebuhr@us.fujitsu.com | Ron Comeau & Sons Inc.<br>Attn: Ron Comeau<br>584 Main Street Box 8<br>Lewiston, ME 04240 |
| Radialpoint<br>Attn: Legal Officer/Bankruptcy Department<br>2050 Bleury<br>MONTREAL, QC H3A2J5 | Zachau Construction Inc.<br>Attn: Jeff Zachau<br>1185 U.S. Route 1<br>PO Box J<br>Freeport, ME 04032<br>jeff@zachauconstruction.com |
| ISPN<br>Attn: Corporate Officer/Authorized Agent<br>14303 West 95th Street<br>Lenexa, KS 66215 | American Cable Assemblies Inc.<br>Attn: Charles McCarthy<br>21 Wilbraham Street<br>Palmer, MA 01069<br>cmccarthy@americancableassemblies.com |
| Nokia Siemans Networks USA LLC<br>Attn: Corporate Officer/Authorized Agent<br>396 Rinehart Road<br>Lake Mary, FL 32746 | Butler America LLC<br>Attn: Corporate Officer/Authorized Agent<br>3820 State Street<br>Charlotte, NC 28265 |
| Genesys Telecommunications Laboratory<br>Attn: John Hamilton<br>2001 Junipero Serra Boulevard<br>Daly City, CA 94014<br>jhamilto@genesyslab.com | UNISYS Corp<br>Attn: Rick Fanciullacci<br>Unisys Way<br>Blue Bell, PA 19424 |
| NeoNova Network Services, Inc.<br>Attn: Shaun Murphy-V.P. Marketing<br>1000 Perimeter Park Drive, Suite K<br>Morrisville, NC 27560<br>smurphy@neonova.net | Pair Gain Communications Inc<br>Attn: Paul Henson<br>6260 S Bay Rd<br>Cicero, NY 13039 |
| Martin Dawes Analytics<br>Attn: Robert M. Willis, CPA<br>321 Summer Street<br>5th Floor<br>Boston, MA 02210<br>bwillis@mda-data.com | John Staurulakis Inc<br>Attn: Manny Staurulakis, President<br>7852 Walker Dr. Suite 200<br>Greenbelt, MD 20770<br>mstaurulakis@jsitel.com |
| Metlife<br>Attn: Corporate/Authorized Agent<br>1 Tower Square<br>Hartford, CT 06183-6074 | Medco Health Solutions<br>Attn: Corporate/Authorized Agent<br>100 Parsons Pond Dr<br>Franklin Lakes, NJ 07417 |

| | |
|---|---|
| Anthem Blue Cross Blue Shield<br>Attn: Corporate/Authorized Agent<br>3000 Goffs Falls Rd<br>Manchester, NH 03111 | Diversified Investment Advisor<br>Attn: Legal Officer/Bankruptcy Department<br>4 Manhattanville Rd<br>Purchase, NY 10577 |
| United Healthcare Insurance Co<br>Attn: Legal Officer/Bankruptcy<br>450 Columbus Blvd<br>Hartford, CT 06103 | Byers Engineering Co<br>Attn: Corporate/Officer Authorized Agent<br>6825 Barfield Rd<br>Atlanta, GA 30328-4303 |

# SECURED CLAIMS

| | |
|---|---|
| Bank of America, N.A., as Agent<br>Attn: Maria Bulin, Sylvia Jacobo,<br>Antonikia Thomas<br>901 Main Street<br>14th Floor<br>Dallas, TX 75202 | |