UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                  :
In re:                                            :   Chapter 11
                                                  :
FAIRPOINT COMMUNICATIONS, INC., *et al.*,:   Case No. 09-16335 (BRL)
                                                  :
         Debtors.                                 :   (Jointly Administered)
                                                  :
-----------------------------------------------------------------x

**FINAL ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 345(b), 363(c) AND 364(a) (I) AUTHORIZING DEBTORS TO (A) CONTINUE TO USE EXISTING CASH MANAGEMENT SYSTEM, AND (B) MAINTAIN EXISTING BANK ACCOUNTS AND BUSINESS FORMS, AND (II) WAIVING REQUIREMENTS OF BANKRUPTCY CODE SECTION 345(b)**

Upon the motion, dated October 26, 2009 (the "Motion"),[1] of FairPoint Communications, Inc. ("FairPoint Communications") and its affiliated debtors, as debtors in possession (collectively, "FairPoint"), for an order (the "Order") (a) authorizing FairPoint to continue to use its existing cash management system (the "Cash Management System"), and (b) maintain existing bank accounts (the "Bank Accounts") and business forms (the "Business Forms"), and (c) authorizing FairPoint to continue to invest excess funds in its Fidelity Investment Account, notwithstanding the requirements of section 345(b) of the Bankruptcy Code, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other

---
[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of FairPoint, its estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is GRANTED on a final basis as provided herein.

2. FairPoint is authorized and empowered, pursuant to sections 105(a), 345, 363(c)(1), and 364(a) of the Bankruptcy Code, to continue to manage its cash pursuant to its existing Cash Management System, and to collect, concentrate, and disburse cash in accordance with such Cash Management System.

3. FairPoint is authorized to (a) designate, maintain, and continue to use any or all of the Bank Accounts, including, but not limited to, those bank accounts listed on <u>Exhibit A</u> annexed hereto, in the names and with the account numbers existing immediately prior to the commencement of these chapter 11 cases, (b) deposit funds into and withdraw funds from such accounts by all usual means, including, without limitation, checks, wire transfers, automated transfers, and other debits, and (c) treat its prepetition Bank Accounts for all purposes as debtor-in-possession accounts.

4. Pursuant to section 364(a) of the Bankruptcy Code, FairPoint is authorized in connection with the ordinary operation of its Cash Management System to obtain unsecured credit and incur unsecured debt in the ordinary course of business without notice and a hearing.

5. All Banks with which FairPoint maintains Bank Accounts as of the Petition Date are authorized and directed to continue to treat, service, and administer such Bank Accounts as accounts of the respective FairPoint entity as a debtor -in -possession without

interruption and in the usual and ordinary course, and to receive, process, honor and pay any and all checks, drafts, wires, or ACH transfers drawn on the Bank Accounts by the holders or makers thereof, to the extent FairPoint has good funds standing to their credit with such Bank, as the case may be.

6. Notwithstanding anything to the contrary in any other order of this Court, the Banks (i) are authorized to accept and honor all representations from FairPoint as to which checks, drafts, wires, or ACH transfers should be honored or dishonored, consistent with any order(s) of this Court and governing law, whether such checks, drafts, wires, or ACH transfers are dated prior to, on, or subsequent to the Petition Date, and whether the Banks believe the payment is or is not authorized by an order of this Court; (ii) have no duty to inquire as to whether such payments are authorized by an order of this Court; and (iii) have no duty to make such payments unless FairPoint has good funds standing to their credit with such Bank.

7. The Banks shall not be liable to any party on account of (i) following FairPoint's instructions or representations as to any order of this Court; (ii) the honoring of any prepetition check or item in a good faith belief that the Court has authorized such prepetition check or item to be honored; or (iii) an innocent mistake made despite implementation of reasonable item handling procedures.

8. Any payment from a Bank Account at the request of FairPoint made by a Bank prior to the Petition Date (including any ACH transfer that such Bank is or becomes obligated to settle), or any instruments issued by such Bank on behalf of FairPoint pursuant to a "midnight deadline" or otherwise, shall be deemed to be paid prepetition, whether or not actually debited from the Bank Account prepetition.

9. Nothing contained herein shall prevent FairPoint from closing any of its Bank Accounts or opening any additional bank accounts, as it may deem necessary and appropriate, to the extent consistent with the terms of any postpetition financing agreement and any order(s) of this Court relating thereto, and any relevant bank is authorized to honor FairPoint's requests to close or open such Bank Accounts or additional bank accounts, as the case may be, *provided, however*, that in the event FairPoint opens an additional bank account it shall (i) notify the U.S. Trustee's office prior to opening such account, and (ii) such account shall be in with an Authorized Depository.

10. The Banks, in accordance with current practice and the agreement governing the Bank Accounts, are authorized to "charge back" to FairPoint accounts any amounts incurred by the Banks resulting from returned checks or other returned items, and FairPoint is authorized to pay any fees and expenses owed to the Banks, in each case regardless of whether such items were deposited prepetition or postpetition or relate to prepetition or postpetition items.

11. Nothing contained herein shall prevent the Banks at which the Bank Accounts are held from modifying or terminating any Bank Accounts or related services in accordance with the agreements governing such accounts or services.

12. FairPoint is authorized to continue to use its correspondence and business forms, including, but not limited to, purchase orders, check stock, letterhead, envelopes, promotional materials, and other business forms (collectively, the "<u>Business Forms</u>"), substantially in the forms existing immediately before the Petition Date, without reference to its status as debtors in possession*, provided*, *however*, that after the Petition Date FairPoint shall use its commercially reasonable efforts to print "Debtor-in-Possession" and the chapter 11 case

number under which these cases are being jointly administered on its Business Forms as soon as is practicable.

13. FairPoint's continued use of its continued Cash Management System shall be deemed to comply with section 345 of the Bankruptcy Code, and FairPoint is relieved from the obligations pursuant to section 345(b) of the Bankruptcy Code to obtain a bond from any entity for any of the other Bank Accounts.

14. FairPoint is authorized, but not required, to continue the Investment Practices, in accordance with its prepetition practice and any agreements governing such accounts, notwithstanding that certain of such guidelines may not strictly comply with the requirements of section 345 of the Bankruptcy Code.

15. To the extent FairPoint incurs intercompany obligations on and after the Petition Date, such obligations shall be given administrative expense priority in accordance with sections 503(b) and 507(a)(2) of the Bankruptcy Code.

16. FairPoint shall put in place accounting procedures to identify and distinguish between prepetition and postpetition intercompany transactions and to track postpetition intercompany transactions and provide reasonable and timely access to the same to the DIP Agent (as defined in the interim or final order (the "<u>Interim DIP Order</u>" or the "<u>Final DIP Order</u>," respectively, and together the "<u>DIP Orders</u>") approving postpetition debtor-in-possession financing).

17. Notice of the Motion as provided herein and therein shall be deemed good and sufficient notice of such Motion.

18. The Court retains jurisdiction to interpret and enforce this Order.

Dated: November 18, 2009
      New York, New York

                                        /s/Burton R. Lifland_____
                                        HONORABLE BURTON R. LIFLAND
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1 TO ORDER

# BANK ACCOUNTS

| BANK NAME | LAST FOUR DIGITS OF ACCOUNT | ACCOUNT HELD BY | ADDRESS | TYPE OF ACCOUNT |
|---|---|---|---|---|
| AMERICAN NATIONAL BANK | 9101 | PEOPLES MUTUAL TELEPHONE COMPANY | P.O. BOX 191 DANVILLE, VA 24541 | COLLECTION |
| BANK OF AMERICA | 1741 | TACONIC TELEPHONE CORP. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| BANK OF AMERICA | 9035 | FAIRPOINT COMMUNICATIONS, INC. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| BANK OF AMERICA | 9048 | FAIRPOINT COMMUNICATIONS, INC. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| BANK OF AMERICA | 3025 | FAIRPOINT COMMUNICATIONS, INC. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| BANK OF AMERICA | 3033 | FAIRPOINT COMMUNICATIONS, INC. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| BANK OF AMERICA | 6378 | FAIRPOINT COMMUNICATIONS, INC. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| BANK OF AMERICA | 6527 | FAIRPOINT COMMUNICATIONS, INC. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| BANK OF AMERICA | 3195 | FAIRPOINT COMMUNICATIONS, INC. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. | STAND-ALONE INACTIVE |

| BANK NAME | LAST FOUR DIGITS OF ACCOUNT | ACCOUNT HELD BY | ADDRESS | TYPE OF ACCOUNT |
|---|---|---|---|---|
| | | | CHARLOTTE, NC 28255-0013 | |
| BANK OF AMERICA | 5037 | ELLENSBURG TELEPHONE COMPANY | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| BANK OF AMERICA | 3312 | ODIN TELEPHONE EXCHANGE, INC. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| BANK OF AMERICA | 4583 | UTILITIES, INC. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| BANK OF AMERICA | 1395 | FAIRPOINT LOGISTICS, INC. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| BANK OF AMERICA | 9339 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| BANK OF AMERICA | 1405 | FAIRPOINT LOGISTICS, INC. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| BANK OF AMERICA | 4020 | FAIRPOINT LOGISTICS, INC. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| BANK OF AMERICA | 3416 | FAIRPOINT LOGISTICS, INC. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| BANK OF AMERICA | 8920 | FAIRPOINT LOGISTICS, INC. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| | | | | |

| BANK NAME | LAST FOUR DIGITS OF ACCOUNT | ACCOUNT HELD BY | ADDRESS | TYPE OF ACCOUNT |
|---|---|---|---|---|
| BANK OF AMERICA | 8938 | FAIRPOINT LOGISTICS, INC. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| BANK OF COMMERCE | 0950 | CHOUTEAU TELEPHONE COMPANY | PO BOX 849 CHOUTEAU, OK 74337-0849 | COLLECTION |
| BANK OF IDAHO | 0669 | FREMONT TELECOM CO. | 34 EAST MAIN ST. ST. ANTHONY, ID 83445 | COLLECTION |
| BRANCH BANKING AND TRUST | 3144 | FAIRPOINT LOGISTICS, INC. | ATTN: ROBBIE ROLLINS/JENNIFER DUNN. 110 S. STRATFORD RD WINSTON-SALEM, NC 27104 | CONCENTRATION |
| BRANCH BANKING AND TRUST | 6048 | FAIRPOINT LOGISTICS, INC. | ATTN: ROBBIE ROLLINS/JENNIFER DUNN. 110 S. STRATFORD RD WINSTON | DISBURSEMENT |
| BRANCH BANKING AND TRUST | 6021 | FAIRPOINT LOGISTICS, INC. | ATTN: ROBBIE ROLLINS/JENNIFER DUNN. 110 S. STRATFORD RD WINSTON | COLLECTION |
| BRANCH BANKING AND TRUST | 6056 | FAIRPOINT LOGISTICS, INC. | ATTN: ROBBIE ROLLINS/JENNIFER DUNN. 110 S. STRATFORD RD WINSTON | COLLECTION |
| BRANCH BANKING AND TRUST | 6064 | FAIRPOINT LOGISTICS, INC. | ATTN: ROBBIE ROLLINS/JENNIFER DUNN. 110 S. STRATFORD RD WINSTON | COLLECTION |
| BRANCH BANKING AND TRUST | 8436 | FAIRPOINT COMMUNICATIONS, INC. | ATTN: ROBBIE ROLLINS/JENNIFER DUNN. 110 S. STRATFORD RD WINSTON | COLLECTION |
| BRANCH BANKING AND TRUST | 5998 | FAIRPOINT COMMUNICATIONS, INC. | ATTN: ROBBIE ROLLINS/JENNIFER DUNN. 110 S. STRATFORD RD WINSTON | DISBURSEMENT |
| BRANCH BANKING AND TRUST | 6005 | FAIRPOINT COMMUNICATIONS, INC. | ATTN: ROBBIE ROLLINS/JENNIFER DUNN. 110 S. STRATFORD RD WINSTON | DISBURSEMENT |
| BRANCH | 6013 | FAIRPOINT | ATTN: ROBBIE | COLLECTION |

| BANK NAME | LAST FOUR DIGITS OF ACCOUNT | ACCOUNT HELD BY | ADDRESS | TYPE OF ACCOUNT |
|---|---|---|---|---|
| BANKING AND TRUST | | COMMUNICATIONS, INC. | ROLLINS/JENNIFER DUNN. 110 S. STRATFORD RD WINSTON | |
| BANK OF NEW YORK MELLON | 8238 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | ATTN: SUZANNE HARPER. 200 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10166 | STAND-ALONE INACTIVE |
| BANK OF NEW YORK MELLON | 0590 | TELEPHONE OPERATING COMPANY OF VERMONT LLC | ATTN: SUZANNE HARPER. 200 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10166 | STAND-ALONE INACTIVE |
| BANK OF NEW YORK MELLON | 0167 | TELEPHONE OPERATING COMPANY OF VERMONT LLC | ATTN: SUZANNE HARPER. 200 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10166 | STAND-ALONE INACTIVE |
| BANK OF NEW YORK MELLON | 0168 | TELEPHONE OPERATING COMPANY OF VERMONT LLC | ATTN: SUZANNE HARPER. 200 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10166 | STAND-ALONE INACTIVE |
| BORDER TRUST | 7338 | NORTHLAND TELEPHONE COMPANY OF MAINE, INC. | 227 WATER ST AUGUSTA, ME 04330 | COLLECTIONS |
| CAPITAL CITY BANK | 2001 | ST. JOE COMMUNICATIONS, INC. | PO BOX 900 TALLAHASSEE, FL 32302-0900 | COLLECTIONS |
| CAPITAL CITY BANK | 3801 | GTC, INC. | PO BOX 900 TALLAHASSEE, FL 32302-0900 | COLLECTIONS |
| CAPITAL CITY BANK | 2101 | ST. JOE COMMUNICATIONS, INC. | PO BOX 900 TALLAHASSEE, FL 32302-0900 | COLLECTIONS |
| CARTER BANK AND TRUST | 2800 | PEOPLES MUTUAL TELEPHONE COMPANY | 400 FRANKLIN STREET ROCKY MOUNT, VA 24151-1305 | COLLECTIONS |
| COMMUNITY BANK OF RAYMORE | 3645 | FAIRPOINT MISSOURI, INC. | 801 W. FOXWOOD DR. / PO BOX 220 RAYMORE, MO 64083 | COLLECTIONS |
| FIDELITY INVESTMENTS | 2598 | FAIRPOINT LOGISTICS INC INVESTMENT ACCT | PO BOX 77002 CINCINNATI, OH 45277-0081 | INVESTMENT ACCOUNT |
| FIDELITY | 2606 | FAIRPOINT LOGISTICS | PO BOX 77002 | |

| BANK NAME | LAST FOUR DIGITS OF ACCOUNT | ACCOUNT HELD BY | ADDRESS | TYPE OF ACCOUNT |
|---|---|---|---|---|
| INVESTMENTS | | INC DUAL POLE FUND | CINCINNATI, OH 45277-0081 | INVESTMENT ACCOUNT |
| FIDELITY INVESTMENTS | 5572 | FAIRPOINT COMMUNICATIONS, INC. | PO BOX 770002 CINCINNATI, OH 45277-0081 | INVESTMENT ACCOUNT |
| FIDELITY INVESTMENTS | 4901 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | PO BOX 770002 CINCINNATI, OH 45277-0081 | INVESTMENT ACCOUNT |
| FIDELITY INVESTMENTS | 5742 | TELEPHONE OPERATING COMPANY OF VERMONT | PO BOX 770002 CINCINNATI, OH 45277-0081 | INVESTMENT ACCOUNT |
| FIRST BANK | 3670 | ODIN TELEPHONE EXCHANGE, INC. | ATTN: TERESA CROUCH. 102 E KIRKWOOD / PO BOX 279 ODIN, IL 62870 | COLLECTIONS |
| FIRST NATIONAL BANK OF GERMANTOWN | 0031 | THE GERMANTOWN INDEPENDENT TELEPHONE COMPANY | 17 N. MAIN ST GERMANTOWN, OH 45327 | COLLECTIONS |
| FIRST SOUTHWEST BANK | 1335 | COLUMBINE TELECOM COMPANY | PO BOX 1139 ALAMOSA, CO 81101 | COLLECTIONS |
| HSBC BANK USA N.A. | 9899 | CHAUTAUQUA & ERIE TELEPHONE CO. | 70 E. MAIN ST. WESTFIELD, NY 14707 | STAND-ALONE INACTIVE |
| KEARNEY COMMERCIAL BANK | 9080 | EXOP OF MISSOURI, INC. | P.O. BOX 888 KEARNEY, MO 64060 | COLLECTIONS |
| KEARNEY COMMERCIAL BANK | 0606 | EXOP OF MISSOURI, INC. | P.O. BOX 888 KEARNEY, MO 64060 | COLLECTIONS |
| KEY BANK | 1417 | THE ORWELL TELEPHONE COMPANY | PO BOX 22114 ALBANY, NY 12201-2114 | COLLECTIONS |
| KEY BANK | 9310 | YCOM NETWORKS, INC. | PO BOX 22114 ALBANY, NY 12201-2114 | COLLECTIONS |
| KEY BANK | 4296 | FAIRPOINT COMMUNICATIONS, INC. | PO BOX 22114 ALBANY, NY 12201-2114 | COLLECTIONS |
| KEY BANK | 4262 | ORWELL COMMUNICATIONS, INC. | PO BOX 22114 ALBANY, NY 12201-2114 | COLLECTIONS |
| KEY BANK | 4270 | THE ORWELL TELEPHONE COMPANY | PO BOX 22114 ALBANY, NY 12201-2114 | COLLECTIONS |
| KEY BANK | 4288 | YCOM NETWORKS, INC. | PO BOX 22114 ALBANY, NY 12201-2114 | COLLECTIONS |
| KEY BANK | 4304 | NORTHLAND TELEPHONE COMPANY OF MAINE | PO BOX 22114 ALBANY, NY 12201-2114 | COLLECTIONS |
| KEY BANK | 6848 | C & E COMMUNICATIONS, | PO BOX 22114 ALBANY, NY | COLLECTIONS |

| BANK NAME | LAST FOUR DIGITS OF ACCOUNT | ACCOUNT HELD BY | ADDRESS | TYPE OF ACCOUNT |
|---|---|---|---|---|
| | | LTD. | 12201-2114 | |
| KEY BANK | 0722 | CHAUTAUQUA & ERIE TELEPHONE CORPORATION | PO BOX 22114 ALBANY, NY 12201-2114 | COLLECTIONS |
| KEY BANK | 5109 | C & E COMMUNICATIONS, INC. | PO BOX 22114 ALBANY, NY 12201-2114 | COLLECTIONS |
| NATIONAL CITY BANK | 4641 | MARIANNA AND SCENERY HILL TELEPHONE COMPANY | 195 WILSON RD. BENTLEYVILLE, PA 15314 | COLLECTIONS |
| NATIONAL CITY BANK | 1775 | BENTLEYVILLE COMMUNICATIONS CORPORATION | 195 WILSON RD. BENTLEYVILLE, PA 15314 | COLLECTIONS |
| NATIONAL UNION BANK OF KINDERHOOK | 0882 | BERKSHIRE TELEPHONE CORPORATION | ATTN: DONNA LEISER. 1 HUDSON ST. KINDERHOOK, NY 12016 | COLLECTIONS |
| NATIONAL UNION BANK OF KINDERHOOK | 0815 | BERKSHIRE CABLE CORP. | ATTN: DONNA LEISER. 1 HUDSON ST. KINDERHOOK, NY 12016 | COLLECTIONS |
| NATIONAL UNION BANK OF KINDERHOOK | 0404 | BERKSHIRE TELEPHONE CORPORATION | ATTN: DONNA LEISER. 1 HUDSON ST. KINDERHOOK, NY 12016 | COLLECTIONS |
| NORTHWEST SAVINGS BANK | 2021 | FAIRPOINT COMMUNICATIONS, INC. | 2 LIBERTY ST, PO 128 WARREN, PA 16365 | COLLECTIONS |
| RBC CENTURA | 8674 | FAIRPOINT COMMUNICATIONS, INC. | ATTN: DANA POWELL. PO BOX 1220, ROCKY MOUNT, NC 27802 | COLLECTIONS |
| SOUTHTRUST BANK (NOW WACHOVIA) | 8667 | FAIRPOINT COMMUNICATIONS, INC. | 22769 LAKESHORE BLVD FLORALA, AL 36442 | COLLECTIONS |
| SUNFLOWER BANK | 1702 | FAIRPOINT COMMUNICATIONS, INC. | PO BOX 1240 DODGE CITY, KS 67801 | COLLECTIONS |
| TDBANK NORTH | 9272 | FAIRPOINT LOGISTICS, INC. | ATTN: CHRISTINA SICONOLFI. 1661 WORTHINGTON ROAD, SUITE 175, WEST PALM BEACH, FL 33409 | SUB-CONCENTRATION |
| TDBANK NORTH | 6699 | UTILITIES, INC. | 250 MAINE MALL ROAD SOUTH PORTLAND, ME 4106 | COLLECTIONS |
| TDBANK | 9264 | FAIRPOINT | JULIA O'BRIEN. | SUB- |

| BANK NAME | LAST FOUR DIGITS OF ACCOUNT | ACCOUNT HELD BY | ADDRESS | TYPE OF ACCOUNT |
|---|---|---|---|---|
| NORTH | | COMMUNICATIONS, INC. | 1661 WORTHINGTON ROAD, SUITE 175 WEST PALM BEACH, FL 33409 | CONCENTRATION |
| TDBANK NORTH | 9256 | FAIRPOINT COMMUNICATIONS, INC. | CHRISTINA M SICONOLFI. 1661 WORTHINGTON ROAD, SUITE 175 WEST PALM BEACH, FL 33409 | DISBURSEMENT |
| TDBANK NORTH | 6593 | FAIRPOINT COMMUNICATIONS, INC. | CHRISTINA M SICONOLFI. 1661 WORTHINGTON ROAD, SUITE 175 WEST PALM BEACH, FL 33409 | DISBURSEMENT |
| TDBANK NORTH | 6585 | FAIRPOINT LOGISTICS,, INC. | CHRISTINA M SICONOLFI. 1661 WORTHINGTON ROAD, SUITE 175 WEST PALM BEACH, FL 33409 | DISBURSEMENT |
| UNION BANK | 2726 | COLUMBUS GROVE TELEPHONE | 100 SOUTH HIGH ST, PO BOX 67 COLUMBUS GROVE, OH 45830 | COLLECTIONS |
| WACHOVIA | 1985 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | ATTN: GAIL TUCKER 1525 WEST W. T. HARRIS BLVD NC 1146 CHARLOTTE, NC 28262-1146 | COLLECTION |
| WACHOVIA | 6678 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | ATTN: GAIL TUCKER 1525 WEST W. T. HARRIS BLVD NC 1146 CHARLOTTE, NC 28262-1146 | SUB-CONCENTRATION |
| WACHOVIA | 6362 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | ATTN: GAIL TUCKER 1525 WEST W. T. HARRIS BLVD NC 1146 CHARLOTTE, NC 28262-1146 | DISBURSEMENT ACCOUNT |
| WACHOVIA | 6375 | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | 1525 WEST W. T. HARRIS BLVD NC 1146 CHARLOTTE, NC 28262-1146 | STAND-ALONE INACTIVE |

| BANK NAME | LAST FOUR DIGITS OF ACCOUNT | ACCOUNT HELD BY | ADDRESS | TYPE OF ACCOUNT |
|---|---|---|---|---|
| BANK OF AMERICA | 4033 | FAIRPOINT LOGISTICS, INC. | ATTN: LOUVENIA PARKER 101 S. TRYON ST. CHARLOTTE, NC 28255-0013 | STAND-ALONE INACTIVE |
| KENNEBEC SAVINGS BANK | 9488 | NORTHLAND TELEPHONE COMPANY OF MAINE | 20 MAINE ST. WINTHROP, ME | COLLECTIONS |