Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re:**                                       :   Chapter 11
                                                               :
**FAIRPOINT COMMUNICATIONS, INC., *et al.*,**:   Case No. 09-16335 (BRL)
                                                               :
         **Debtors.**                            :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JANUARY 12, 2010 AT 10:00 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Burton R. Lifland, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**I       CONTESTED MATTERS**

   1.   Emergency Motion Of Fairpoint Communications, Inc. For Order Pursuant To Bankruptcy Code Sections 105(a) And 362(a) Compelling State Of Maine Public Utilities Commission To Comply With October 27, 2009 Stay Order [Docket No. 219]

        Related Documents:

          A.   Declaration Of Luc A. Despins In Support Of Order To Show Cause And Notice Fixing Hearing Date To Consider Emergency Motion Of Fairpoint Communications, Inc. For Order Pursuant To Bankruptcy Code Sections 105(a) And 362(a) Compelling Maine Public Utility Commission To Comply With October 27, 2009 Stay Order [Docket No. 220]

B. Order To Show Cause And Notice Fixing Hearing Date To Consider Emergency Motion Of Fairpoint Communications, Inc. For Order Pursuant To Bankruptcy Code Sections 105(a) And 362(a) Compelling Maine Public Utility Commission To Comply With October 27, 2009 Stay Order [Docket No. 221]

C. Consent Order Regarding Emergency Motion Of Fairpoint Communications, Inc. For Order Pursuant To Bankruptcy Code Sections 105(a) And 362(a) Compelling Maine Public Utility Commission To Comply With October 27, 2009 Stay Order [Docket No. 262]

D. Stipulation Of The Maine Public Utilities Commission And The Debtors With Respect To Fed. R. Evid. 502(d) [Docket Nos. 315 & 320]

Responses Received:

E. Objection Of Maine Public Utilities Commission To Emergency Motion Of Fairpoint Communications, Inc. Pursuant To Bankruptcy Code Sections 105(a) And 362(a) Compelling Maine Public Utility Commission To Comply With October 27, 2009 Stay Order With Incorporated Memorandum Of Law [Docket No. 217]

F. Declaration Of Peter Ballou In Opposition To Emergency Motion Of Fairpoint Communications, Inc. Pursuant To Bankruptcy Code Sections 105(a) And 362(a) Compelling Maine Public Utility Commission To Comply With October 27, 2009 Stay Order [Docket No. 218]

G. Supplemental Memorandum Of Law In Support Of Maine Public Utilities' Objection To Emergency Motion Of Fairpoint Communications, Inc. Pursuant To Bankruptcy Code Sections 105(a) And 362(a) Compelling Maine Public Utility Commission To Comply With October 27, 2009 Stay Order [Docket No. 325]

Reply:

H. Reply Of Fairpoint Communications, Inc. To Objection Of Maine Public Utilities Commission To Emergency Motion Of Fairpoint Communications, Inc For Order Pursuant To Bankruptcy Code Sections 105(a) And 362(a) Compelling State Of Maine Public Utilities Commission To Comply With October 27, 2009 Stay Order [Docket No. 248]

I. Official Committee Of Unsecured Creditors' Memorandum In Support Of Debtors' Emergency Motion For Order Pursuant To Bankruptcy Code Sections 105(a) And 362(a) Compelling Maine Public Utility Commission To Comply With October 27, 2009 Stay Order [Docket No. 249]

Status: This matter is going forward.

Dated: January 11, 2010
New York, New York

/s/ Luc A. Despins
Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Counsel to the Debtors
and Debtors in Possession*