**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                 :

In re:                                         :      **Chapter 11**
                                                 :

**FAIRPOINT COMMUNICATIONS, INC., et al.,**   :      **Case No. 09-16335 (BRL)**
                                                 :

                             **Debtors.**     :      **(Jointly Administered)**
------------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

ABHISHEK MATHUR, being of full age, hereby certifies as follows:

On February 3, 2010, I caused true copies of the Supplemental Objection of the Official Committee of Unsecured Creditors to Debtors' Motion For Approval of DIP Financing and Form of Final DIP Financing Order and Exhibit A - Affidavit of Richard Morgner, Managing Director of Jefferies & Company [Docket# 558] to be filed on CM/ECF and to be served upon the parties on the service list attached hereto as <u>Exhibit A</u> via electronic mail (if an email address was provided) or United States First Class Mail (if an email address was not provided). I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                  /s/ Abhishek Mathur
                                  ABHISHEK MATHUR

Dated: February 3, 2010

**EXHIBIT A**

2

**MASTER SERVICE LIST**
**FAIRPOINT COMMUNICATION, INC.**
**09-16335 (BRL)**

| | |
|---|---|
| Office of the United States Trustee<br>Attn: Andrew D. Velez-Rivera, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Kaye Scholer LLP<br>Attn: Mark F. Liscio, Esq.<br>425 Park Avenue<br>New York, NY 10022<br>mliscio@kayescholer.com |
| Kaye Scholer LLP<br>Attn: Margot B. Schonholtz, Esq.<br>425 Park Avenue<br>New York, NY 10022<br>mschonholtz@kayescholer.com | United States Attorney for the Southern<br>District of New York<br>Attn: Preet Bharara, Esq.<br>86 Chambers Street<br>New York, NY 10007 |
| Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq.<br>180 Maiden Lane<br>New York, NY 10038<br>khansen@stroock.com | Securities and Exchange Commission<br>233 Broadway<br>New York, NY 10279 |
| Attn: District & Regional Director<br>Internal Revenue Service<br>290 Broadway<br>New York, NY 10007 | FairPoint Communications, Inc.<br>Attn: Susan Sowell, Esq.<br>521 East Morehead Street<br>Suite 500<br>Charlotte, NC 28202<br>ssowell@fairpoint.com |
| Federal Communications Commission<br>445 12th Street SW<br>Washington, DC 20554 | Paul, Hastings, Janofsky & Walker LLP<br>Attn: James T. Grogan, Esq.<br>Park Avenue Tower<br>75 E 55th Street, First Floor<br>New York, NY 10022<br>jamesgrogan@paulhastings.com |
| Paul, Hastings, Janofsky & Walker LLP<br>Attn: Luc A. Despins, Esq<br>Park Avenue Tower<br>75 E 55th Street, First Floor<br>New York, NY 10022<br>lucdespins@paulhastings.com | Paul, Hastings, Janofsky & Walker LLP<br>Attn: Danny Choi, Esq.<br>Park Avenue Tower<br>75 E 55th Street, First Floor<br>New York, NY 10022<br>dannychoi@paulhastings.com |
| Paul, Hastings, Janofsky & Walker LLP<br>Attn: Christopher Desiderio, Esq.<br>Park Avenue Tower<br>75 E 55th Street, First Floor<br>New York, NY 10022<br>christopherdesiderio@paulhastings.com | Bruce H. Simon, Esq.<br>Cohen, Weiss & Simon, LLP<br>330 West 42nd Street<br>25th Floor<br>New York, NY 10036-6976<br>bsimon@cwsny.com |

| | |
|---|---|
| Paul, Hastings, Janofsky & Walker LLP<br>Attn: Christopher Fong, Esq.<br>Park Avenue Tower<br>75 E 55th Street, First Floor<br>New York, NY 10022<br>christopherfong@paulhastings.com | David R. Hock, Esq.<br>Cohen Weiss & Simon LLP<br>330 W 42nd Street<br>New York, NY 10036<br>dhock@cwsny.com |
| Robert J. Keach Esq.<br>Bernstein Shur Sawyer & Nelson PA<br>100 Middle Street<br>PO Box 9729<br>Portland, ME 04104-5029<br>rkeach@bernsteinshur.com | Bruce A. Harwood Esq.<br>Sheehan Phinney Bass & Green PA<br>1000 Elm Street<br>PO Box 3701<br>Manchester, NH 03105-3701<br>bharwood@sheehan.com |
| Peter C. L. Roth Esq.<br>Office of the New Hampshire Attorney<br>General<br>33 Capital Street<br>Concord, NH 03301<br>peter.roth@doj.nh.gov | Darryl S. Laddin, Esq.<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031<br>dladdin@agg.com |
| Richard W. Head, Esq.<br>Office of the New Hampshire Attorney<br>General<br>33 Capital Street<br>Concord, NH 03301<br>richard.head@doj.nh.gov | David J. Kozlowski, Esq.<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019<br>kozlowski.david@arentfox.com |
| Frank N. White, Esq.<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Ste 2100<br>Atlanta, GA 30363-1031<br>frank.white@agg.com | Michael Z. Brownstein, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>mbrownstein@blankrome.com |
| Robert M. Hirsh, Esq.<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019<br>hirsh.robert@arentfox.com | B. Feder, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>KDWBankruptcyDepartment@kelleydrye.com |
| Joel C. Shapiro Esq.<br>Blank Rome LLP<br>One Logan Square<br>Philadelphia, PA 19103<br>Shapiro-jc@blankrome.com | Brett Lawrence, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>blawrence@stroock.com |

| | |
|---|---|
| Michael L. Schein Esq.<br>Vedder Price PC<br>1633 Broadway<br>47th Floor<br>New York, NY 10019<br>mschein@vedderprice.com | Richard G. Mason, Esq.<br>Wachtell Lipton Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>rgmason@wlrk.com |
| Steven M. Schwartz, Esq.<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>sschwartz@winston.com | Honor S. Heath Esq.<br>Northeast Utilities Service Co<br>Legal Department<br>PO Box 270<br>Hartford, CT 06141-0270<br>heathhs@nu.com |
| J. Carr, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178<br>KDWBankruptcyDepartment@kelleydrye.com | J. Alderson, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>KDWBankruptcyDepartment@kelleydrye.com |
| Christian T Chandler Esq<br>Curtis Thaxter Stevens Broder<br>& Micoleau LLC<br>One Canal Plaza, Ste 1000<br>PO Box 7320<br>Portland, ME 04112-7320<br>cchandler@curtisthaxter.com | Nicholas J. Cremona, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022<br>ncremona@kayescholer.com |
| Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178<br>KDWBankruptcyDepartment@kelleydrye.com | James E. Farrah<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178<br>KDWBankruptcyDepartment@kelleydrye.com |
| Alan J Lipkin<br>Willkie Farr & Gallagher LLP<br>787 7th Ave<br>New York, NY 10019<br>alipkin@willkie.com | Jeremy E Crystal<br>Willkie Farr & Gallagher LLP<br>787 7th Ave<br>New York, NY 10019<br>jcrystal@willkie.com |
| Missouri Department of Revenue<br>Bankruptcy Unit<br>Steven A. Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br>sdnyecf@dor.mo.gov | Dana S. Plon, Esq.<br>Sirlin Gallogly & Lesser PC<br>1529 Walnut St<br>Ste 600<br>Philadelphia, PA 19102<br>dplon@sirlinlaw.com |
| E. Franklin Childress Jr., Esq.<br>Baker Donelson et. al.<br>165 Madison Ave<br>Ste 2000<br>Memphis, TN 38103<br>fchildress@bakerdonelson.com | Lori Lapin Jones, Esq.<br>Lori Lapin Jones PLLC<br>98 Cutter Mill Rd<br>Ste 201 N<br>Great Neck, NY 11021<br>ljones@jonespllc.com |
| Brian W Bisignani Esq<br>Post & Schell PC | William A Slaughter Esq.<br>Ballard Spahr LLP |

| | |
|---|---|
| 17 North 2nd St<br>12th Fl<br>Harrisburg, PA 17101-1601<br>bbisignani@postschell.com | 1735 Market Street<br>51st Floor<br>Philadelphia, PA 19801<br>slaughter@ballardspahr.com |
| Matthew G Summers, Esq.<br>Ballard Spahr LLP<br>919 N Market Street<br>12th Floor<br>Wilmington, DE 19801<br>summersm@ballardspahr.com | Joseph Lubertazzi Jr.<br>McCarter & English LLP<br>245 Park Avenue<br>27th Floor<br>New York, NY 10167<br>jlubertazzi@mccarter.com |
| Sayan Bhattacharyya, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>sbhattacharyya@stroock.com | Scott D. Talmadge, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022<br>mliscio@kayescholer.com |
| National City Mortgage<br>Bankruptcy Department<br>3232 Newmark Drive<br>Miamsburg OH 45342 | George J. Marcus, Esq.<br>Marcus, Clegg & Mistretta, P.A.<br>One Canal Plaza, Suite 600<br>Portland, ME 04101<br>gmarcus@mcm-law.com |
| Jennie L. Clegg, Esq.<br>Marcus, Clegg & Mistretta, P.A.<br>One Canal Plaza, Suite 600<br>Portland, ME 04101<br>jclegg@mcm-law.com | David C. Johnson, Esq.<br>Marcus, Clegg & Mistretta, P.A.<br>One Canal Plaza, Suite 600<br>Portland, ME 04101<br>djohnson@mcm-law.com |
| Gerald D. Silver, Esq.<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>gsilver@winston.com | Geraldine E. Ponto, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>gponto@gibbonslaw.com |
| David N. Crapo, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>dcrapo@gibbons.com | Scott A. Zuber, Esq.<br>Day Pitney LLP<br>P.O. Box 1945<br>Morristown, NJ 07962-1945<br>szuber@daypitney.com |
| Vincent A. D'Agostino, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>vdagostino@lowenstein.com | Scott Cargill, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>scargill@lowenstein.com |

| | |
|---|---|
| Joseph A. Becht, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>jbrecht@lowenstein.com | Jay H. Ong, Esq.<br>Munsch Hardt Kopf & Harr, P.C.<br>One American Center<br>600 Congress Avenue, Suite 2900<br>Austin, TX 78701<br>jong@munsch.com |
| Bruce D. Mael, Esq.<br>Berkman, Henoch, Peterson & Peddy, P.C.<br>100 Garden City Plaza<br>Garden City, NY 11530<br>B.mael@bhpp.com | Alan J. Brody, Esq.<br>Greenberg Traurig LLP<br>200 Park Avenue<br>Florham Park, NJ 07932<br>brodya@gtlaw.com |
| Debra S. Turetsky, Esq.<br>Reed Smith LLP<br>599 Lexington Avenue, 30th Floor<br>New York, NY 10022<br>dturetsky@reedsmith.com | Joseph M. Cerra, Esq.<br>Forman Holt Eliades & Ravin LLC<br>80 Route 4 East<br>Suite 290<br>Paramus, NJ 07652<br>jcerra@formanlaw.com |
| Matthew J. Ochs, Esq.<br>Moye White LLP<br>1400 16th Street, 6th Floor<br>Denver, CO 80202-1473<br>matt.ochs@moyewhite.com | Gregory J. Mascitti, Esq.<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022<br>gmascitti@nixonpeabody.com |
| Curtis E. Kimball, Esq.<br>Rudman & Winchell<br>84 Harlow Street<br>P.O. Box 1401<br>Bangor, ME 04402-1401<br>ckimball@rudman-winchell.com | Jonathan I. Levine, Esq.<br>Andrews & Kurth LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>jonathanlevine@andrewskurth.com |
| Joshua Gindin<br>NCO Financial Systems Inc.<br>507 Prudential Rd.<br>Horsham, PA 19044<br>Josh.gindin@ncogroup.com | Paul N. Silverstein, Esq.<br>Andrews & Kurth LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>paulsilverstein@andrewskurth.com |
| Bank of America, N.A., as Agent<br>Attn: Maria Bulin, Sylvia Jacobo,<br>Antonikia Thomas<br>901 Main Street<br>14th Floor<br>Dallas, TX 75202 | Courtney M. Rogers, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, New York 10103<br>crogers@orrick.com |
| David I. Swan, Esq.<br>McGuireWoods LLP<br>1750 Tysons Blvd.<br>Suite 1800<br>McLean, VA 22102<br>dswan@mcguirewoods.com | Kenneth M. Miskin, Esq.<br>McGuireWoods LLP<br>1750 Tysons Blvd.<br>Suite 1800<br>McLean, VA 22102<br>kmiskin@mcguirewoods.com |
| Hans S. Peterson, Esq.,<br>Rudman & Winchell<br>84 Harlow Street, PO Box 1401 | Shawn M. Christianson, Esq.<br>Buchalter Nemer, A Professional Corporation<br>333 Market Street, 25th Floor |

| | |
|---|---|
| Bangor, ME 04402-1401<br>hpeterson@rudman-winchell.com | San Francisco, CA 94105-2126<br>schristianson@buchalter.com |
| Deborah J. Dwyer<br>District Tax Attorney<br>1740 Broadway, 16th Floor<br>New York, New York 10019<br>Email: Deborah_Dwyer@tax.state.ny.us | U.S. Bank National Association<br>Attn: Rick Prokosch<br>60 Livingston Avenue<br>EP-MN-WS3C<br>St Paul, MN  55107 |
| TW Telecom Inc<br>Linda Boyle<br>10475 Park Meadows Dr #400<br>Littleton, CO  80124<br>lindaboyle@twtelecom.com | Travelers<br>Scot Freeman<br>Account Resolution<br>One Tower Square 5MN<br>Harford, CT  06183 |
| Dunn Carney Allen Higgins & Tongue<br>James M Hillas<br>851 SW Sixth<br>Ste 1500<br>Portland, OR  97204<br>jhillas@dunncarney.com | |