**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------X

In re:                          Chapter 11

  FairPoint Communications, Inc., et al.,   Case No: 09-16335 (BRL)

              Debtors.

-------------------------------X


**<u>CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER</u>**

IN RE: FAIRPOINT COMMUNICATIONS, INC.
Case No: 09-16335

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED JANUARY 21, 2010, DOCUMENT #378 (SEE LEAD CASE), DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.