UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
FAIRPOINT COMMUNICATIONS, INC., et al.,                          :    Case No. 09-16335 (BRL)
                                                                 :
                            Debtors.                             :    (Jointly Administered)
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

ABHISHEK MATHUR, being of full age, hereby certifies as follows:

On February 8, 2010, I caused true copies of the Second Notice of Adjournment of Status Conference Pursuant to Section 105(d)(1) of the Bankruptcy Code Regarding The Debtors' Motion for Order, Pursuant to Bankruptcy Code Sections 105(a), 363 and 365 and Bankruptcy Rule 6006 and 9019, Authorizing Debtors to Assume Certain Agreements and Settle Certain Related Claims Concerning Capgemini U.S. LLC, Docket # 553, to be filed on CM/ECF and served on the following parties via the method shown: (a) via Electronic Mail, to FairPoint Communications, Inc., ssowell@fairpoint.com, (Attn: Susan Sowell); (b) via Electronic Mail, to Paul, Hastings, Janofsky & Walker LLP, attorneys to FairPoint Communications, Inc., jamesgrogan@paulhastings.com and lucdespins@paulhastings.com (Attn: James T. Grogan and Luc A. Despins); (c) via Electronic Mail and First Class Mail, to the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York NY 10004, Andy.Velez-Rivera@usdoj.gov (Attn: Andrew D. Velez-Rivera); (d) via Electronic Mail, to Kaye Scholer LLP, attorneys for Bank of America, N.A. as administrative agent for FairPoint's prepetition secured lenders, mliscio@kayescholer.com and mschonholtz@kayscholer.com, (Attn: Mark F. Liscio and Margot B. Schonholtz); (e) via Electronic Mail, to Stroock & Stroock & Lavan LLP, attorneys to the ad hoc committee of FairPoint's senior noteholders, khansen@stroock.com and blawrence@stroock.com, (Attn: Kristopher M. Hansen and Brett Lawrence); and (f) via Electronic Mail, to Winston & Strawn LLP, attorneys for Capgemini U.S. LLC, sschwartz@winston.com and gsilver@winston.com (Attn: Steven M. Schwartz and Gerald D. Silver).

I certify that the foregoing statement is made by me are true. I am aware that if the foregoing statement is willfully false, I am subject to punishment.

                                                      /s/ Abhishek Mathur
                                                      Abhishek Mathur

Dated: February 8, 2010