**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **FAIRPOINT COMMUNICATIONS, INC.** *et al.,* | : | Case No. 09-16335 (BRL) |
| | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

_____

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                        ) ss:
COUNTY OF NEW YORK  )

      Helen M. Lamb, being duly sworn, deposes and says:

      1.    That I am in the employ of Chadbourne & Parke LLP, that I am not a party to this action and that I am over the age of eighteen years.

      2.    That on February 8, 2010 I caused to be served a true and correct copy of the following document on those parties on the attached service list by U.S. First-Class Mail.

*Notice of Appearance and Request for Service of Documents*

                                            */s/ Helen M. Lamb*
                                                Helen M. Lamb

Sworn to before me this
9th day of February 2010

*/s/ Francisco Vazquez*
Francisco Vazquez
Notary Public, State of New York
No. 31-6013920
Qualified in New York County
Commission Expires December 27, 2010

# SERVICE LIST

James T. Grogan, Esq.
Luc A. Despins, Esq.
Paul, Hastings, Janofsky & Walker, LLP
75 E. 55th Street
New York, NY  10022


Jonathan Levine, Esq.
Paul N. Silverstein, Esq.
Andrews Kurth LLP
450 Lexington Avenue
New York, NY  10017


Andrew D. Velez-Rivera, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY  10004