**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| **FairPoint Communications, Inc., <u>et</u> al.** | ) | Case No. 09-16335 (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

_____

**Claim No.: 209
Date Claim Filed: 11/25/2009
Claim Amount: $347.86**

**<u>NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)</u>**

**TO:    TRANSFEROR:    Worldlink Inc. of Maine**
400 Lambsmill Rd.
Naples, ME 04055

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 209 against FairPoint Communications, Inc., et al. in the amount of $347.86 as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:**          **Pioneer Credit Opportunities Fund, LP**
(where notices and          Attn: Adam Stein-Sapir
payments to transferee    Greeley Square Station, P.O. Box 20188
should be sent)                39 W. 31st Street
                                        New York, NY 10001
                                        Tel: 866-800-6010
                                        Fax: 216-839-5330
                                        adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

# EVIDENCE OF TRANSFER OF CLAIM

Worldlink Inc. of Maine, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $17,949.78 against Northland Telephone Company of Maine, Inc. Case No. 09-16404, FairPoint Vermont, Inc. Case No. 09-16357 and Standish Telephone Company Case No. 09-16394 (the "Debtors") in the United States Bankruptcy Court for the Southern District of New York, jointly administered under FairPoint Communications, Inc., et al., Case No. 09-16335, and the relevant portion of any and all proofs of claim (Nos. 203 through 233) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this _19_ day of _Feb._, 2010.

ASSIGNOR:

_Sue Garcia_
(Signature)

_Sue Garcia_
(Print Name)

_Worldlink Inc. of Maine_
(Company Name)

_Treasurer_
(Title)

ASSIGNEE:

_____
(Signature)

_Adam D. Stein-Sapir_
(Print Name)

_Pioneer Credit Opportunities Fund, L.P._
(Company Name)

_President_
(Title)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re:  ) Chapter 11
  )
**FairPoint Communications, Inc., et al.**  ) Case No. 09-16335 (Jointly Administered)
  )
Debtors.  )
_____

**Claim No.: 210**
**Date Claim Filed: 11/25/2009**
**Claim Amount: $596.97**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
### PURSUANT TO FRBP RULE 3001(e)(2)

**TO:** **TRANSFEROR:** **Worldlink Inc. of Maine**
400 Lambsmill Rd.
Naples, ME 04055

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 210 against FairPoint Communications, Inc., et al. in the amount of $596.97 as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:** **Pioneer Credit Opportunities Fund, LP**
(where notices and payments to transferee should be sent)
Attn: Adam Stein-Sapir
Greeley Square Station, P.O. Box 20188
39 W. 31st Street
New York, NY 10001
Tel: 866-800-6010
Fax: 216-839-5330
adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

# EVIDENCE OF TRANSFER OF CLAIM

Worldlink Inc. of Maine, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $17,949.78 against Northland Telephone Company of Maine, Inc. Case No. 09-16404, FairPoint Vermont, Inc. Case No. 09-16357 and Standish Telephone Company Case No. 09-16394 (the "Debtors") in the United States Bankruptcy Court for the Southern District of New York, jointly administered under FairPoint Communications, Inc., et al., Case No. 09-16335, and the relevant portion of any and all proofs of claim (Nos. 203 through 233) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this 19 day of Feb., 2010.

ASSIGNOR:

_Sue Garcia_
(Signature)

_Sue Garcia_
(Print Name)

_Worldlink Inc. of Maine_
(Company Name)

_Treasurer_
(Title)

ASSIGNEE:

_____
(Signature)

Adam D. Stein-Sapir
(Print Name)

Pioneer Credit Opportunities Fund, L.P.
(Company Name)

President
(Title)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| **FairPoint Communications, Inc., <u>et</u> <u>al.</u>** | ) | Case No. 09-16335 (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

_____

**Claim No.: 211**
**Date Claim Filed: 11/25/2009**
**Claim Amount: $878.64**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
### PURSUANT TO FRBP RULE 3001(e)(2)

**TO:   TRANSFEROR:**   **Worldlink Inc. of Maine**
400 Lambsmill Rd.
Naples, ME 04055

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 211 against FairPoint Communications, Inc., et al. in the amount of $878.64 as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:**   **Pioneer Credit Opportunities Fund, LP**
(where notices and   Attn: Adam Stein-Sapir
payments to transferee   Greeley Square Station, P.O. Box 20188
should be sent)   39 W. 31st Street
New York, NY 10001
Tel: 866-800-6010
Fax: 216-839-5330
adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM

Worldlink Inc. of Maine, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $17,949.78 against Northland Telephone Company of Maine, Inc. Case No. 09-16404, FairPoint Vermont, Inc. Case No. 09-16357 and Standish Telephone Company Case No. 09-16394 (the "Debtors") in the United States Bankruptcy Court for the Southern District of New York, jointly administered under FairPoint Communications, Inc., et al., Case No. 09-16335, and the relevant portion of any and all proofs of claim (Nos. 203 through 233) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this __19__ day of __Feb.__, 2010.

ASSIGNOR:

_Sue Garcia_
(Signature)

_Sue Garcia_
(Print Name)

_Worldlink Inc. of Maine_
(Company Name)

_Treasurer_
(Title)

ASSIGNEE:

_____
(Signature)

_Adam D. Stein-Sapir_
(Print Name)

_Pioneer Credit Opportunities Fund, L.P._
(Company Name)

_President_
(Title)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|   | ) |   |
| **FairPoint Communications, Inc., <u>et</u> al.** | ) | Case No. 09-16335 (Jointly Administered) |
|   | ) |   |
| Debtors. | ) |   |

_____

Claim No.: 212
Date Claim Filed: 11/25/2009
Claim Amount: $391.66

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)**

**TO:  TRANSFEROR:**   **Worldlink Inc. of Maine**
400 Lambsmill Rd.
Naples, ME 04055

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 212 against FairPoint Communications, Inc., et al. in the amount of $391.66 as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:**   **Pioneer Credit Opportunities Fund, LP**
(where notices and   Attn: Adam Stein-Sapir
payments to transferee   Greeley Square Station, P.O. Box 20188
should be sent)   39 W. 31st Street
New York, NY 10001
Tel: 866-800-6010
Fax: 216-839-5330
adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

# EVIDENCE OF TRANSFER OF CLAIM

Worldlink Inc. of Maine, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $17,949.78 against Northland Telephone Company of Maine, Inc. Case No. 09-16404, FairPoint Vermont, Inc. Case No. 09-16357 and Standish Telephone Company Case No. 09-16394 (the "Debtors") in the United States Bankruptcy Court for the Southern District of New York, jointly administered under FairPoint Communications, Inc., et al., Case No. 09-16335, and the relevant portion of any and all proofs of claim (Nos. 203 through 233) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this __19__ day of __Feb.__, 2010.

ASSIGNOR:

_Sue Garcia_
(Signature)

_Sue Garcia_
(Print Name)

_Worldlink Inc. of Maine_
(Company Name)

_Treasurer_
(Title)

ASSIGNEE:

_[signature]_
(Signature)

_Adam D. Stein-Sapir_
(Print Name)

_Pioneer Credit Opportunities Fund, L.P._
(Company Name)

_President_
(Title)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| **FairPoint Communications, Inc., <u>et</u> al.** | ) | Case No. 09-16335 (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

_____

**Claim No.: 213**
**Date Claim Filed: 11/25/2009**
**Claim Amount: $565.22**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
### PURSUANT TO FRBP RULE 3001(e)(2)

**TO:** **TRANSFEROR:** **Worldlink Inc. of Maine**
400 Lambsmill Rd.
Naples, ME 04055

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 213 against FairPoint Communications, Inc., et al. in the amount of $565.22 as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:** **Pioneer Credit Opportunities Fund, LP**
(where notices and payments to transferee should be sent)
Attn: Adam Stein-Sapir
Greeley Square Station, P.O. Box 20188
39 W. 31st Street
New York, NY 10001
Tel: 866-800-6010
Fax: 216-839-5330
adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM

Worldlink Inc. of Maine, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $17,949.78 against Northland Telephone Company of Maine, Inc. Case No. 09-16404, FairPoint Vermont, Inc. Case No. 09-16357 and Standish Telephone Company Case No. 09-16394 (the "Debtors") in the United States Bankruptcy Court for the Southern District of New York, jointly administered under FairPoint Communications, Inc., et al., Case No. 09-16335, and the relevant portion of any and all proofs of claim (Nos. 203 through 233) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this _19_ day of _Feb._, 2010.

**ASSIGNOR:**

_/s/ Sue Garcia_
(Signature)

Sue Garcia
(Print Name)

Worldlink Inc. of Maine
(Company Name)

Treasurer
(Title)

**ASSIGNEE:**

_/s/_
(Signature)

Adam D. Stein-Sapir
(Print Name)

Pioneer Credit Opportunities Fund, L.P.
(Company Name)

President
(Title)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| **FairPoint Communications, Inc., <u>et</u> al.** | ) | Case No. 09-16335 (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

_____

**Claim No.: 214**
**Date Claim Filed: 11/25/2009**
**Claim Amount: $593.30**

<u>**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**</u>
**PURSUANT TO FRBP RULE 3001(e)(2)**

**TO:**     **TRANSFEROR:**     **Worldlink Inc. of Maine**
                                               400 Lambsmill Rd.
                                               Naples, ME 04055

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 214 against FairPoint Communications, Inc., et al. in the amount of $593.30 as evidenced by the attached Evidence of Transfer of Claim to:

       **TRANSFEREE:**      **Pioneer Credit Opportunities Fund, LP**
       (where notices and      Attn: Adam Stein-Sapir
       payments to transferee    Greeley Square Station, P.O. Box 20188
       should be sent)             39 W. 31st Street
                                               New York, NY 10001
                                               Tel: 866-800-6010
                                               Fax: 216-839-5330
                                               adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

                                                                            _____
                                                                                  Clerk of the Court

# EVIDENCE OF TRANSFER OF CLAIM

Worldlink Inc. of Maine, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $17,949.78 against Northland Telephone Company of Maine, Inc. Case No. 09-16404, FairPoint Vermont, Inc. Case No. 09-16357 and Standish Telephone Company Case No. 09-16394 (the "Debtors") in the United States Bankruptcy Court for the Southern District of New York, jointly administered under FairPoint Communications, Inc., et al., Case No. 09-16335, and the relevant portion of any and all proofs of claim (Nos. 203 through 233) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this _19_ day of _Feb._, 2010.

ASSIGNOR:

_Sue Garcia_
(Signature)

_Sue Garcia_
(Print Name)

_Worldlink Inc. of Maine_
(Company Name)

_Treasurer_
(Title)

ASSIGNEE:

_____
(Signature)

_Adam D. Stein-Sapir_
(Print Name)

_Pioneer Credit Opportunities Fund, L.P._
(Company Name)

_President_
(Title)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

|                                              |   |                                         |
|----------------------------------------------|---|-----------------------------------------|
| In re:                                       | ) | Chapter 11                              |
|                                              | ) |                                         |
| **FairPoint Communications, Inc., <u>et</u> al.** | ) | Case No. 09-16335 (Jointly Administered) |
|                                              | ) |                                         |
| Debtors.                                     | ) |                                         |

_____

**Claim No.: 215
Date Claim Filed: 11/25/2009
Claim Amount: $701.18**

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)**

**TO:   TRANSFEROR:**   **Worldlink Inc. of Maine**
400 Lambsmill Rd.
Naples, ME 04055

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 215 against FairPoint Communications, Inc., et al. in the amount of $701.18 as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:**   **Pioneer Credit Opportunities Fund, LP**
(where notices and   Attn: Adam Stein-Sapir
payments to transferee   Greeley Square Station, P.O. Box 20188
should be sent)   39 W. 31st Street
New York, NY 10001
Tel: 866-800-6010
Fax: 216-839-5330
adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM

Worldlink Inc. of Maine, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $17,949.78 against Northland Telephone Company of Maine, Inc. Case No. 09-16404, FairPoint Vermont, Inc. Case No. 09-16357 and Standish Telephone Company Case No. 09-16394 (the "Debtors") in the United States Bankruptcy Court for the Southern District of New York, jointly administered under FairPoint Communications, Inc., et al., Case No. 09-16335, and the relevant portion of any and all proofs of claim (Nos. 203 through 233) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this __19__ day of __Feb.__, 2010.

ASSIGNOR:

_Sue Garcia_
(Signature)

_Sue Garcia_
(Print Name)

_Worldlink Inc. of Maine_
(Company Name)

_Treasurer_
(Title)

ASSIGNEE:

_____
(Signature)

_Adam D. Stein-Sapir_
(Print Name)

_Pioneer Credit Opportunities Fund, L.P._
(Company Name)

_President_
(Title)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| **FairPoint Communications, Inc., <u>et</u> <u>al.</u>** | ) | Case No. 09-16335 (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

_____  **Claim No.: 216**
**Date Claim Filed: 11/25/2009**
**Claim Amount: $767.39**

<u>**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**</u>
<u>**PURSUANT TO FRBP RULE 3001(e)(2)**</u>

**TO:** **TRANSFEROR:** **Worldlink Inc. of Maine**
400 Lambsmill Rd.
Naples, ME 04055

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 216 against FairPoint Communications, Inc., et al. in the amount of $767.39 as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:** **Pioneer Credit Opportunities Fund, LP**
(where notices and    Attn: Adam Stein-Sapir
payments to transferee   Greeley Square Station, P.O. Box 20188
should be sent)     39 W. 31st Street
New York, NY 10001
Tel: 866-800-6010
Fax: 216-839-5330
adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM

Worldlink Inc. of Maine, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $17,949.78 against Northland Telephone Company of Maine, Inc. Case No. 09-16404, FairPoint Vermont, Inc. Case No. 09-16357 and Standish Telephone Company Case No. 09-16394 (the "Debtors") in the United States Bankruptcy Court for the Southern District of New York, jointly administered under FairPoint Communications, Inc., et al., Case No. 09-16335, and the relevant portion of any and all proofs of claim (Nos. 203 through 233) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this _19_ day of _Feb._, 2010.

**ASSIGNOR:**

_Sue Garcia_
(Signature)

_Sue Garcia_
(Print Name)

_Worldlink Inc. of Maine_
(Company Name)

_Treasurer_
(Title)

**ASSIGNEE:**

_____
(Signature)

_Adam D. Stein-Sapir_
(Print Name)

_Pioneer Credit Opportunities Fund, L.P._
(Company Name)

_President_
(Title)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                      )
In re:                                               )    Chapter 11
                                                      )
**FairPoint Communications, Inc., <u>et</u> al.**    )    Case No. 09-16335 (Jointly Administered)
                                                      )
                    Debtors.                  )
_____       **Claim No.: 217**
                                                           **Date Claim Filed: 11/25/2009**
                                                           **Claim Amount: $1,399.45**

<u>**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**</u>
<u>**PURSUANT TO FRBP RULE 3001(e)(2)**</u>


**TO:     TRANSFEROR:**     **Worldlink Inc. of Maine**
                             400 Lambsmill Rd.
                             Naples, ME 04055

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 217 against FairPoint Communications, Inc., et al. in the amount of $1,399.45 as evidenced by the attached Evidence of Transfer of Claim to:

    **TRANSFEREE:**          **Pioneer Credit Opportunities Fund, LP**
    (where notices and       Attn: Adam Stein-Sapir
    payments to transferee   Greeley Square Station, P.O. Box 20188
    should be sent)          39 W. 31st Street
                             New York, NY 10001
                             Tel: 866-800-6010
                             Fax: 216-839-5330
                             adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING


                                              _____
                                                       Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM

Worldlink Inc. of Maine, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $17,949.78 against Northland Telephone Company of Maine, Inc. Case No. 09-16404, FairPoint Vermont, Inc. Case No. 09-16357 and Standish Telephone Company Case No. 09-16394 (the "Debtors") in the United States Bankruptcy Court for the Southern District of New York, jointly administered under FairPoint Communications, Inc., et al., Case No. 09-16335, and the relevant portion of any and all proofs of claim (Nos. 203 through 233) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this __19__ day of __Feb.__, 2010.

ASSIGNOR:

__Sue Garcia__
(Signature)

__Sue Garcia__
(Print Name)

__Worldlink Inc. of Maine__
(Company Name)

__Treasurer__
(Title)

ASSIGNEE:

_____
(Signature)

__Adam D. Stein-Sapir__
(Print Name)

__Pioneer Credit Opportunities Fund, L.P.__
(Company Name)

__President__
(Title)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| **FairPoint Communications, Inc., <u>et</u> al.** | ) | Case No. 09-16335 (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

_____

**Claim No.: 218**
**Date Claim Filed: 11/25/2009**
**Claim Amount: $49.56**

<u>**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**</u>
**PURSUANT TO FRBP RULE 3001(e)(2)**

**TO:   TRANSFEROR:**   **Worldlink Inc. of Maine**
400 Lambsmill Rd.
Naples, ME 04055

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 218 against FairPoint Communications, Inc., et al. in the amount of $49.56 as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:**   **Pioneer Credit Opportunities Fund, LP**
(where notices and     Attn: Adam Stein-Sapir
payments to transferee    Greeley Square Station, P.O. Box 20188
should be sent)     39 W. 31st Street
New York, NY 10001
Tel: 866-800-6010
Fax: 216-839-5330
adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM

Worldlink Inc. of Maine, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $17,949.78 against Northland Telephone Company of Maine, Inc. Case No. 09-16404, FairPoint Vermont, Inc. Case No. 09-16357 and Standish Telephone Company Case No. 09-16394 (the "Debtors") in the United States Bankruptcy Court for the Southern District of New York, jointly administered under FairPoint Communications, Inc., et al., Case No. 09-16335, and the relevant portion of any and all proofs of claim (Nos. 203 through 233) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this  19  day of   Feb.  , 2010.

ASSIGNOR:

_Sue Garcia_
(Signature)

_Sue Garcia_
(Print Name)

_Worldlink Inc. of Maine_
(Company Name)

_Treasurer_
(Title)

ASSIGNEE:

_____
(Signature)

_Adam D. Stein-Sapir_
(Print Name)

_Pioneer Credit Opportunities Fund, L.P._
(Company Name)

_President_
(Title)