B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **FAIRPOINT COMMUNICATIONS INC,**  Case No. **09-16335**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **LIQUIDITY SOLUTIONS, INC.** | **CBM OF AMERICA INC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**

Court Claim # (if known): 199
Amount of Claim: **$14,400.00**
Date Claim Filed: 11/24/2009

Phone: **(201) 968-0001**         Phone: _____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Michael Handler                       Date:  03/02/2010
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**497565**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **FAIRPOINT COMMUNICATIONS INC,**  Case No. **09-16335**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 199 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **03/02/2010**.

| | |
|---|---|
| **LIQUIDITY SOLUTIONS, INC.** | **CBM OF AMERICA INC** |
| Name of Alleged Transferee | Name of Transferor |
| Address of Alleged Transferee: | Address of Transferor: |
| **One University Plaza, Suite 312** | **CBM OF AMERICA INC** |
| **Hackensack, NJ 07601** | **1455 W NEWPORT CENTER DR** |
| | **DEERFIELD BEACH, FL 33442-7709** |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____     _____
**CLERK OF THE COURT**

497565

## TRANSFER NOTICE

CBM OF AMERICA INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for ___ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against FairPoint Communications, Inc. ("Debtor"), in the aggregate amount of $14,400.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 09-16335.

IN WITNESS WHEREOF, Assignor has signed below as of the __17__ day of __February__, 2010.

CBM OF AMERICA INC                                LIQUIDITY SOLUTIONS, INC.

By: _____(Signature)_____                     _____(Signature)_____

EDDIE E. SULTAN, VP & CFO                         Michael Handler
(Print Name and Title)                            (Print Name and Title)

A97565