United States Bankruptcy Court
Southern District of New York

In re:  FairPoint Communications, Inc. et al., Jointly Administered, Case No. 09-16335

NOTICE OF TRANSFER OF CLAIM APPEARING IN THE DEBTOR'S SCHEDULES PURSUANT TO F.R.B.P. 3001(e)(2)

**To Transferor**         **SELECT SECURITY**         **Claim No. 8**
                          PO BOX 11115                **Amount of Claim $87,176.53**
                          Portland, ME 04104

**Name of Transferee** where notices and payments to transferee should be sent:

Creditor Liquidity, L.P.
200 Business Park Drive, Suite 200
Armonk, New York 10504
Phone: (914) 514-8300

No action is required. Assignor hereby waives any notice of hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

United States Bankruptcy Court
Southern District of New York
New York Division
615-3 Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By /s/ Robert J. Tannor          Dated: 2/19/2010
Creditor Liquidity, L.P.

Evidence of Transfer

**SELECT SECURITY** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504**, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of **$87,176.53** as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against **FairPoint Communications, Inc. et al.**, Jointly Administered in the United States Bankruptcy Court, **Southern District of New York** ("the Court"), Case no. **09-16335** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 18 day of _____, 2009

By: _____
(Signature of Authorized Party)

SELECT SECURITY, INC.
(Company Name)

TIMOTHY M. LANDON
(Print name of Authorized Party)


By: _____/s/ Robert J. Tannor_____
Robert J. Tannor

_____Creditor Liquidity, LP_____


_____914-514-8300_____
(Telephone Number)