# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: FairPoint Communications, Inc., et al.    Case No. 09-16335

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TR Capital, LLC
Name of Transferee

Alamon Telco, Inc.
Name of Transferor

Name and Address where notices to transferee should be sent:

TR CAPITAL, LLC
Attn: TERREL ROSS
265 Sunrise Highway, Suite 42
Rockville Centre, NY 11570

Phone: 516-255-1801
Last four digits of Acct#:      n/a

Name and address where transferee payments should be sent (if different from above):

Phone:    n/a
Last four digits of Acct#:      n/a

Court Claim # (if known): 74
Amount of Claim: $78,617.93
Date Claim Filed: November 16, 2009

Phone: 406-752-8838
Last four digits of Acct.#:   N/A

Name and Current Address of Transferor:

Alamon Telco, Inc.
315 West Idaho
Kalispell, MT 59901

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Terrel Ross            Date: March 6, 2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attention: Clerk

AND TO: NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC. ("Debtor")
Case No. 09-16365
Jointly Administered under FAIRPOINT COMMUNICATIONS, INC., ET AL., Case No. 09-16335

Claim #74

**ALAMON TELCO, INC.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TR CAPITAL, LLC**
265 Sunrise Highway, Suite 42
Rockville Centre, NY 11570
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **$78,617.93** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS **5th.** DAY OF **March**, 2010.

| ASSIGNOR: ALAMON TELCO, INC. | ASSIGNEE: TR CAPITAL, LLC |
|---|---|
| (Signature) | (Signature) |
| Margaret A. Gebhardt (Print Name) | Terrel Ross (Print Name) |
| President (Title) | Managing Member (Title) |