United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| PEOPLES MUTUAL TELEPHONE COMPANY | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-16371 |
| Debtor | } Amount **$1,540.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**ENERSYS**
**INTEGRATED POWER SOURCES**
**2260 DABNEY ROAD**
**RICHMOND, VA 23230**

The transfer of your claim as shown above in the amount of **$1,540.00** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Eric Horn
Liquidity Solutions Inc
(201) 968-0001

3125268

## TRANSFER NOTICE

ENERSYS ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **PEOPLES MUTUAL TELEPHONE COMPANY** (the "Debtor"), in the aggregate amount of **$1,540.00,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 09-16371.

IN WITNESS WHEREOF, Assignor has signed below as of the 25 day of February, 2010

ENERSYS

(Signature)

Steven Schenkelberger

(Print Name and Title)

Owner / President

Alice Martin Winters

(Signature)

Alice Martin Winters

(Print Name of Witness) Notary

ALICE MARTIN WINTERS
Notary Public
Commonwealth of Virginia
7237634
My Commission Expires Oct 31, 2013

PEOPLES MUTUAL TELEPHONE COMPANY
ENERSYS

3125268