UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
**In re:** : Chapter 11
: 
**FAIRPOINT COMMUNICATIONS, INC.,** *et al.*, : Case No. 09-16335 (BRL)
: 
**Debtors.** : (Jointly Administered)
: 
---------------------------------------------------------------x

# ORDER EXTENDING EXCLUSIVE PERIODS
# PURSUANT TO BANKRUPTCY CODE SECTION 1121(d)

Upon the Motion, dated February 22, 2010 (the "Motion"),[1] of FairPoint Communications, Inc. ("FairPoint Communications") and its affiliated debtors, as debtors in possession (collectively, "FairPoint"), for entry of an order, pursuant to section 1121(d) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), extending the period during which FairPoint has the exclusive right to file a plan of reorganization (the "Exclusive Filing Period"), and extending the period during which FairPoint may solicit acceptances thereof (the "Solicitation Period," and together with the Exclusive Filing Period, the "Exclusive Periods"), as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 1334; and due and proper notice of the Motion having been provided under the particular circumstances; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of FairPoint, its estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **ORDERED THAT**:

1. The Motion is GRANTED.

2. Pursuant to section 1121(d) of the Bankruptcy Code, FairPoint's Exclusive Filing Period is extended through and including August 23, 2010.

3. Pursuant to section 1121(d) of the Bankruptcy Code, FairPoint's Solicitation Period is extended through and including October 21, 2010.

4. The extension of the Exclusive Periods granted herein is without prejudice to such further requests that may be made pursuant to section 1121(d) of the Bankruptcy Code.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: March 22, 2010
      New York, New York

/s/Burton R. Lifland_____
THE HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE