Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                        :

**In re:**                      :    **Chapter 11**
                        :

**FAIRPOINT COMMUNICATIONS, INC.,** *et al.*,:    **Case No. 09-16335 (BRL)**
                        :

        **Debtors.**           :    **(Jointly Administered)**
                        :
-------------------------------------------------------------x

## NOTICE OF FAIRPOINT'S SECOND OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)

**TO THE CLAIMANTS IDENTIFIED ON THE ATTACHED <u>EXHIBIT A</u>:**

      **PLEASE TAKE NOTICE** that FairPoint Communications, Inc. ("<u>FairPoint Communications</u>") and its affiliated debtors, as debtors in possession (collectively, "<u>FairPoint</u>"), have filed the attached Second Omnibus Objection (Duplicate Claims), dated March 23, 2010 (the "<u>Objection</u>").

      **PLEASE TAKE FURTHER NOTICE** that this Objection is seeking to correct the claims register in order to disallow and expunge those claims that are duplicative of other claims. **PURSUANT TO RULE 3007(e)(1) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, CLAIMANTS RECEIVING THE OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON <u>EXHIBIT A</u> OF THE OBJECTION.** IF YOU AGREE WITH THE OBJECTION TO YOUR CLAIM, YOU DO NOT NEED TO TAKE ANY ACTION OR OTHERWISE RESPOND TO THIS OBJECTION.

      **PLEASE TAKE FURTHER NOTICE** that on April 27, 2010, at 10:00 a.m. (Eastern Time), a hearing on the Objection will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Customs

House, One Bowling Green, New York, New York, 10004-1408, to consider the relief requested in the Objection.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the Objection, you or your attorney must file a written response to the Objection with the Bankruptcy Court (i) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (ii) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and a copy of any such response must be served in accordance with General Order M-242 on (a) Paul, Hastings, Janofsky & Walker LLP, attorneys for FairPoint, 75 East 55th Street, New York, NY 10022, Attn: Luc A. Despins, Esq. and James T. Grogan, Esq.; (b) FairPoint, c/o FairPoint Communications, Inc., 521 East Morehead Street, Suite 500, Charlotte, NC 28202, Attn: Susan L. Sowell, Esq.; (c) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, NY 10004, Attn: Andrew D. Velez-Rivera, Esq. and Elisabetta Gasparini, Esq.; (d) Kaye Scholer LLP, 425 Park Avenue, New York NY 10022, Attn: Margot B. Schonholtz, Esq. and Mark F. Liscio, Esq., attorneys to Bank of America, N.A. as administrative agent for FairPoint's prepetition secured lenders; (e) Andrews Kurth LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Paul N. Silverstein, Esq. and Jonathan I. Levine, Esq., attorneys to the official committee of unsecured creditors; (f) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038, Attn: Kristopher M. Hansen, Esq., attorneys to the ad hoc committee of FairPoint's senior noteholders; and (g) Cohen, Weiss and Simon LLP, 330 West 42nd Street, 25th Floor, New York, NY 10036-6976, Attn: David R. Hock; so as to be received no later than April 20, 2010 at 4:00 p.m. (Eastern Time) (the "Response Deadline").  Responses, if any, must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and set forth:

    a.    a case caption that includes the name of the Bankruptcy Court and the case number;

    b.    a reference to the title of the Objection to which the response is directed;

    c.    the name and contact information of the responding party;

    d.    the claimant and claim number(s) at issue; and

    e.    the basis for the response and the specific grounds therefore.

**PLEASE TAKE FURTHER NOTICE** that, with respect to any proof of claim identified in the Objection for which no corresponding response has been properly filed and served by the Response Deadline, the Bankruptcy Court may enter an order granting the relief requested in the Objection, with no further notice or opportunity to be heard offered to any party.

**PLEASE TAKE FURTHER NOTICE** that nothing in this Notice, the Objection or the Exhibits to the Objection constitutes a waiver of FairPoint's right to assert any claims,

counterclaims, rights of offset, recoupment or any other claims against you. FairPoint also reserves the right to assert additional objections to your proof(s) of claim.

Dated: March 23, 2010
New York, New York

/s/ James T. Grogan_____
Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS JANOFSKY &
WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Counsel to the Debtors*
*and Debtors in Possession*

Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                                             :
**In re:**                                                   :  **Chapter 11**
                                                             :
**FAIRPOINT COMMUNICATIONS, INC.,** *et al.***,** :  **Case No. 09-16335 (BRL)**
                                                             :
          **Debtors.**                                       :  **(Jointly Administered)**
                                                             :
-------------------------------------------------------------X

**FAIRPOINT'S SECOND OMNIBUS OBJECTION TO CLAIMS**
**(DUPLICATE CLAIMS)**

TO THE HONORABLE BURTON R. LIFLAND:

          FairPoint Communications, Inc. ("<u>FairPoint Communications</u>") and its affiliated

debtors, as debtors in possession (collectively, "<u>FairPoint</u>"), hereby file this second omnibus

objection (this "<u>Objection</u>") to proofs of claim and respectfully state as follows:

**<u>Jurisdiction</u>**

          1.      The Court has jurisdiction over this matter under 28 U.S.C. § 1334.  Venue is

proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding

within the meaning of 28 U.S.C. § 157(b)(2).

2.     The statutory and rule-based predicates for the relief sought herein are sections 105(a) and 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## Background

3.     On October 26, 2009 (the "Petition Date"), FairPoint commenced voluntary cases in this Court under the Bankruptcy Code.  FairPoint is authorized to continue to operate its business and manage its properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.     On January 29, 2010, each of the debtors in FairPoint's chapter 11 cases filed a Statement of Financial Affairs and a Schedule of Assets and Liabilities (collectively, the "Schedules").

5.     On February 2, 2010, the Court entered the Order Establishing Deadline and Procedures for Filing Proofs of Claim and Approving Manner of Notice Thereof [Docket No. 568], which established March 18, 2010 at 5:00 p.m. as the last date and time by which proofs of claim must be received by the official claims agent in FairPoint's chapter 11 cases.  Approximately 6790 proofs of claim (each a "Proof of Claim" and collectively, the "Proofs of Claim") have been filed in these cases to date.

6.     FairPoint is conducting a comprehensive review and reconciliation of all prepetition claims, including both the amounts set forth on the Schedules and the claims asserted in the Proofs of Claim.  This process includes identifying particular categories of claims that may be targeted for disallowance and expungement, reduction and allowance, or reclassification.  To avoid possible double recovery or improper recovery by claimants, FairPoint anticipates filing objections to these categories of claims.  This is one such objection.

## Relief Requested

7.      By this Objection and pursuant to sections 105(a) and 502 of the Bankruptcy Code and Bankruptcy Rule 3007, FairPoint requests that the Court enter an order disallowing and expunging each Duplicate Claim (defined below) identified on <u>Exhibit A</u> as a "Claim To Be Expunged." **Pursuant to Bankruptcy Rule 3007(e)(1), claimants receiving this Objection should locate their names and claims on <u>Exhibit A</u> attached hereto.**

## Objection to Duplicate Claims

8.      FairPoint hereby objects to certain Proofs of Claim that are duplicative of other Proofs of Claim (each a "<u>Duplicate Claim</u>" and together, the "<u>Duplicate Claims</u>") identified on <u>Exhibit A</u> attached hereto.  FairPoint has reviewed these Proofs of Claim and has determined that the Proofs of Claim identified on <u>Exhibit A</u> under the title "Claim To Be Expunged" are exact duplicates of the Proofs of Claim identified on <u>Exhibit A</u> under the title "Remaining Claim" (each a "<u>Remaining Claim</u>" and together, the "<u>Remaining Claims</u>").  If such Duplicate Claims are not formally expunged or disallowed, the potential exists for a double recovery by a claimant. The disallowance and expungement of such redundant claims will result in a more streamlined and accurate claims register.

9.      Accordingly, FairPoint seeks the entry of an order expunging and disallowing each Duplicate Claim identified on <u>Exhibit A</u> under the title "Claim To Be Expunged."  This Objection does not affect the Remaining Claims identified on <u>Exhibit A</u> under the title "Remaining Claim."

10.     To the extent that a Duplicate Claim contains attachments that were not included with the Remaining Claim, FairPoint does not object to the claimants relying on any such attachments to prove the necessity, amount, or priority of the Remaining Claim.  Moreover

FairPoint hereby requests that any such attachments be deemed to be attached to the Remaining Claim.

## **Reservation of Rights**

11.     Nothing herein shall constitute an admission of liability by FairPoint with respect to any Proof of Claim.  FairPoint reserves its rights to object to any Proof of Claim, including any Duplicate Claim to the extent that such claim is not expunged and disallowed, as well as any Remaining Claim, on any grounds whatsoever at a later date.

## **Notice**

12.     No trustee or examiner has been appointed in these chapter 11 cases.  Notice of this Objection has been provided pursuant to this Court's Order, dated November 18, 2009, establishing notice procedures in these chapter 11 cases [Docket No. 162], and has been served via first class U.S. mail upon the notice parties designated on the Duplicate Claims.  In light of the nature of the relief requested herein, FairPoint submits that no other or further notice need be provided.

13.     No previous request for the relief sought herein has been made by FairPoint to this or any other court.

**WHEREFORE**, FairPoint respectfully requests that the Court enter an Order,

substantially in the form attached hereto, (i) disallowing and expunging each Duplicate Claim

identified on <u>Exhibit A</u> as a "Claim To Be Expunged" and (ii) granting such other and further

relief as is warranted and just.

Dated: March 23, 2010
      New York, New York

/s/ James T. Grogan
Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS JANOFSKY &
WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone:  (212) 318-6000
Facsimile:   (212) 319-4090

*Counsel to the Debtors
and Debtors in Possession*

# EXHIBIT A

## Duplicate Claims

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | 240 | FAIRPOINT COMMUNICATIONS, INC. | **Original Creditor:**<br>AUTOWERKE LLC<br>PO BOX 756<br>RAYMOND, ME 04071 | $0.00 | $0.00 | $1,591.85 | $0.00 | $1,591.85 |
| **Filed On:** 11/30/2009 | | | | | | | | |
| **Remaining Claim** | 53 | FAIRPOINT COMMUNICATIONS, INC. | AUTOWERKE LLC<br>PO BOX 756<br>RAYMOND, ME 04071 | $0.00 | $0.00 | $1,591.85 | $0.00 | $1,591.85 |
| **Filed On:** 11/13/2009 | | | | | | | | |
| **Claim To Be Expunged** | 266 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>MAYES COUNTY TREASURER<br>1 COURT PL STE 100<br>PRYOR, OK 74361 | $0.00 | $0.00 | $5.00 | $0.00 | $5.00 |
| **Filed On:** 11/10/2009 | | | | | | | | |
| **Remaining Claim** | 22 | FAIRPOINT COMMUNICATIONS, INC. | MAYES COUNTY TREASURER<br>1 COURT PL, STE 100<br>PRYOR, OK 74361 | $0.00 | $0.00 | $5.00 | $0.00 | $5.00 |
| **Filed On:** 11/10/2009 | | | | | | | | |
| **Claim To Be Expunged** | 276 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>WGME<br>81 NORTHPORT DR<br>PORTLAND, ME 04103 | $0.00 | $0.00 | $0.00 | $14,747.50 | $14,747.50 |
| **Filed On:** 11/12/2009 | | | | | | | | |
| **Remaining Claim** | 32 | FAIRPOINT COMMUNICATIONS, INC. | WGME<br>81 NORTHPORT DR<br>PORTLAND, ME 04103 | $0.00 | $0.00 | $0.00 | $14,747.50 | $14,747.50 |
| **Filed On:** 11/12/2009 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | 302 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** LAROCQUE, JANICE 9586 SE 166TH PL SUMMERFIELD, FL 34491 | $0.00 | $0.00 | $0.00 | $19,269.68 | $19,269.68 |
| **Filed On:** 12/3/2009 | | | | | | | | |
| **Remaining Claim** | 501 | FAIRPOINT COMMUNICATIONS, INC. | K & J LAROCQUE INC 597 EASTERN AVE BARTON, VT 05822 | $0.00 | $0.00 | $0.00 | $19,269.68 | $19,269.68 |
| **Filed On:** 12/31/2009 | | | | | | | | |
| **Claim To Be Expunged** | 345 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** BIDDEFORD, CITY OF 205 MAIN ST BIDDEFORD, ME 04005 | $0.00 | $0.00 | $2,914.61 | $0.00 | $2,914.61 |
| **Filed On:** 12/7/2009 | | | | | | | | |
| **Remaining Claim** | 332 | FAIRPOINT COMMUNICATIONS, INC. | BIDDEFORD, CITY OF 205 MAIN ST BIDDEFORD, ME 04005 | $0.00 | $0.00 | $2,914.61 | $0.00 | $2,914.61 |
| **Filed On:** 12/7/2009 | | | | | | | | |
| **Claim To Be Expunged** | 442 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** UNIVERSAL SERVICE ADMINISTRATIVE COMPANY ATTN: STEFANI WATTERSON ASSISTANT GENERAL COUNSEL OFFICE OF THE GENERAL COUNSEL 2000 L ST NW WASHINGTON, DC 20036 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Filed On:** 12/21/2009 | | | | | | | | |
| **Remaining Claim** | 441 | FAIRPOINT COMMUNICATIONS, INC. | UNIVERSAL SERVICE ADMINISTRATIVE COMPANY ATTN: STEFANI WATTERSON ASSISTANT GENERAL COUNSEL OFFICE OF THE GENERAL COUNSEL 2000 L ST NW STE 200 WASHINGTON, DC 20036 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Filed On:** 12/21/2009 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | 470 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** RINDGE, TOWN OF CARLOTTA PINI TOWN ADMINISTRATOR PO BOX 163 30 PAYSON RD RINDGE, NH 03461 | $0.00 | $0.00 | $0.00 | $6,566.00 | $6,566.00 |
| **Filed On:** 12/22/2009 | | | | | | | | |
| **Remaining Claim** | 446 | FAIRPOINT COMMUNICATIONS, INC. | RINDGE, TOWN OF CARLOTTA PINI TOWN ADMINISTRATOR PO BOX 163 30 PAYSON RD RINDGE, NH 03461 | $0.00 | $0.00 | $0.00 | $6,566.00 | $6,566.00 |
| **Filed On:** 12/22/2009 | | | | | | | | |
| **Claim To Be Expunged** | 471 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** HAMPTON, TOWN OF 100 WINNACUNNET RD HAMPTON, NH 03842 | $393.58 | $0.00 | $393.58 | $0.00 | $787.16 |
| **Filed On:** 12/21/2009 | | | | | | | | |
| **Remaining Claim** | 437 | FAIRPOINT COMMUNICATIONS, INC. | HAMPTON, TOWN OF 100 WINNACUNNET RD HAMPTON, NH 03842 | $393.58 | $0.00 | $393.58 | $0.00 | $787.16 |
| **Filed On:** 12/21/2009 | | | | | | | | |
| **Claim To Be Expunged** | 474 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** BMC GENERAL CONTRACTORS PO BOX 425 EPSOM, NH 03234-0425 | $0.00 | $0.00 | $0.00 | $4,867.75 | $4,867.75 |
| **Filed On:** 12/3/2009 | | | | | | | | |
| **Remaining Claim** | 301 | FAIRPOINT COMMUNICATIONS, INC. | BMC GENERAL CONTRACTORS PO BOX 425 EPSOM, NH 03234 | $0.00 | $0.00 | $0.00 | $4,867.75 | $4,867.75 |
| **Filed On:** 12/3/2009 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | 478 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** BIDDEFORD, CITY OF 205 MAIN ST BIDDEFORD, ME 04005 | $0.00 | $0.00 | $2,914.61 | $0.00 | $2,914.61 |
| **Filed On:** 12/7/2009 | | | | | | | | |
| **Remaining Claim** | 332 | FAIRPOINT COMMUNICATIONS, INC. | BIDDEFORD, CITY OF 205 MAIN ST BIDDEFORD, ME 04005 | $0.00 | $0.00 | $2,914.61 | $0.00 | $2,914.61 |
| **Filed On:** 12/7/2009 | | | | | | | | |
| **Claim To Be Expunged** | 484 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** HOLDEN THE HANDYMAN TIMOTHY E HOLDEN PO BOX 188 WINTHROP, ME 04364-0188 | $0.00 | $0.00 | $4,800.00 | $1,800.00 | $6,600.00 |
| **Filed On:** 12/15/2009 | | | | | | | | |
| **Remaining Claim** | 410 | FAIRPOINT COMMUNICATIONS, INC. | HOLDEN THE HANDYMAN TIMOTHY E HOLDEN PO BOX 188 WINTHROP, ME 04364-0188 | $0.00 | $0.00 | $4,800.00 | $1,800.00 | $6,600.00 |
| **Filed On:** 12/16/2009 | | | | | | | | |
| **Claim To Be Expunged** | 513 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** CLAREMONT NH, CITY OF NORMA J LIMOGES 8 GRANDVIEW ST CLAREMONT, NH 03743 | $1,062.30 | $0.00 | $0.00 | $0.00 | $1,062.30 |
| **Filed On:** 1/4/2010 | | | | | | | | |
| **Remaining Claim** | 355 | FAIRPOINT COMMUNICATIONS, INC. | CLAREMONT, CITY OF JANE F TAYLOR CITY ATTORNEY 58 OPERA HOUSE SQ CLAREMONT, NH 03743 | $422,003.88 | $0.00 | $422,003.88 | $1,062.30 | $845,070.06 |
| **Filed On:** 12/10/2009 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **518** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>NEWINGTON POLICE DEPARTMENT<br>ATTN: DIANA 71 FOX POINT RD<br>NEWINGTON, NH 03801 | $0.00 | $0.00 | $0.00 | $335.00 | $335.00 |
| **Filed On:** 1/4/2010 | | | | | | | | |
| **Remaining Claim** | **516** | FAIRPOINT COMMUNICATIONS, INC. | NEWINGTON POLICE DEPARTMENT<br>ATTN: DIANA71 FOX POINT RD<br>NEWINGTON, NH 03801 | $0.00 | $0.00 | $0.00 | $335.00 | $335.00 |
| **Filed On:** 1/4/2010 | | | | | | | | |
| **Claim To Be Expunged** | **522** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>SALISBURY, TOWN OF<br>DELINQUENT TAX COLLECTOR ELOISE<br>CRANE PO BOX 66<br>SALISBURY, VT 05769 | $0.00 | $0.00 | $0.00 | $1,455.56 | $1,455.56 |
| **Filed On:** 1/4/2010 | | | | | | | | |
| **Remaining Claim** | **505** | FAIRPOINT COMMUNICATIONS, INC. | SALISBURY, TOWN OF<br>DELINQUENT TAX COLLECTORELOISE<br>CRANEPO BOX 66<br>SALISBURY, VT 05769 | $0.00 | $0.00 | $0.00 | $1,455.56 | $1,455.56 |
| **Filed On:** 12/28/2009 | | | | | | | | |
| **Claim To Be Expunged** | **581** | FAIRPOINT COMMUNICATIONS, INC. | **Original Creditor:**<br>TVC COMMUNICATIONS LLC<br>STEVEN J ADAMS ESQ PO BOX 679<br>STEVENS & LEE<br>READING, PA 19603-0679<br>**Claim Transfered To:**<br>PIONEER CREDIT OPPORTUNITIES FUND LP<br>ATTN: ADAM STEIN-SAPIR GREELEY<br>SQUARE STATION, 39 W 31ST STREET PO<br>BOX 20188<br>NEW YORK, NY 10001<br>100.00% | $0.00 | $34,026.00 | $0.00 | $0.00 | $34,026.00 |
| **Filed On:** 1/19/2010 | | | | | | | | |
| **Remaining Claim** | **560** | FAIRPOINT COMMUNICATIONS, INC. | TVC COMMUNICATIONS LLC<br>STEVEN J ADAMS ESQ, PO BOX<br>679,STEVENS & LEE<br>READING, PA 19603-0679 | $0.00 | $34,026.00 | $0.00 | $0.00 | $34,026.00 |
| **Filed On:** 1/11/2010 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **694** | FAIRPOINT COMMUNICATIONS, INC. | **Original Creditor:** BATES COUNTY TAX COLLECTOR BATES COUNTY COURTHOUSE 1 N DELAWARE BUTLER, MO 64730 | $0.00 | $0.00 | $23,021.70 | $0.00 | $23,021.70 |
| **Filed On:** 1/14/2010 | | | | | | | | |
| **Remaining Claim** | **550** | FAIRPOINT COMMUNICATIONS, INC. | BATES COUNTY TAX COLLECTOR BATES COUNTY COURTHOUSE1 N DELAWARE BUTLER, MO 64730 | $0.00 | $0.00 | $23,021.70 | $0.00 | $23,021.70 |
| **Filed On:** 1/11/2010 | | | | | | | | |
| **Claim To Be Expunged** | **695** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** BATES COUNTY TAX COLLECTOR BATES COUNTY COURTHOUSE 1 N DELAWARE BUTLER, MO 64730 | $0.00 | $0.00 | $41,869.84 | $0.00 | $41,869.84 |
| **Filed On:** 1/14/2010 | | | | | | | | |
| **Remaining Claim** | **551** | FAIRPOINT COMMUNICATIONS, INC. | BATES COUNTY TAX COLLECTOR BATES COUNTY COURTHOUSE1 N DELAWARE BUTLER, MO 64730 | $0.00 | $0.00 | $41,869.84 | $0.00 | $41,869.84 |
| **Filed On:** 1/11/2010 | | | | | | | | |
| **Claim To Be Expunged** | **791** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** POTO, MICHAEL A 77 SEDGLEY RD GREENE, ME 04236 | $0.00 | $0.00 | $0.00 | $400,000.00 | $400,000.00 |
| **Filed On:** 2/4/2010 | | | | | | | | |
| **Remaining Claim** | **790** | FAIRPOINT COMMUNICATIONS, INC. | POTO, MICHAEL A 77 SEDGLEY RD GREENE, ME 04236 | $0.00 | $0.00 | $0.00 | $400,000.00 | $400,000.00 |
| **Filed On:** 2/4/2010 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **805** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>BROADVIEW NETWORKS<br>ATTN: LISA LACALLE 500 7TH AVE 2ND FL<br>NEW YORK, NY  10018 | $0.00 | $0.00 | $0.00 | $22,736.84 | $22,736.84 |
| **Filed On:** 1/22/2010 | | | | | | | | |
| **Remaining Claim** | **622** | FAIRPOINT COMMUNICATIONS, INC. | BROADVIEW NETWORKS<br>ATTN: LISA LACALLE, 500 7TH AVE,2ND FL<br>NEW YORK, NY 10018 | $0.00 | $0.00 | $0.00 | $22,736.84 | $22,736.84 |
| **Filed On:** 1/22/2010 | | | | | | | | |
| **Claim To Be Expunged** | **916** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>MAYES COUNTY TREASURER<br>ATTN: MARTHA CARMAN 1 COURT PLACE,<br>SUITE 100<br>PRYOR, OK  74361 | $0.00 | $0.00 | $5.00 | $0.00 | $5.00 |
| **Filed On:** 2/22/2010 | | | | | | | | |
| **Remaining Claim** | **22** | FAIRPOINT COMMUNICATIONS, INC. | MAYES COUNTY TREASURER<br>1 COURT PL, STE 100<br>PRYOR, OK 74361 | $0.00 | $0.00 | $5.00 | $0.00 | $5.00 |
| **Filed On:** 11/10/2009 | | | | | | | | |
| **Claim To Be Expunged** | **930** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>DODGE CITY COOPERATIVE<br>710 W TRAIL<br>DODGE CITY, KS  67801 | $0.00 | $0.00 | $0.00 | $610.17 | $610.17 |
| **Filed On:** 2/22/2010 | | | | | | | | |
| **Remaining Claim** | **29** | FAIRPOINT COMMUNICATIONS, INC. | DODGE CITY COOPERATIVE<br>710 W TRAIL<br>DODGE CITY, KS 67801 | $0.00 | $0.00 | $0.00 | $610.17 | $610.17 |
| **Filed On:** 11/12/2009 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **977** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** WASHINGTON BROADCASTING CO (WJPA RADIO) 98 S MAIN ST WASHINGTON, PA 15301 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 |
| **Filed On:** 2/22/2010 | | | | | | | | |
| **Remaining Claim** | **70** | FAIRPOINT COMMUNICATIONS, INC. | WASHINGTON BROADCASTING CO (WJPA RADIO) 98 S MAIN ST WASHINGTON, PA 15301 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 |
| **Filed On:** 11/16/2009 | | | | | | | | |
| **Claim To Be Expunged** | **996** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** CITY OF BIDDEFORD PO BOX 586 BIDDEFORD, ME 04005 | $0.00 | $0.00 | $2,914.61 | $0.00 | $2,914.61 |
| **Filed On:** 2/22/2010 | | | | | | | | |
| **Remaining Claim** | **332** | FAIRPOINT COMMUNICATIONS, INC. | BIDDEFORD, CITY OF 205 MAIN ST BIDDEFORD, ME 04005 | $0.00 | $0.00 | $2,914.61 | $0.00 | $2,914.61 |
| **Filed On:** 12/7/2009 | | | | | | | | |
| **Claim To Be Expunged** | **1003** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** CITADEL BROADCASTING (WMME, WEBB, WTVL) PO BOX 5070 Augusta, ME 04332 | $0.00 | $0.00 | $0.00 | $2,412.30 | $2,412.30 |
| **Filed On:** 2/22/2010 | | | | | | | | |
| **Remaining Claim** | **336** | FAIRPOINT COMMUNICATIONS, INC. | CITADEL BROADCASTING (WMME, WEBB, WTVL) PO BOX 5070 AUGUSTA, ME 04332 | $0.00 | $0.00 | $0.00 | $2,412.30 | $2,412.30 |
| **Filed On:** 12/7/2009 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | 1016 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** CLAREMONT NH, CITY OF NORMA J LIMOGES 8 GRANDVIEW ST CLAREMONT, NH 03743 | $0.00 | $0.00 | $0.00 | $1,062.30 | $1,062.30 |
| **Filed On:** 2/22/2010 | | | | | | | | |
| **Remaining Claim** | 355 | FAIRPOINT COMMUNICATIONS, INC. | CLAREMONT, CITY OF JANE F TAYLOR CITY ATTORNEY 58 OPERA HOUSE SQ CLAREMONT, NH 03743 | $422,003.88 | $0.00 | $422,003.88 | $1,062.30 | $845,070.06 |
| **Filed On:** 12/10/2009 | | | | | | | | |
| **Claim To Be Expunged** | 1034 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** SANFORD SEWERAGE DISTRICT PO BOX 338 281 RIVER ST SPRINGVALE, ME 04083 | $0.00 | $0.00 | $0.00 | $319.23 | $319.23 |
| **Filed On:** 2/22/2010 | | | | | | | | |
| **Remaining Claim** | 955 | FAIRPOINT COMMUNICATIONS, INC. | SANFORD SEWERAGE DISTRICT PO BOX 338, 281 RIVER ST SPRINGVALE, ME 04083 | $0.00 | $0.00 | $0.00 | $319.23 | $319.23 |
| **Filed On:** 2/22/2010 | | | | | | | | |
| **Claim To Be Expunged** | 1064 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** BIG V SUPERMARKET INC DBA BIG V COUNTRY MART PO BOX 474 KEARNEY, MO 64060 | $0.00 | $0.00 | $0.00 | $255.02 | $255.02 |
| **Filed On:** 2/22/2010 | | | | | | | | |
| **Remaining Claim** | 798 | FAIRPOINT COMMUNICATIONS, INC. | BIG V SUPERMARKET INC DBA BIG V COUNTRY MART PO BOX 474 KEARNEY, MO 64060 | $0.00 | $0.00 | $0.00 | $255.02 | $255.02 |
| **Filed On:** 2/8/2010 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **1065** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** BIG V PO BOX 474 KEARNEY, MO 64060 | $0.00 | $0.00 | $0.00 | $255.02 | $255.02 |
| **Filed On:** 2/22/2010 | | | | | | | | |
| **Remaining Claim** | **798** | FAIRPOINT COMMUNICATIONS, INC. | BIG V SUPERMARKET INC DBA BIG V COUNTRY MART PO BOX 474 KEARNEY, MO 64060 | $0.00 | $0.00 | $0.00 | $255.02 | $255.02 |
| **Filed On:** 2/8/2010 | | | | | | | | |
| **Claim To Be Expunged** | **1181** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** ROCKINGHAM COUNTY REGISTRY OF DEEDS CATHY STACEY REGISTER OF DEEDS PO BOX 896 KINGSTON, NH 03848-0896 | $0.00 | $0.00 | $0.00 | $10.00 | $10.00 |
| **Filed On:** 2/24/2010 | | | | | | | | |
| **Remaining Claim** | **567** | FAIRPOINT COMMUNICATIONS, INC. | ROCKINGHAM COUNTY REGISTRY OF DEEDS CATHY STACEY REGISTER OF DEEDS, PO BOX 896 KINGSTON, NH 03848-0896 | $0.00 | $0.00 | $0.00 | $10.12 | $10.12 |
| **Filed On:** 1/14/2010 | | | | | | | | |
| **Claim To Be Expunged** | **1222** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** CITY OF ELLSWORTH WATER DEPT 1 CITY HALL PLAZA ELLSWORTH, ME 04605 | $0.00 | $0.00 | $0.00 | $237.25 | $237.25 |
| **Filed On:** 2/16/2010 | | | | | | | | |
| **Remaining Claim** | **990** | FAIRPOINT COMMUNICATIONS, INC. | ELLSWORTH WATER DEPT, CITY OF 1 CITY HALL PLAZA ELLSWORTH, ME 04605 | $0.00 | $0.00 | $0.00 | $237.25 | $237.25 |
| **Filed On:** 2/22/2010 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | 1223 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>CITY OF ELLSWORTH WATER DEPT<br>1 CITY HALL PLAZA<br>ELLSWORTH, ME  04605 | $0.00 | $0.00 | $0.00 | $542.55 | $542.55 |
| **Filed On:** 2/24/2010 | | | | | | | | |
| **Remaining Claim** | 989 | FAIRPOINT COMMUNICATIONS, INC. | ELLSWORTH WATER DEPT, CITY OF<br>1 CITY HALL PLAZA<br>ELLSWORTH, ME 04605 | $0.00 | $0.00 | $0.00 | $542.55 | $542.55 |
| **Filed On:** 2/22/2010 | | | | | | | | |
| **Claim To Be Expunged** | 1224 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>VOLT DELTA RESOURCES LLC<br>ATTN: CREDIT & COLLECTIONS 1600<br>STEWART AVE<br>WESTBURY, NY  11590 | $0.00 | $0.00 | $0.00 | $741,204.34 | $741,204.34 |
| **Filed On:** 2/16/2010 | | | | | | | | |
| **Remaining Claim** | 911 | FAIRPOINT COMMUNICATIONS, INC. | VOLT DELTA RESOURCES, LLC<br>CREDIT AND COLLECTIONS, 1600<br>STEWART AVE<br>Westbury, NY 11590 | $0.00 | $0.00 | $0.00 | $741,204.34 | $741,204.34 |
| **Filed On:** 2/22/2010 | | | | | | | | |
| **Claim To Be Expunged** | 1634 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>MAINE OXY ACETYLENE SUPPLY<br>COMPANY INC<br>22 ALBISTON WAY<br>AUBURN, ME  04210 | $74,578.80 | $0.00 | $0.00 | $2,061.25 | $76,640.05 |
| **Filed On:** | | | | | | | | |
| **Remaining Claim** | 463 | FAIRPOINT COMMUNICATIONS, INC. | MAINE OXY ACETYLENE SUPPLY<br>COMPANY INC<br>22 ALBISTON WAY<br>AUBURN, ME 04210 | $74,578.80 | $0.00 | $0.00 | $2,061.25 | $76,640.05 |
| **Filed On:** 12/28/2009 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **1639** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>CITADEL BROADCASTING<br>551 MAIN ST<br>PRESQUE ISLE, ME 04769 | $0.00 | $0.00 | $0.00 | $2,580.60 | $2,580.60 |
| **Filed On:** | | | | | | | | |
| **Remaining Claim** | **397** | FAIRPOINT COMMUNICATIONS, INC. | CITADEL BROADCASTING (WBPW, WOZI, WQHR)<br>551 MAIN ST<br>PRESQUE ISLE, ME 04769 | $0.00 | $0.00 | $0.00 | $2,580.60 | $2,580.60 |
| **Filed On:** 12/14/2009 | | | | | | | | |
| **Claim To Be Expunged** | **1705** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>GREENBEAN SYSTEMS<br>26 TICKLEFANCY LN<br>SALEM, NH 03079 | $0.00 | $0.00 | $0.00 | $180.00 | $180.00 |
| **Filed On:** 2/26/2010 | | | | | | | | |
| **Remaining Claim** | **3** | FAIRPOINT COMMUNICATIONS, INC. | GREENBEAN SYSTEMS<br>26 TICKLEFANCY LN<br>SALEM, NH 03079 | $0.00 | $0.00 | $0.00 | $180.00 | $180.00 |
| **Filed On:** 11/2/2009 | | | | | | | | |
| **Claim To Be Expunged** | **1787** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>SKYCREEK CORPORATION<br>ATTN JEN KELLY 1100 HERNDON PKWY<br>STE 200<br>HERNDON, VA 20170 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 |
| **Filed On:** 2/26/2010 | | | | | | | | |
| **Remaining Claim** | **175** | FAIRPOINT COMMUNICATIONS, INC. | SKYCREEK CORPORATION<br>ATTN JEN KELLY<br>1100 HERNDON PKWY<br>STE 200<br>HERNDON, VA 20170 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 |
| **Filed On:** 11/23/2009 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged**  **Filed On:** 2/27/2010 | 2213 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** REYNOLDS & SON INC 47 BRIDGE ST SOUTH BARRE, VT 05670 | $0.00 | $0.00 | $0.00 | $499.02 | $499.02 |
| **Remaining Claim**  **Filed On:** 11/19/2009 | 130 | FAIRPOINT COMMUNICATIONS, INC. | REYNOLDS & SON INC PO BOX 380 SOUTH BARRE, VT 05670 | $0.00 | $0.00 | $0.00 | $499.02 | $499.02 |
| **Claim To Be Expunged**  **Filed On:** 2/24/2010 | 2274 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** CINTAS DOCUMENT MANAGEMENT 1495 S MAHAFFIE CIR OLATHE, KS 66062 | $80.34 | $0.00 | $0.00 | $0.00 | $80.34 |
| **Remaining Claim**  **Filed On:** 1/14/2010 | 563 | FAIRPOINT COMMUNICATIONS, INC. | CINTAS DOCUMENT MANAGEMENT 1495 S MAHAFFIE CIR OLATHE, KS 66062 | $0.00 | $0.00 | $0.00 | $80.34 | $80.34 |
| **Claim To Be Expunged**  **Filed On:** 2/27/2010 | 2325 | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** TOWN OF PLAISTOW POLICE DEPARTMENT 27 ELM ST PLAISTOW, NH 03865 | $0.00 | $0.00 | $0.00 | $2,466.00 | $2,466.00 |
| **Remaining Claim**  **Filed On:** 11/16/2009 | 65 | FAIRPOINT COMMUNICATIONS, INC. | TOWN OF PLAISTOW POLICE DEPARTMENT 27 ELM ST PLAISTOW, NH 03865 | $0.00 | $0.00 | $0.00 | $2,466.00 | $2,466.00 |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **2368** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** GREEN MOUNTAIN TRAFFIC CONTROL INC PO BOX 533 BELLOWS FALLS, VT 05101 | $0.00 | $0.00 | $0.00 | $38,171.88 | $38,171.88 |
| **Filed On:** 2/27/2010 | | | | | | | | |
| **Remaining Claim** | **152** | FAIRPOINT COMMUNICATIONS, INC. | GREEN MOUNTAIN TRAFFIC CONTROL INC DEBORAH WRIGHT PO BOX 533 BELLOWS FALLS, VT 05101 | $0.00 | $0.00 | $0.00 | $38,171.88 | $38,171.88 |
| **Filed On:** 11/20/2009 | | | | | | | | |
| **Claim To Be Expunged** | **2547** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** CITADEL BROADCASTING (WOKQ, WPKQ & WSHK) PO BOX 576 DOVER, NH 03821-0576 | $0.00 | $0.00 | $0.00 | $19,813.50 | $19,813.50 |
| **Filed On:** 3/1/2010 | | | | | | | | |
| **Remaining Claim** | **552** | FAIRPOINT COMMUNICATIONS, INC. | CITADEL BROADCASTING (WOKQ, WPKQ & WSHK) PO BOX 576 DOVER, NH 03821-0576 | $0.00 | $0.00 | $0.00 | $19,813.50 | $19,813.50 |
| **Filed On:** 1/11/2010 | | | | | | | | |
| **Claim To Be Expunged** | **3153** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** CHELCO PO BOX 512 DEFUNIAK SPRINGS, FL 32433 | $0.00 | $0.00 | $404.06 | $0.00 | $404.06 |
| **Filed On:** 3/4/2010 | | | | | | | | |
| **Remaining Claim** | **3152** | FAIRPOINT COMMUNICATIONS, INC. | CHELCO PO BOX 512 DEFUNIAK SPRINGS, FL 32433 | $0.00 | $0.00 | $404.06 | $0.00 | $404.06 |
| **Filed On:** 3/4/2010 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **4214** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>ADT SECURITY SERVICES INC<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | $0.00 | $0.00 | $0.00 | $4,772.31 | $4,772.31 |
| **Filed On:** 3/9/2010 | | | | | | | | |
| **Remaining Claim** | **4213** | FAIRPOINT COMMUNICATIONS, INC. | ADT SECURITY SERVICES INC<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | $0.00 | $0.00 | $0.00 | $4,772.31 | $4,772.31 |
| **Filed On:** 3/9/2010 | | | | | | | | |
| **Claim To Be Expunged** | **4521** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>ROBERTS, ANN & PETER<br>173 CONANT ST<br>WESTBROOK, ME 04092 | $0.00 | $0.00 | $0.00 | $11,747.23 | $11,747.23 |
| **Filed On:** 3/11/2010 | | | | | | | | |
| **Remaining Claim** | **305** | FAIRPOINT COMMUNICATIONS, INC. | ROBERTS, ANN & PETER<br>173 CONANT ST<br>WESTBROOK, ME 04092 | $0.00 | $0.00 | $7,440.00 | $4,307.23 | $11,747.23 |
| **Filed On:** 12/3/2009 | | | | | | | | |
| **Claim To Be Expunged** | **4672** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>WHEATLAND ELECTRIC COOPERATIVE INC<br>KEEN K BRANTLEY PO BOX 605<br>SCOTT CITY, KS 67871 | $0.00 | $0.00 | $0.00 | $2,380.00 | $2,380.00 |
| **Filed On:** 3/8/2010 | | | | | | | | |
| **Remaining Claim** | **2370** | FAIRPOINT COMMUNICATIONS, INC. | WHEATLAND ELECTRIC COOP<br>ATTN: LEGAL DEPT, N HWY 25,PO BOX 966<br>LEOTI, KS 67861 | $0.00 | $0.00 | $0.00 | $4,542.21 | $4,542.21 |
| **Filed On:** 2/27/2010 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **4673** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>DUTCHESS COUNTY<br>COMMISSIONER OF FINANCE 22 MARKET ST<br>POUGHKEEPSIE, NY 12601-3294 | $16,766.71 | $0.00 | $0.00 | $0.00 | $16,766.71 |
| **Filed On:** 3/11/2010 | | | | | | | | |
| **Remaining Claim** | **2844** | FAIRPOINT COMMUNICATIONS, INC. | DUTCHESS COUNTY<br>COMMISSIONER OF FINANCE, 22 MARKET ST<br>POUGHKEEPSIE, NY 12601-3294 | $16,766.71 | $0.00 | $0.00 | $0.00 | $16,766.71 |
| **Filed On:** 3/2/2010 | | | | | | | | |
| **Claim To Be Expunged** | **4752** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>CHECKFREE SERVICES CORP<br>MICHAEL N GORDAN ESQ 117 FORREST AVE STE 217<br>NARBERTH, PA 19072 | $0.00 | $0.00 | $0.00 | $9,023.75 | $9,023.75 |
| **Filed On:** 3/12/2010 | | | | | | | | |
| **Remaining Claim** | **1831** | FAIRPOINT COMMUNICATIONS, INC. | CHECKFREE SERVICES CORPORATION<br>4411 EAST JONES BRIDGE ROAD<br>Norcross, GA 30092 | $0.00 | $0.00 | $21,275.55 | $0.00 | $21,275.55 |
| **Filed On:** 2/26/2010 | | | | | | | | |
| **Claim To Be Expunged** | **4754** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>CHECKFREEPAY CORP<br>MICHAEL N GORDAN ESQ 117 FORREST AVE STE 217<br>NARBERTH, PA 19072 | $0.00 | $0.00 | $0.00 | $1,996.10 | $1,996.10 |
| **Filed On:** 3/12/2010 | | | | | | | | |
| **Remaining Claim** | **1831** | FAIRPOINT COMMUNICATIONS, INC. | CHECKFREE SERVICES CORPORATION<br>4411 EAST JONES BRIDGE ROAD<br>Norcross, GA 30092 | $0.00 | $0.00 | $21,275.55 | $0.00 | $21,275.55 |
| **Filed On:** 2/26/2010 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **4807** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>CASS CTY COLLECTOR<br>PAM SHIPLEY 201 WEST WALL ST STE A<br>HARRISONVILLE, MO  64701-2397 | $0.00 | $0.00 | $464,432.84 | $0.00 | $464,432.84 |
| **Filed On:** 3/12/2010 | | | | | | | | |
| **Remaining Claim** | **4776** | FAIRPOINT COMMUNICATIONS, INC. | CASS CTY COLLECTOR<br>PAM SHIPLEY, 201 WEST WALL ST,STE A<br>HARRISONVILLE, MO 64701-2397 | $0.00 | $0.00 | $0.00 | $464,432.84 | $464,432.84 |
| **Filed On:** 3/12/2010 | | | | | | | | |
| **Claim To Be Expunged** | **5360** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>MACKERT, BILLIE<br>704 N 2300 E<br>ST ANTHONY, ID  83445 | $0.00 | $0.00 | $0.00 | $392.00 | $392.00 |
| **Filed On:** 3/15/2010 | | | | | | | | |
| **Remaining Claim** | **524** | FAIRPOINT COMMUNICATIONS, INC. | MACKERT, BILLIE<br>704 N 2300 E<br>ST ANTHONY, ID 83445 | $0.00 | $0.00 | $0.00 | $392.00 | $392.00 |
| **Filed On:** 1/6/2010 | | | | | | | | |
| **Claim To Be Expunged** | **5361** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>BILLIE MACKERT<br>704 N 2300 E<br>SAINT ANTHONY, ID  83445 | $0.00 | $0.00 | $0.00 | $392.00 | $392.00 |
| **Filed On:** 3/15/2010 | | | | | | | | |
| **Remaining Claim** | **524** | FAIRPOINT COMMUNICATIONS, INC. | MACKERT, BILLIE<br>704 N 2300 E<br>ST ANTHONY, ID 83445 | $0.00 | $0.00 | $0.00 | $392.00 | $392.00 |
| **Filed On:** 1/6/2010 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **5381** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>HANSON DIRECTORY SERVICE INC<br>PO BOX 786<br>NEWTON, IA 50208 | $197,263.75 | $0.00 | $0.00 | $44,788.38 | $242,052.13 |
| **Filed On:** 3/15/2010 | | | | | | | | |
| **Remaining Claim** | **5336** | FAIRPOINT COMMUNICATIONS, INC. | HANSON DIRECTORY SERVICE INC<br>PO BOX 786<br>NEWTON, IA 50208 | $197,263.75 | $0.00 | $0.00 | $44,788.38 | $242,052.13 |
| **Filed On:** 3/15/2010 | | | | | | | | |
| **Claim To Be Expunged** | **5519** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>BMC GENERAL CONTRACTORS<br>PO BOX 425<br>EPSOM, NH 03234-0425 | $0.00 | $0.00 | $0.00 | $2,408.38 | $2,408.38 |
| **Filed On:** 3/16/2010 | | | | | | | | |
| **Remaining Claim** | **301** | FAIRPOINT COMMUNICATIONS, INC. | BMC GENERAL CONTRACTORS<br>PO BOX 425<br>EPSOM, NH 03234 | $0.00 | $0.00 | $0.00 | $4,867.75 | $4,867.75 |
| **Filed On:** 12/3/2009 | | | | | | | | |
| **Claim To Be Expunged** | **5520** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>BMC GENERAL CONTRACTORS<br>PO BOX 425<br>EPSOM, NH 03234 | $0.00 | $0.00 | $0.00 | $389.97 | $389.97 |
| **Filed On:** 3/16/2010 | | | | | | | | |
| **Remaining Claim** | **301** | FAIRPOINT COMMUNICATIONS, INC. | BMC GENERAL CONTRACTORS<br>PO BOX 425<br>EPSOM, NH 03234 | $0.00 | $0.00 | $0.00 | $4,867.75 | $4,867.75 |
| **Filed On:** 12/3/2009 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **5521** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>BMC GENERAL CONTRACTORS<br>PO BOX 425<br>EPSOM, NH 03234-0425 | $0.00 | $0.00 | $0.00 | $1,529.40 | $1,529.40 |
| **Filed On:** 3/16/2010 | | | | | | | | |
| **Remaining Claim** | **301** | FAIRPOINT COMMUNICATIONS, INC. | BMC GENERAL CONTRACTORS<br>PO BOX 425<br>EPSOM, NH 03234 | $0.00 | $0.00 | $0.00 | $4,867.75 | $4,867.75 |
| **Filed On:** 12/3/2009 | | | | | | | | |
| **Claim To Be Expunged** | **5522** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>BMC GENERAL CONTRACTORS<br>PO BOX 425<br>EPSOM, NH 03234-0425 | $0.00 | $0.00 | $0.00 | $540.00 | $540.00 |
| **Filed On:** 3/16/2010 | | | | | | | | |
| **Remaining Claim** | **301** | FAIRPOINT COMMUNICATIONS, INC. | BMC GENERAL CONTRACTORS<br>PO BOX 425<br>EPSOM, NH 03234 | $0.00 | $0.00 | $0.00 | $4,867.75 | $4,867.75 |
| **Filed On:** 12/3/2009 | | | | | | | | |
| **Claim To Be Expunged** | **5680** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>WATERVILLE SEWERAGE DISTRICT<br>PO BOX 723 353 WATER ST<br>WATERVILLE, ME 04903 | $1,818.78 | $0.00 | $0.00 | $0.00 | $1,818.78 |
| **Filed On:** 2/26/2010 | | | | | | | | |
| **Remaining Claim** | **1444** | FAIRPOINT COMMUNICATIONS, INC. | WATERVILLE SEWERAGE DISTRICT<br>353 WATER ST<br>WATERVILLE, ME 04903 | $1,818.78 | $0.00 | $0.00 | $0.00 | $1,818.78 |
| **Filed On:** | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **5880** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>THE COUNTY RECORD<br>PO BOX 366<br>BLOUNTSTOWN, FL 32424 | $0.00 | $0.00 | $0.00 | $3,348.00 | $3,348.00 |
| **Filed On:** 3/17/2010 | | | | | | | | |
| **Remaining Claim** | **799** | FAIRPOINT COMMUNICATIONS, INC. | CALHOUN PUBLISHING CO INC DBA THE COUNTY RECORD<br>PO BOX 366<br>BLOUNTSTOWN, FL 32424 | $0.00 | $0.00 | $0.00 | $3,348.00 | $3,348.00 |
| **Filed On:** 2/8/2010 | | | | | | | | |
| **Claim To Be Expunged** | **5981** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>PAYMENT ONE CORPORATION AKA EBILLIT INC (CIC874)<br>5883 RUE FERRARI<br>SAN JOSE, CA 95138 | $0.00 | $0.00 | $0.00 | $131,367.18 | $131,367.18 |
| **Filed On:** 3/17/2010 | | | | | | | | |
| **Remaining Claim** | **5961** | FAIRPOINT COMMUNICATIONS, INC. | PAYMENTONE CORPORATION AKA EBILLIT INC (CIC 874)<br>5883 RUE FERRARI<br>SAN JOSE, CA 95138 | $0.00 | $0.00 | $0.00 | $131,367.18 | $131,367.18 |
| **Filed On:** 3/17/2010 | | | | | | | | |
| **Claim To Be Expunged** | **5982** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:**<br>PAYMENT ONE CORPORATION DBA EBILLIT INC (CIC874)<br>5883 RUE FERRARI<br>SAN JOSE, CA 95138 | $0.00 | $0.00 | $0.00 | $43,861.50 | $43,861.50 |
| **Filed On:** 3/17/2010 | | | | | | | | |
| **Remaining Claim** | **5962** | FAIRPOINT COMMUNICATIONS, INC. | PAYMENTONE CORPORATION AKA EBILLIT INC (CIC 874)<br>5883 RUE FERRARI<br>SAN JOSE, CA 95138 | $0.00 | $0.00 | $0.00 | $43,861.50 | $43,861.50 |
| **Filed On:** 3/17/2010 | | | | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **6729** | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | **Creditor:** OTEL TELEKOM INC | $0.00 | $0.00 | $0.00 | $5,570.91 | $5,570.91 |
| **Filed On:** 3/18/2010 | | | 1 SUNDIAL AVE STE 210 MANCHESTER, NH  03103 | | | | | |
| **Remaining Claim** | **6726** | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | OTEL TELEKOM INC | $0.00 | $0.00 | $0.00 | $5,570.91 | $5,570.91 |
| **Filed On:** 3/18/2010 | | | 1 SUNDIAL AVE STE 210 MANCHESTER, NH 03103 | | | | | |
| **Claim To Be Expunged** | **6734** | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | **Creditor:** OTEL TELEKOM INC | $0.00 | $0.00 | $0.00 | $5,570.91 | $5,570.91 |
| **Filed On:** 3/18/2010 | | | 1 SUNDIAL AVE STE 210 MANCHESTER, NH  03103 | | | | | |
| **Remaining Claim** | **6726** | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | OTEL TELEKOM INC | $0.00 | $0.00 | $0.00 | $5,570.91 | $5,570.91 |
| **Filed On:** 3/18/2010 | | | 1 SUNDIAL AVE STE 210 MANCHESTER, NH 03103 | | | | | |
| **Claim To Be Expunged** | **6735** | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | **Creditor:** OTEL TELEKOM INC | $0.00 | $0.00 | $0.00 | $125,571.06 | $125,571.06 |
| **Filed On:** 3/18/2010 | | | 1 SUNDIAL AVE STE 210 MANCHESTER, NH  03103 | | | | | |
| **Remaining Claim** | **6736** | NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | OTEL TELEKOM INC | $0.00 | $0.00 | $0.00 | $125,413.68 | $125,413.68 |
| **Filed On:** 3/18/2010 | | | 1 SUNDIAL AVE STE 210 MANCHESTER, NH 03103 | | | | | |

# Exhibit A
## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Expunged** | **6785** | FAIRPOINT COMMUNICATIONS, INC. | **Creditor:** CISCO SYSTEMS INC | $0.00 | $0.00 | $0.00 | $151,174.67 | $151,174.67 |
| **Filed On:** 3/18/2010 | | | LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL PALO ALTO, CA 94306 | | | | | |
| **Remaining Claim** | **6575** | FAIRPOINT COMMUNICATIONS, INC. | CISCO SYSTEMS INC | $0.00 | $0.00 | $0.00 | $151,174.67 | $151,174.67 |
| **Filed On:** 3/18/2010 | | | LAWRENCE SCHWAB/THOMAS GAA, BIALSON BERGEN & SCHWAB,2600 EL CAMINO REAL PALO ALTO, CA 94306 | | | | | |
| | | **Claims To Be Disallowed Totals** | **64** | **$291,964.26** | **$34,026.00** | **$545,267.70** | **$1,832,732.51** | **$2,703,990.47** |

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                  :
In re:                                            :    **Chapter 11**
                                                  :
**FAIRPOINT COMMUNICATIONS, INC.,** *et al.*,**:    Case No. 09-16335 (BRL)**
                                                  :
         **Debtors.**                             :    **(Jointly Administered)**
                                                  :
-----------------------------------------------------------------x

### ORDER GRANTING FAIRPOINT'S SECOND OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)

Upon the Second Omnibus Objection to Claims (Duplicate Claims), dated March 23, 2010 (the "Objection"),[1] of FairPoint Communications, Inc. ("FairPoint Communications") and its affiliated debtors, as debtors in possession (collectively, "FairPoint"), seeking an order disallowing and expunging each Duplicate Claim identified on Exhibit A of the Objection as a "Claim To Be Expunged;" and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due and proper notice of the Objection having been provided; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of FairPoint, its estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **ORDERED THAT**:

1.      The Objection is GRANTED.

---

[1]      Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2.    Each of the Duplicate Claims identified on <u>Exhibit A</u> of the Objection as a "Claim To Be Expunged" is hereby disallowed and expunged.

3.    To the extent that a Duplicate Claim contains attachments that were not included with the Remaining Claim, any such attachments are hereby deemed to be attached to the Remaining Claim.

4.    Nothing in the Objection or this Order constitutes a waiver of FairPoint's right to object to any claims whatsoever, including those claims not previously objected to or disallowed, or to assert any further objections, claims, counterclaims, or rights of offset or recoupment against the claims identified in the Objection, all of which rights are expressly preserved.

5.    FairPoint and its official claims agent are authorized to take any and all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection, including, without limitation, amending the claims register in these chapter 11 cases to reflect the terms of this Order.

6.    The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2010
      New York, New York

                              _____
                              THE HONORABLE BURTON R. LIFLAND
                              UNITED STATES BANKRUPTCY JUDGE