**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                            )
In re:                                      )   Chapter 11
                                            )
Telephone Operating Company of Vermont LLC  )   Case No. 09-16410
**FairPoint Communications, Inc., <u>et</u> <u>al.</u>**   )   Case No. 09-16335 (Jointly Administered)
                                            )
              Debtors.                      )
_____)   **Claim No.: 304**
                                                **Date Claim Filed: 12/3/2009**
                                                **Claim Amount: $62,731.99**

<u>NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)</u>

**TO:    TRANSFEROR:**    **Osmose Utilities Services Inc.**
                          980 Ellicott St.
                          Buffalo, NY 14209

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 304 against Telephone Operating Company of Vermont LLC in the amount of $62,731.99 as evidenced by the attached Evidence of Transfer of Claim to:

          **TRANSFEREE:**       **Pioneer Credit Opportunities Fund, LP**
          (where notices and    Attn: Adam Stein-Sapir
          payments to transferee Greeley Square Station, P.O. Box 20188
          should be sent)       39 W. 31st Street
                                New York, NY 10001
                                Tel: 866-800-6010
                                Fax: 216-839-5330
                                adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

# EVIDENCE OF TRANSFER OF CLAIM

Osmose Utilities Services Inc., its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the amount of $62,731.99 (Claim No. 304) against Telephone Operating Company of Vermont LLC Case No. 09-16410 (the "Debtor") in the United States Bankruptcy Court for the Southern District of New York, jointly administered under FairPoint Communications, Inc., et al., Case No. 09-16335, and the relevant portion of any and all proofs of claim filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this 7th day of April, 2010.

ASSIGNOR:
_Charles L. Fincher_
(Signature)

CHARLES L. FINCHER
(Print Name)

OSMOSE UTILITIES SERVICES, INC.
(Company Name)

VICE PRESIDENT FINANCE
(Title)

ASSIGNEE:
_(Signature)_

Adam D. Stein-Sapir
(Print Name)

Pioneer Credit Opportunities Fund, L.P.
(Company Name)

President
(Title)