# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>FairPoint Communications, Inc., et al.</u>　　　Case No. <u>09-16335</u>

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC OPTIMUM FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC OPTIMUM FUND LLC
Attn: TERREL ROSS
265 Sunrise Highway, Suite 42
Rockville Centre, NY 11570

Phone:<u> 516-255-1801 </u>
Last four digits of Acct#:_____<u>n/a</u>_____

Name and address where transferee payments should be sent (if different from above):

Phone:____<u>n/a</u>_____
Last four digits of Acct#:_____<u>n/a</u>_____

<u>ALOMAX TECHNOLOGIES</u>
Name of Transferor

Court Claim # (if known): <u>N/A</u>
Amount of Claim: <u>$58,185.00</u>
Date Claim Filed: <u>N/A</u>

Phone: <u>(802)-684-3474</u>
Last four digits of Acct.#: <u>N/A</u>

Name and Current Address of Transferor:

Alomax Technologies
1111 Peacham Road
Danville, VT 05828

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___<u>/s/Terrel Ross</u>___　　　　　　　　　　　　Date: <u>April 20, 2010</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attention: Clerk

AND TO: TELEPHONE OPERATING COMPANY OF VERMONT LLC ("Debtor")
Case No. 09-16410
Jointly Administered under FAIRPOINT COMMUNICATIONS, INC., ET AL., Case No. 09-16335

Claim # N/A

**ALOMAX TECHNOLOGIES**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TRC OPTIMUM FUND LLC**
265 Sunrise Highway, Suite 42
Rockville Centre, NY 11570
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **$58,185.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20 DAY OF April, 2010.

**ASSIGNOR: ALOMAX TECHNOLOGIES**

_War Wells_
(Signature)

_Laura Watson-Wells_
(Print Name)

_managing GP_
(Title)

**ASSIGNEE: TRC OPTIMUM FUND LLC**

_[signature]_
(Signature)

_Terrel Ross_
(Print Name)

_Managing Member_
(Title)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

Telephone Operating Company of Vermont LLC
Case Number: 09-16410

Exhibit F-1
Trade Payables

| Creditor Name | Address | City, State & Zip | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|
| ADA TRAFFIC CONTROL LTD | PO BOX 1315 | WILLISTON, VT 05495 | TRADE PAYABLE | ☐ | ☐ | ☐ | $41,756 |
| AIRGAS EAST INC | PO BOX 827049 | PHILADELPHIA, PA 19182-7049 | TRADE PAYABLE | ☐ | ☐ | ☐ | $1,628 |
| ALL AROUND POWER EQUIPMENT LLC | 1746 MEMORIAL DRIVE | SAINT JOHNSBURY, VT 05819 | TRADE PAYABLE | ☐ | ☐ | ☐ | $206 |
| ALLIED AUTO PARTS | PO BOX 434 | MANCHESTER, VT 05255 | TRADE PAYABLE | ☐ | ☐ | ☐ | $925 |
| ALOMAX TECHNOLOGIES | PO BOX 700 | EAST GREENBUSH, NY 12061 | TRADE PAYABLE | ☐ | ☐ | ☐ | $58,185 |
| AMERICAN TOWING ALLIANCE LLC/CELTIC CAPITAL CORPORATION | 1004 W FOOTHILL BLVD SUITE 101 | UPLAND, CA 91786 | TRADE PAYABLE | ☐ | ☐ | ☐ | $16,352 |
| AMRO ENVIRONMENTAL LAB | 111 HERRICK ST | MERRIMACK, NH 03054 | TRADE PAYABLE | ☐ | ☐ | ☐ | $170 |
| AQUARIUS LANDCAPE SPRINKLER | PO BOX 2112 | COLCHESTER, VT 05449 | TRADE PAYABLE | ☐ | ☐ | ☐ | $142 |
| ASPLUNDH TREE EXPERT CO | PO BOX 827464 | PHILADELPHIA, PA 19182 | TRADE PAYABLE | ☐ | ☐ | ☐ | $127,926 |
| BARRETT'S TREE SVC INC | 376 PATCHEN RD | SOUTH BURLINGTON, VT 05403 | TRADE PAYABLE | ☐ | ☐ | ☐ | $121,596 |
| BATAVIA SERVICES | 2500 BAYPORT BLVD | SEABROOK, TX 77586 | TRADE PAYABLE | ☐ | ☐ | ☐ | $707 |
| BCN TELECOM | PO BOX 52245 | NEWARK, NJ 07101-0220 | TRADE PAYABLE | ☐ | ☐ | ☐ | $7 |
| BENNINGTON COUNTY SHERIFFS DEPT | PO BOX 4207 | BENNINGTON, VT 05201 | TRADE PAYABLE | ☐ | ☐ | ☐ | $6,997 |
| BOURNE'S ENERGY INC | PO BOX 549 | MORRISVILLE, VT 05661 | TRADE PAYABLE | ☐ | ☐ | ☐ | $76 |
| BROWN & ROBERTS HARDWARE | 182 MAIN ST | BRATTLEBORO, VT 05301 | TRADE PAYABLE | ☐ | ☐ | ☐ | $95 |
| BURLINGTON POLICE DEPARTMENT | ONE NORTH AVENUE | BURLINGTON, VT 05401 | TRADE PAYABLE | ☐ | ☐ | ☐ | $25 |
| BURLINGTON TOOL REPAIR INC | 3 KELLOGG RD | ESSEX JCT, VT 05452 | TRADE PAYABLE | ☐ | ☐ | ☐ | $60 |
| BUTLER AMERICA LLC | 3820 STATE ST | SANTA BARBARA, CA 93105 | TRADE PAYABLE | ☐ | ☐ | ☐ | $1,738 |
| CALKINS SAND AND GRAVEL INC | PO BOX 82 | LYNDONVILLE, VT 05851 | TRADE PAYABLE | ☐ | ☐ | ☐ | $17 |
| CARTHUSIAN FOUNDATION | PO BOX 2412 | ARLINGTON, VT 05250 | TRADE PAYABLE | ☐ | ☐ | ☐ | $2,784 |

1