**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

|  | : |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **FAIRPOINT COMMUNICATIONS, INC.,** *et al.*, | : | **Case No. 09-16335 (BRL)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

-------------------------------------------------------------x

## ORDER GRANTING FAIRPOINT'S FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)

Upon the First Omnibus Objection to Claims (Duplicate Claims), dated March 23, 2010 (the "Objection"),[1] of FairPoint Communications, Inc. ("FairPoint Communications") and its affiliated debtors, as debtors in possession (collectively, "FairPoint"), seeking an order disallowing and expunging each Duplicate Claim identified on Exhibit A of the Objection as a "Claim To Be Expunged;" and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due and proper notice of the Objection having been provided; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of FairPoint, its estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **ORDERED THAT**:

      1.      The Objection is GRANTED.

---

[1]     Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2.      Each of the Duplicate Claims identified on <u>Exhibit A</u> of the Objection as a "Claim To Be Expunged" is hereby disallowed and expunged.

3.      To the extent that a Duplicate Claim contains attachments that were not included with the Remaining Claim, any such attachments are hereby deemed to be attached to the Remaining Claim.

4.      Nothing in the Objection or this Order constitutes a waiver of FairPoint's right to object to any claims whatsoever, including those claims not previously objected to or disallowed, or to assert any further objections, claims, counterclaims, or rights of offset or recoupment against the claims identified in the Objection, all of which rights are expressly preserved.

5.      FairPoint and its official claims agent are authorized to take any and all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection, including, without limitation, amending the claims register in these chapter 11 cases to reflect the terms of this Order.

6.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated:  April 27, 2010
        New York, New York

                        /s/Burton R. Lifland_____
                        THE HONORABLE BURTON R. LIFLAND
                        UNITED STATES BANKRUPTCY JUDGE