```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

In re:                          Chapter 11

  FairPoint Communications, Inc., et al.,   Case No: 09-16335 (BRL)


              Debtors.

-------------------------------X
```

**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

IN RE: UNREDACTED PLAN SUPPLEMENT TO DEBTOR'S PLAN OF
                    REORGANIZATION

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN
ORDER OF THE BANKRUPTCY COURT, DATED APRIL 21, 2010, DOCUMENT
#1072 (SEE LEAD CASE), DIRECTING THE CLERK TO FILE SUCH
MATERIAL UNDER SEAL.