**Perceptive Software Inc.**
**ACCOUNTING Dept**
**PO Box 872869**
**Kansas City MO    64187-2869**

| Invoice | 032023 |
|---|---|
| Date | 10/16/2008 |
| Page | 1 |

**Bill To:**

Fairpoint Communications, Inc  (NH)
Attn: Debra D'entremont
770 Elm St
Manchester NH    03101-2102

**Ship To:**

Fairpoint Communications, Inc  (NH)
Attn: Roy Drukker
770 Elm St
Manchester NH    03101-2102

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| SIGNED QUOTE | 6C97EA | ANDREASEN_C | DOWNLOADED | NET 30 | 10/16/2008 | 31,657 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 108500 | CaptureNow for Adrenaline | $0.00 | $1,495.00 | $1,495.00 |
| 1 | 1 | 0 | 400001 | Annual Maintenance & Support PRORATED For period covered through 2/2009 renewal. | $0.00 | $100.00 | $100.00 |

| | |
|---|---|
| **Subtotal** | $1,595.00 |
| **Misc** | $0.00 |
| **Tax** | $0.00 |
| **Freight** | $0.00 |
| **Trade Discount** | $0.00 |
| **Total** | $1,595.00 |