| United States Bankruptcy Court | |
|---|---|
| For the Southern District Of New York | |
| FAIRPOINT COMMUNICATIONS INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-16335 |
| Debtor | } Amount $5,849.50 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**MARK L IRVINGS**
**24 ELBA STREET**
**BROOKLINE, MA 02446-3159**

The transfer of your claim as shown above in the amount of **$5,849.50** has been transferred to:

>Liquidity Solutions Inc
>One University Plaza
>Suite 312
>Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

>By/s/Eric Horn
>Liquidity Solutions Inc
>(201) 968-0001

497625

## TRANSFER NOTICE

MARK L IRVINGS ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against FAIRPOINT LOGISTICS, INC. (the "Debtor"), in the aggregate amount of $5,849.50, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court for the Southern District of New York, jointly administered as Case No. 09-16335.

IN WITNESS WHEREOF, Assignor has signed below as of the ____15th____ day of ____April____, 2010

MARK L IRVINGS

By: _____
(Signature)

_____
Liquidity Solutions, Inc.

MARK L. IRVINGS
(Print Name and Title)

ERIC Horn