United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| FAIRPOINT COMMUNICATIONS INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-16335 |
| Debtor | } Amount $1,757.80 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**FABIAN EARTH MOVING INC**
**1409 PLEASANT ST**
**WEST RUTLAND, VT 05777**

The transfer of your claim as shown above in the amount of **$1,757.80** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Eric Horn
      Liquidity Solutions Inc
      (201) 968-0001

497624

## TRANSFER NOTICE

FABIAN EARTH MOVING INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against TELEPHONE OPERATING COMPANY OF VERMONT LLC (the "Debtor"), in the aggregate amount of $1,757.80, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court for the Southern District of New York, jointly administered as Case No. 09-16335.

IN WITNESS WHEREOF, Assignor has signed below as of the __15__ day of __April__, 2010

FABIAN EARTH MOVING INC

By: _____
(Signature)

_____
(Print Name and Title) Christie Center / Owner

_____
Liquidity Solutions, Inc.

_____
Eric Horn

497624