| United States Bankruptcy Court | |
|---|---|
| For the Southern District Of New York | |

| | |
|---|---|
| NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-16365 |
| Debtor | } Amount $10,310.76 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**ROCHESTER POLICE DEPARTMENT**
**23 Wakefield St**
**ROCHESTER, NH 03867**

The transfer of your claim as shown above in the amount of **$10,310.76** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Michael Handler
      Liquidity Solutions Inc
      (201) 968-0001

3126231

## TRANSFER NOTICE

ROCHESTER POLICE DEPARTMENT ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC** (the "Debtor"), in the aggregate amount of **$10,310.76,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 09-16365.

IN WITNESS WHEREOF, Assignor has signed below as of the 13th day of April, 2010

ROCHESTER POLICE DEPARTMENT

(Signature)

Michael Allen Deputy Chief

(Print Name and Title)

(Signature)

Rhonda Young

(Print Name of Witness)

NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC
ROCHESTER POLICE DEPARTMENT

3126231