# NOTICE OF CLAIMS PURCHASE AGREEMENT

**ACTELIS NETWORKS INC,** a(n) _Delaware_ (State of Incorporation), _Corporate_ (EntityType), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **Corre Opportunities Fund L.P.**, a Delaware Limited Partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $6,076.00 (proof of claim amount, defined as the "Claim") against **FairPoint Communications Inc. et al.** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, **SOUTHERN DISTRICT OF NEW YORK**, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number **09-16335** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized

representative dated the ___May___ day of ___3___, 2010.

_Actelis Networks, Inc_
(Company Name)

Witness: _rsendayen_
(Signature)

_dot neem_
(Signature of Corporate Officer)

_ROSSI SENDAYEN , OFFICE MANAGER_
(Print Name and Title of Witness)

_DANET NEEMAN, AVP Finance_
(Print Name and Title of Corporate Officer)

**Corre Opportunities Fund L.P.**

Witness: _K Bruff_
(Signature)

(Corre Opportunities Fund L.P.)
_Enz Soderlund_

**Exhibit"A"**