**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FAIRPOINT COMMUNICATIONS, INC., et al., | ) Case No. 09-16335 |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |

## NOTICE OF DEFECTIVE TRANSFER OF CLAIM

Docket Filing Date: 5/10/2010

Docket Entry Number: 1322

Claim of: BMC GENERAL CONTRACTORS re Claim No. 5520

Transferred to: BLUE HERON MICRO OPPORTUNITIES FUND LLP

PLEASE TAKE NOTICE that the Transfer of Claim listed above filed with the Clerk of the Court has been returned to the Transferee as a Defective Transfer of Claim for the following reason(s):

☐ The Claim has been previously transferred in its entirety to another Transferee

☐ A portion of the claim has been previously transferred to another Transferee

☐ Filed under the incorrect section of the Federal Rules of Bankruptcy Procedure

☐ Transfer received after Record Date

☐ Proof of Claim has already been filed in a different amount than reflected in Transfer Notice

☒ Other: Claim expunged per docket no. 1118

Dated: 5/19/2010

**BMC GROUP**
444 N. Nash St.
El Segundo, California 90245-2822

Official Claims and Noticing Agent for the Clerk of the Court in the Fairpoint Communications, Inc. Case.

Proof of Service

I, Lauri Shippers, am over the age of eighteen years and not a party to the within action. I am employed by BMC GROUP, the Official Claims and Noticing Agent for the Clerk of the Court, whose business address is 444 N Nash St, El Segundo, California 90245-2822. On 5/19/2010 I caused a copy of the "Notice of Defective Transfer of Claim" to be served upon the following parties:

BMC GENERAL CONTRACTORS
PO BOX 425
EPSOM, NH 03234

BLUE HERON MICRO OPPORTUNITIES FUND LLP
ATTN: CLAIMS PROCESSING DEPT
PO BOX 14610
SURFSIDE BEACH, SC 29587

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid, and deposited in the mail in El Segundo, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/19/2010

                                                /s/
                                       Lauri Shippers