UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: FairPoint Communications, Inc., et al.,  Case No.  09-16335 (BRL)
Debtors  Reporting Period:  April 1-30, 2010

Jointly Administered  Federal Tax I.D. #  13-3725229

CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Yes | |
| Copies of bank statements | | No | |
| Cash disbursements journals | | No | |
| Statement of Operations | MOR-2 | No | Annual results subject to audit |
| Balance Sheet | MOR-3 | No | Annual results subject to audit |
| Status of Post-petition Taxes | MOR-4 | Yes | |
| Copies of IRS Form 6123 or payment receipt | | No | |
| Copies of tax returns filed during reporting period | | No | |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | |
| Listing of Aged Accounts Payable | | No | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | No | Annual results subject to audit |
| Taxes Reconciliation and Aging | MOR-5 | See MOR 4 | |
| Payments to Insiders and Professional | MOR-6 | Yes | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | No | |
| Debtor Questionnaire | MOR-7 | Yes | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_D. Brett Ellis_  Date  5/20/10

D. Brett Ellis
Vice President, Investor Relations and Assistant Controller

_D. Brett Ellis_

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

The information contained herein should be read in conjunction with the financial statements and accompanying footnotes contained in the Company's Annual Report on Form 10-K for the year ended December 31, 2008 and its Quarterly Reports on Form 10-Q for the periods ended March 31, 2009, June 30, 2009 and September 30, 2009 (collectively, the "Reports"). For additional information regarding the trends affecting the Company's operating results, see "Management's Discussion and Analysis of Financial Condition and Results of Operations" contained in the Reports.

The financial results set forth herein represent preliminary estimates of our financial results, which are subject to change. The financial results set forth herein are subject to the completion of our financial statements and completion of our annual audit by our independent accounting firm for the year ended December 31, 2009.

In re: FairPoint Communications, Inc., et al.,  
Debtors  
Jointly Administered

MOR-1  
Case No. 09-16335 (BRL)  
April 1-30, 2010  
TIN 13-3725229

| LID | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Name | Multiple Accounts | | | | Border Trust | | | | National City Bank (now PNC) | |
| Last Four Digits of Account | Listed on Last Page | | | | 7338 | | | | 4641 (now 0959) | |
| Type of Account | | | | | Collections | | | | Collections | |
| Bank Name | | | | | Key Bank | | | | | |
| Last Four Digits of Account | | | | | 4304 | | | | | |
| Type of Account | | | | | Collections | | | | | |
| Bank Name | | | | | Kennebec | | | | | |
| Last Four Digits of Account | | | | | 9488 | | | | | |
| Type of Account | | | | | Collections | | | | | |
| Bank Name | | | | | Savings Bank of Maine | | | | | |
| Last Four Digits of Account | | | | | 1239 | | | | | |
| **FairPoint Entity** | **FairPoint Communications, Inc.** | **ST Enterprises, Ltd.** | **FairPoint Vermont, Inc.** | **Sunflower Telephone Company, Inc.** | **Northland Telephone Company of Maine, Inc.** | **ST Long Distance, Inc** | **ST Computer Resources, Inc** | **MJD Ventures, Inc** | **Marianna and Scenery Hill Telephone Company** | **Marianna Tel, Inc** |
| **Cash Beginning of the Month** | 35,557,602.86 | | | | 27,787.31 | | | | 2,975.54 | |
| **Receipts** | | | | | | | | | | |
| CASH | 16,345,719.62 | - | - | - | 192,204.76 | - | - | - | 19,532.16 | - |
| Intra-debtor transfers | 51,392,642.33 | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | **67,738,361.95** | **-** | **-** | **-** | **192,204.76** | **-** | **-** | **-** | **19,532.16** | **-** |
| **Disbursements** | | | | | | | | | | |
| Employee Expenses | (6,546,647.46) | | | | | | | | | |
| Restructuring (1) | (5,794,356.90) | | | | | | | | | |
| Operating Taxes | (488,463.98) | | | | | | | | | |
| Marketing Expenses | (122,673.14) | | | | | | | | | |
| Insurance | (1,104,944.08) | | | | | | | | | |
| Other Expenses | (8,678,620.68) | - | - | - | (178.08) | - | - | - | (60.28) | - |
| Capital Expenditures | (2,081,284.52) | | | | | | | | | |
| Intra-debtor transfers | (48,275,643.29) | - | - | - | (184,893.91) | - | - | - | (16,000.00) | - |
| **Total Disbursements** | **(73,092,634.05)** | **-** | **-** | **-** | **(185,071.99)** | **-** | **-** | **-** | **(16,060.28)** | **-** |
| **Net Cash Flow** | **(5,354,272.10)** | **-** | **-** | **-** | **7,132.77** | **-** | **-** | **-** | **3,471.88** | **-** |
| **Cash End of the Month** | **30,203,330.76** | **-** | **-** | **-** | **34,920.08** | **-** | **-** | **-** | **6,447.42** | **-** |
| Cash per ledger | 30,203,330.76 | | | | 34,920.08 | | | | 6,447.42 | |
| check | 0.00 | - | - | - | - | - | - | - | - | - |
| Disbursements, net of intercompany | (24,816,990.76) | - | - | - | (178.08) | - | - | - | (60.28) | - |

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | (48,275,643.29) | - | - | - | (184,893.91) | - | - | - | (16,000.00) | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | | | | | | | | | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 24,816,990.76 | - | - | - | 178.08 | - | - | - | 60.28 | - |

In re: FairPoint Communications, Inc., et al.,  
Debtors  
Jointly Administered  

MOR-1  
Case No. 09-16335 (BRL)  
April 1-30, 2010  
TIN 13-3725229

| LID | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Name | National City Bank (now PNC) | | Union Bank | | | | | BoA | | | BoA |
| Last Four Digits of Account | 1775 (now 0555) | | 2726 | | | | | 1741 | | | 5037 |
| Type of Account | Collections | | Collections | | | | | dormant | | | |
| Bank Name | | | | | | | | | | | US Bank |
| Last Four Digits of Account | | | | | | | | | | | 2949 |
| Type of Account | | | | | | | | | | | |
| Bank Name | | | | | | | | | | | |
| Last Four Digits of Account | | | | | | | | | | | |
| Type of Account | | | | | | | | | | | |
| Bank Name | | | | | | | | | | | |
| Last Four Digits of Account | | | | | | | | | | | |

| FairPoint Entity | Bentleyville Communications Corporation | BE Mobile Communications, Inc | The Columbus Grove Telephone Company | Quality One Technologies, Inc | C-R Communications, Inc | C-R Telephone Company | C-R Long Distance, Inc | Taconic Telephone Corp. | Taconic Technology Corp. | Taconic Telcom Corporation | Ellensburg Telephone Company |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of the Month** | 11,127.70 | | 5,769.41 | | | | | 320.00 | | | 163,997.56 |
| **Receipts** | | | | | | | | | | | |
| CASH | 85,391.36 | - | 48,060.28 | - | - | - | - | - | - | - | 923,180.84 |
| Intra-debtor transfers | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | **85,391.36** | **-** | **48,060.28** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **923,180.84** |
| **Disbursements** | | | | | | | | | | | |
| Employee Expenses | | | | | | | | | | | |
| Restructuring (1) | | | | | | | | | | | |
| Operating Taxes | | | | | | | | | | | |
| Marketing Expenses | | | | | | | | | | | |
| Insurance | | | | | | | | | | | |
| Other Expenses | (407.54) | - | - | - | - | - | - | - | - | - | (4,765.41) |
| Capital Expenditures | | | | | | | | | | | |
| Intra-debtor transfers | (48,000.00) | - | (47,750.00) | - | - | - | - | - | - | - | (796,000.00) |
| **Total Disbursements** | **(48,407.54)** | **-** | **(47,750.00)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **(800,765.41)** |
| **Net Cash Flow** | **36,983.82** | **-** | **310.28** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **122,415.43** |
| **Cash End of the Month** | **48,111.52** | **-** | **6,079.69** | **-** | **-** | **-** | **-** | **320.00** | **-** | **-** | **286,412.99** |
| Cash per ledger | 48,111.52 | | 6,079.69 | | | | | 320.00 | | | 286,412.99 |
| check | - | - | - | - | - | - | - | - | - | - | - |
| Disbursements, net of intercompany | (407.54) | - | - | - | - | - | - | - | - | - | (4,765.41) |

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | (48,000.00) | - | (47,750.00) | - | - | - | - | - | - | - | (796,000.00) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | | | | | | | | | | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 407.54 | - | - | - | - | - | - | - | - | - | 4,765.41 |

| LID | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Name | | | TD Banknorth | | | | | | | | Bank of Commerce | Key Bank |
| Last Four Digits of Account | | | 6699 | | | | | | | | 0950 | 0722 |
| Type of Account | | | Collections | | | | | | | | Collections | Collections |
| Bank Name | | | BoA | | | | | | | | | |
| Last Four Digits of Account | | | 4583 | | | | | | | | | |
| Type of Account | | | | | | | | | | | | |
| Bank Name | | | | | | | | | | | | |
| Last Four Digits of Account | | | | | | | | | | | | |
| Type of Account | | | | | | | | | | | | |
| Bank Name | | | | | | | | | | | | |
| Last Four Digits of Account | | | | | | | | | | | | |

| FairPoint Entity | Elltel Long Distance Corporation | Sidney Telephone Company | Utilities, Inc. | Standish Telephone Co. | China Telephone Co. | Maine Telephone Co. | UI Long Distance, Inc | UI Communications, Inc | UI Telecom, Inc | Telephone Sevice Company | Chouteau Telephone Company | Chautauqua and Erie Telephone Corporation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of the Month** | | | 218,259.80 | | | | | | | | (15,574.94) | 3,195.00 |
| **Receipts** | | | | | | | | | | | | |
| CASH | - | - | 543,386.23 | - | - | - | - | - | - | - | 87,414.51 | 82,189.62 |
| Intra-debtor transfers | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Receipts | - | - | 543,386.23 | - | - | - | - | - | - | - | 87,414.51 | 82,189.62 |
| **Disbursements** | | | | | | | | | | | | |
| Employee Expenses | | | | | | | | | | | | |
| Restructuring (1) | | | | | | | | | | | | |
| Operating Taxes | | | | | | | | | | | | |
| Marketing Expenses | | | | | | | | | | | | |
| Insurance | | | | | | | | | | | | |
| Other Expenses | - | - | (88.10) | - | - | - | - | - | - | - | - | (60.10) |
| Capital Expenditures | | | | | | | | | | | | |
| Intra-debtor transfers | - | - | (596,000.00) | - | - | - | - | - | - | - | (70,750.00) | (79,503.56) |
| Total Disbursements | - | - | (596,088.10) | - | - | - | - | - | - | - | (70,750.00) | (79,563.66) |
| **Net Cash Flow** | - | - | (52,701.87) | - | - | - | - | - | - | - | 16,664.51 | 2,625.96 |
| **Cash End of the Month** | - | - | 165,557.93 | - | - | - | - | - | - | - | 1,089.57 | 5,820.96 |
| Cash per ledger | | | 165,557.93 | | | | | | | | 1,089.57 | 5,820.96 |
| check | - | - | - | - | - | - | - | - | - | - | (0.00) | (0.00) |
| Disbursements, net of intercompany | - | - | (88.10) | - | - | - | - | - | - | - | - | (60.10) |

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - | - | (596,000.00) | - | - | - | - | - | - | - | (70,750.00) | (79,503.56) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | | | | | | | | | | | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | - | - | 88.10 | - | - | - | - | - | - | - | - | 60.10 |

In re: FairPoint Communications, Inc., et al.,  
Debtors  
Jointly Administered

MOR-1  
Case No. 09-16335 (BRL)  
April 1-30, 2010  
TIN 13-3725229

| LID | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Name | Key Bank | Key Bank | Key Bank | Key Bank | First National Bank of Germantown | | | | | Capital City Bank |
| Last Four Digits of Account | 5109 | 6848 | 1417 | 4296 | 0031 | | | | | 2001 |
| Type of Account | Collections (closed) | Collections | Collections | Collections | Collections | | | | | Collections |
| Bank Name | | | Key Bank | | | | | | | Capital City Bank |
| Last Four Digits of Account | | | 4270 | | | | | | | 2101 |
| Type of Account | | | Collections | | | | | | | Collections |
| Bank Name | | | | | | | | | | |
| Last Four Digits of Account | | | | | | | | | | |
| Type of Account | | | | | | | | | | |
| Bank Name | | | | | | | | | | |
| Last Four Digits of Account | | | | | | | | | | |

| FairPoint Entity | Chautauqua & Erie Communications, Inc | C&E Communications, Ltd | The Orwell Telephone Company | Orwell Communications, Inc | The Germantown Independent Telephone Company | Germantown Long Distance Company | GITCO Sales, Inc | GIT-Cell, Inc | GTC Communications, Inc | St Joe Communications, Inc |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of the Month** | - | 71.95 | 1,256.90 | 13,802.31 | 2,241.24 | | | | | 155,746.31 |
| **Receipts** | | | | | | | | | | |
| CASH | - | - | 662.49 | - | 50,261.58 | - | - | - | - | 24,819.93 |
| Intra-debtor transfers | - | 161.95 | - | 171,459.43 | - | - | - | - | - | 1,105,424.51 |
| **Total Receipts** | **-** | **161.95** | **662.49** | **171,459.43** | **50,261.58** | **-** | **-** | **-** | **-** | **1,130,244.44** |
| **Disbursements** | | | | | | | | | | |
| Employee Expenses | | | | | | | | | | |
| Restructuring (1) | | | | | | | | | | |
| Operating Taxes | | | | | | | | | | |
| Marketing Expenses | | | | | | | | | | |
| Insurance | | | | | | | | | | |
| Other Expenses | - | (233.90) | (31.23) | (1,180.18) | (361.45) | - | - | - | - | - |
| Capital Expenditures | | | | | | | | | | |
| Intra-debtor transfers | - | - | (561.96) | (178,910.99) | (47,250.00) | - | - | - | - | (850,000.00) |
| **Total Disbursements** | **-** | **(233.90)** | **(593.19)** | **(180,091.17)** | **(47,611.45)** | **-** | **-** | **-** | **-** | **(850,000.00)** |
| **Net Cash Flow** | **-** | **(71.95)** | **69.30** | **(8,631.74)** | **2,650.13** | **-** | **-** | **-** | **-** | **280,244.44** |
| **Cash End of the Month** | **-** | **-** | **1,326.20** | **5,170.57** | **4,891.37** | **-** | **-** | **-** | **-** | **435,990.75** |
| Cash per ledger | - | - | 1,326.20 | 5,170.57 | 4,891.37 | | | | | 435,990.75 |
| check | - | - | - | (0.00) | - | - | - | - | - | - |
| Disbursements, net of intercompany | - | (233.90) | (31.23) | (1,180.18) | (361.45) | - | - | - | - | - |

**THE FOLLOWING SECTION MUST BE COMPLETED**  
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - | - | (561.96) | (178,910.99) | (47,250.00) | - | - | - | - | (850,000.00) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | | | | | | | | | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | - | 233.90 | 31.23 | 1,180.18 | 361.45 | - | - | - | - | - |

In re: FairPoint Communications, Inc., et al.,  
Debtors  
Jointly Administered

MOR-1  
Case No. 09-16335 (BRL)  
April 1-30, 2010  
TIN 13-3725229

| LID | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Name | Capital City Bank | | American National Bank | | | Bank of Idaho | | | | Key Bank |
| Last Four Digits of Account | 3801 | | 9101 | | | 0669 | | | | 9310 |
| Type of Account | Collections | | Collections | | | Collections | | | | Collections |
| Bank Name | Regions Bank | | Carter Bank and Trust | | | | | | | Key Bank |
| Last Four Digits of Account | 9076 | | 2800 | | | | | | | 4288 |
| Type of Account | | | Collections (closed) | | | | | | | Collections |
| Bank Name | | | | | | | | | | |
| Last Four Digits of Account | | | | | | | | | | |
| Type of Account | | | | | | | | | | |
| Bank Name | | | | | | | | | | |
| Last Four Digits of Account | | | | | | | | | | |

| FairPoint Entity | GTC, Inc. | GTC Finance Corp | Peoples Mutual Telephone Company | Peoples Mutual Services Company | Peoples Mutual Long Distance Company | Fremont Telcom, Co. | Fremont Broadband, LLC | Fretel Communications, LLC | Comerco, Inc | YCOM Networks, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of the Month** | 1,173.47 | | 947.96 | | | 12,577.54 | | | | 51.35 |
| **Receipts** | | | | | | | | | | |
| CASH | 1,107,117.52 | - | - | - | - | 49,737.80 | - | - | - | - |
| Intra-debtor transfers | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | **1,107,117.52** | **-** | **-** | **-** | **-** | **49,737.80** | **-** | **-** | **-** | **-** |
| **Disbursements** | | | | | | | | | | |
| Employee Expenses | | | | | | | | | | |
| Restructuring (1) | | | | | | | | | | |
| Operating Taxes | | | | | | | | | | |
| Marketing Expenses | | | | | | | | | | |
| Insurance | | | | | | | | | | |
| Other Expenses | (1,708.01) | - | (25.20) | - | - | (334.26) | - | - | - | (36.00) |
| Capital Expenditures | | | | | | | | | | |
| Intra-debtor transfers | (1,105,424.51) | - | - | - | - | (53,000.00) | - | - | - | - |
| **Total Disbursements** | **(1,107,132.52)** | **-** | **(25.20)** | **-** | **-** | **(53,334.26)** | **-** | **-** | **-** | **(36.00)** |
| **Net Cash Flow** | **(15.00)** | **-** | **(25.20)** | **-** | **-** | **(3,596.46)** | **-** | **-** | **-** | **(36.00)** |
| **Cash End of the Month** | **1,158.47** | **-** | **922.76** | **-** | **-** | **8,981.08** | **-** | **-** | **-** | **15.35** |
| Cash per ledger | 1,158.47 | | 922.76 | | | 8,981.08 | | | | 15.35 |
| check | - | - | - | - | - | - | - | - | - | - |
| Disbursements, net of intercompany | (1,708.01) | - | (25.20) | - | - | (334.26) | - | - | - | (36.00) |

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | (1,105,424.51) | - | - | - | - | (53,000.00) | - | - | - | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | | | | | | | | | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 1,708.01 | - | 25.20 | - | - | 334.26 | - | - | - | 36.00 |

| LID | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Name | National Union Bank of Kinderhook | National Union Bank of Kinderhook | | | | | | | | |
| Last Four Digits of Account | 0882 | 0815 | | | | | | | | |
| Type of Account | Collections | Collections | | | | | | | | |
| Bank Name | National Union Bank of Kinderhook | | | | | | | | | |
| Last Four Digits of Account | 0404 | | | | | | | | | |
| Type of Account | Collections | | | | | | | | | |
| Bank Name | Fidelity Investments | | | | | | | | | |
| Last Four Digits of Account | 3307 | | | | | | | | | |
| Type of Account | Investment | | | | | | | | | |
| Bank Name | | | | | | | | | | |
| Last Four Digits of Account | | | | | | | | | | |

| FairPoint Entity | Berkshire Telephone Corp | Berkshire Cable Corporation | Berkshire Net, Inc | Berkshire Cellular, Inc | Berkshire New York Access, Inc | Community Service Telephone Co. | Commtel Communications, Inc | MJD Services Corporation | Bluestem Telephone Company | Big Sandy Telecom, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of the Month** | 662,367.77 | 948.71 | | | | | | | | |
| **Receipts** | | | | | | | | | | |
| CASH | 62,430.15 | - | - | - | - | - | - | - | - | - |
| Intra-debtor transfers | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 62,430.15 | - | - | - | - | - | - | - | - | - |
| **Disbursements** | | | | | | | | | | |
| Employee Expenses | | | | | | | | | | |
| Restructuring (1) | | | | | | | | | | |
| Operating Taxes | | | | | | | | | | |
| Marketing Expenses | | | | | | | | | | |
| Insurance | | | | | | | | | | |
| Other Expenses | (266.51) | (11.19) | - | - | - | - | - | - | - | - |
| Capital Expenditures | | | | | | | | | | |
| Intra-debtor transfers | (63,500.00) | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | (63,766.51) | (11.19) | - | - | - | - | - | - | - | - |
| **Net Cash Flow** | (1,336.36) | (11.19) | - | - | - | - | - | - | - | - |
| **Cash End of the Month** | 661,031.41 | 937.52 | - | - | - | - | - | - | - | - |
| Cash per ledger | 661,031.41 | 937.52 | | | | | | | | |
| check | - | - | - | - | - | - | - | - | - | - |
| Disbursements, net of intercompany | (266.51) | (11.19) | - | - | - | - | - | - | - | - |

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | (63,500.00) | - | - | - | - | - | - | - | - | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | | | | | | | | | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 266.51 | 11.19 | - | - | - | - | - | - | - | - |

In re: FairPoint Communications, Inc., et al.,  
Debtors  
Jointly Administered

MOR-1  
Case No. 09-16335 (BRL)  
April 1-30, 2010  
TIN 13-3725229

| LID | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Name | Community Bank of Raymore | First Bank | First Southwest Bank | | | | | Kearney Commercial Bank | | |
| Last Four Digits of Account | 3645 | 3670 | 1335 | | | | | 9080 | | |
| Type of Account | Collections | Collections | Collections (closed) | | | | | Collections | | |
| Bank Name | | BoA | | | | | | Kearney Commercial Bank | | |
| Last Four Digits of Account | | 3312 | | | | | | 0606 | | |
| Type of Account | | (closed) | | | | | | Collections | | |
| Bank Name | | | | | | | | | | |
| Last Four Digits of Account | | | | | | | | | | |
| Type of Account | | | | | | | | | | |
| Bank Name | | | | | | | | | | |
| Last Four Digits of Account | | | | | | | | | | |

| FairPoint Entity | FairPoint Communications Missouri, Inc. | Odin Telephone Exchange, Inc. | Columbine Telecom Company | Ravenswood Communications, Inc | The El Paso Telephone Company | El Paso Long Distance Company | Unite Communications Systems, Inc | ExOp of Missouri, Inc. | Yates City Telephone Company | FairPoint Carrier Services, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of the Month** | 1,397.11 | 5,516.14 | - | | | | | 26,944.45 | | |
| **Receipts** | | | | | | | | | | |
| CASH | 29.70 | 83,661.31 | - | - | - | - | - | 114,273.06 | - | - |
| Intra-debtor transfers | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | **29.70** | **83,661.31** | **-** | **-** | **-** | **-** | **-** | **114,273.06** | **-** | **-** |
| **Disbursements** | | | | | | | | | | |
| Employee Expenses | | | | | | | | | | |
| Restructuring (1) | | | | | | | | | | |
| Operating Taxes | | | | | | | | | | |
| Marketing Expenses | | | | | | | | | | |
| Insurance | | | | | | | | | | |
| Other Expenses | - | - | - | - | - | - | - | (259.42) | - | - |
| Capital Expenditures | | | | | | | | | | |
| Intra-debtor transfers | - | (84,750.00) | - | - | - | - | - | (111,750.00) | - | - |
| **Total Disbursements** | **-** | **(84,750.00)** | **-** | **-** | **-** | **-** | **-** | **(112,009.42)** | **-** | **-** |
| **Net Cash Flow** | **29.70** | **(1,088.69)** | **-** | **-** | **-** | **-** | **-** | **2,263.64** | **-** | **-** |
| **Cash End of the Month** | **1,426.81** | **4,427.45** | **-** | **-** | **-** | **-** | **-** | **29,208.09** | **-** | **-** |
| Cash per ledger | 1,426.81 | 4,427.45 | - | | | | | 29,208.09 | | |
| check | - | - | - | - | - | - | - | - | - | - |
| Disbursements, net of intercompany | - | - | - | - | - | - | - | (259.42) | - | - |

**THE FOLLOWING SECTION MUST BE COMPLETED**  
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - | (84,750.00) | - | - | - | - | - | (111,750.00) | - | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | | | | | | | | | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | - | - | - | - | - | - | - | 259.42 | - | - |

In re: FairPoint Communications, Inc., et al.,  
Debtors  
Jointly Administered

MOR-1  
Case No. 09-16335 (BRL)  
April 1-30, 2010  
TIN 13-3725229

| LID | 74 | 75 | 76 | 77 | 78 | 79 | 80 | | |
|---|---|---|---|---|---|---|---|---|---|
| Bank Name | | | | Muliple Accounts | Multiple Accounts | Fidelity Investments | | | |
| Last Four Digits of Account | | | | Listed on Last Page | Listed on Last Page | 5742 | | | |
| Type of Account | | | | | | Investment (closed) | | | |
| Bank Name | | | | | | | | | |
| Last Four Digits of Account | | | | | | | | | |
| Type of Account | | | | | | | | | |
| Bank Name | | | | | | | | | |
| Last Four Digits of Account | | | | | | | | | |
| Type of Account | | | | | | | | | |
| Bank Name | | | | | | | | | |
| Last Four Digits of Account | | | | | | | | | |

| FairPoint Entity | FairPoint Communications Solutions Corporation - NY | FairPoint Communications Solutions Corporation - VA | FairPoint Broadband, Inc. | FairPoint Logistics, Inc | Northern New England Telephone Operations LLC (ME & NH) | Telephone Operating Company of Vermont LLC | Enhanced Communications of Northern New England Inc | Petty Cash (all companies) | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of the Month** | | | | 114,126,821.35 | (302,875.62) | - | - | 17,400.00 | 150,701,849.18 |
| **Receipts** | | | | | | | | | |
| CASH | - | - | - | 69,602,148.67 | - | - | - | - | 89,422,221.59 |
| Intra-debtor transfers | - | - | - | 212,888,074.76 | 2,326.43 | - | - | - | 265,560,089.41 |
| **Total Receipts** | **-** | **-** | **-** | **282,490,223.43** | **2,326.43** | **-** | **-** | **-** | **354,982,311.00** |
| **Disbursements** | | | | | | | | | |
| Employee Expenses | | | | (24,893,170.10) | - | | | | (31,439,817.56) |
| Restructuring (1) | | | | - | - | | | | (5,794,356.90) |
| Operating Taxes | | | | (1,792,659.60) | - | | | | (2,281,123.58) |
| Marketing Expenses | | | | (984,392.24) | - | | | | (1,107,065.38) |
| Insurance | | | | (50.00) | - | | | | (1,104,994.08) |
| Other Expenses | - | - | - | (27,163,449.14) | (2,326.43) | - | - | - | (35,854,403.11) |
| Capital Expenditures | | | | (14,336,669.79) | - | | | | (16,417,954.31) |
| Intra-debtor transfers | - | - | - | (212,950,401.19) | - | - | - | - | (265,560,089.41) |
| **Total Disbursements** | **-** | **-** | **-** | **(282,120,792.06)** | **(2,326.43)** | **-** | **-** | **-** | **(359,559,804.33)** |
| **Net Cash Flow** | **-** | **-** | **-** | **369,431.37** | **-** | **-** | **-** | **-** | **(4,577,493.33)** |
| **Cash End of the Month** | **-** | **-** | **-** | **114,496,252.72** | **(302,875.62)** | **-** | **-** | **17,400.00** | **146,124,355.85** |
| Cash per ledger | | | | 114,496,252.72 | (302,875.62) | - | - | 17,400.00 | 146,124,355.85 |
| check | - | - | - | (0.00) | - | - | - | - | 0.00 |
| Disbursements, net of intercompany | | | | (69,170,390.87) | (2,326.43) | | | | (93,999,714.92) |

**THE FOLLOWING SECTION MUST BE COMPLETED**  
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - | - | - | (212,950,401.19) | - | - | - | | (265,560,089.41) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | | | | | | | | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | - | - | - | 69,170,390.87 | 2,326.43 | - | - | | 93,999,714.92 |

**FairPoint Communications, Inc.**

| LID | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Name | BoA | BoA | BoA | BoA | BoA | BoA | BoA | BB&T | BB&T | BB&T | BB&T | Fidelity Investments | Northwest Savings Bank | RBC Centura | Southwest Bank (now Wachovia) | Sunflower Bank | TD Banknorth | TD Banknorth | TD Banknorth | BB&T |
| Last Four Digits of Account | 9035 | 9048 | 3025 | 3033 | 6378 | 6527 | 3195 | 8436 | 5998 | 6005 | 6013 | 5572 | 2021 | 8674 | 8667 | 1702 | 9264 | 9256 | 6593 | 6080 |

**FairPoint Logistics, Inc**

| LID | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Name | Bangor Savings | BoA | BoA | BoA | BoA | BoA | BoA | BB&T | BB&T | BB&T | BB&T | BB&T | BB&T | Fidelity Investments | Fidelity Investments | Fidelity Investments | TD Banknorth | TD Banknorth |
| Last Four Digits of Account | 4331 | 1395 | 1405 | 4020 | 3416 | 8920 | 8938 | 3144 | 6048 | 6021 | 6056 | 6064 | 6099 | 2398 | 2598 | 2606 | 9272 | 6585 |

**Northern New England Telephone Operations**

| LID | 78 | 78 | 78 | 78 | 78 | 78 |
|---|---|---|---|---|---|---|
| Bank Name | Fidelity Investments | Wachovia | Wachovia | Wachovia | BoA | BNY Mellon | Wachovia |
| Last Four Digits of Account | 4901 | 1985 | 6678 | 6362 | 9339 | 8238 | 6375 |

**Bank Reconciliations by Bank Account**

| Legal Entity | Bank | Last 4 Digits of Account # | Account Type | 4/30/10 Ending Balance (per bank) | O/S Checks | Deposits in Transit | Other Reconciling Items | 4/30/10 Ending Balance (per G/L) |
|---|---|---|---|---|---|---|---|---|
| People's Mutual Telephone Company | American National Bank | 9101 | Collection | 923 | - | - | - | 923 |
| FairPoint Logistics, Inc. | Bangor Savings Bank[1] | 4331 | | 37,670 | - | - | - | 37,670 |
| Taconic Telephone Corporation | Bank of America | 1741 | Stand-Alone Inactive | 320 | - | - | - | 320 |
| FairPoint Communications, Inc. | Bank of America | 3025 | Disbursement | - | (19,525) | - | 1,289 | (18,236) |
| FairPoint Communications, Inc. | Bank of America | 3033 | Stand-Alone Inactive | - | - | - | - | - |
| FairPoint Communications, Inc. | Bank of America | 6378 | Stand-Alone Inactive | 95,256 | - | - | 12,369 | 107,625 |
| Ellensburg Telephone Company | Bank of America | 5037 | Stand-Alone Inactive | 2,326 | - | - | (383) | 1,942 |
| Odin Telephone Exchange, Inc. | Bank of America | 3312 | Stand-Alone Inactive | - | - | - | - | - |
| Utilities, Inc. | Bank of America | 4583 | Stand-Alone Inactive | 29,403 | (2,752) | - | 311 | 26,962 |
| FairPoint Logistics, Inc. | Bank of America | 1395 | Stand-Alone Inactive | 19,546 | - | - | - | 19,546 |
| Northern New England Telephone Operations LLC | Bank of America | 9339 | Stand-Alone Inactive | - | (37,684) | - | - | (37,684) |
| FairPoint Communications, Inc. | Bank of America | 1405 | Stand-Alone Inactive | - | - | - | - | - |
| FairPoint Logistics, Inc. | Bank of America | 4020 | Stand-Alone Inactive | - | (1,745) | - | - | (1,745) |
| FairPoint Logistics, Inc. | Bank of America | 8920 | Stand-Alone Inactive | - | (57,958) | - | - | (57,958) |
| FairPoint Logistics, Inc. | Bank of America | 8938 | Stand-Alone Inactive | - | - | - | - | - |
| Chouteau Telephone Company | Bank of Commerce | 0950 | Collection | 1,090 | - | - | - | 1,090 |
| Fremont Telecom Company | Bank of Idaho | 0669 | Concentration | 8,082 | - | 1,676 | (777) | 8,981 |
| FairPoint Logistics, Inc. | BB&T | 3144 | Concentration | 1,224,910 | - | - | 13,303,314 | 14,528,224 |
| FairPoint Logistics, Inc. | BB&T | 6048 | Disbursement | 2,891,235 | (2,503,104) | - | - | 388,131 |
| FairPoint Logistics, Inc. | BB&T | 6021 | Collection | - | - | - | - | - |
| FairPoint Logistics, Inc. | BB&T | 6056 | Collection | - | - | - | - | - |
| FairPoint Logistics, Inc. | BB&T | 6064 | Collection | - | - | - | - | - |
| FairPoint Logistics, Inc. | BB&T[1] | 6099 | Collection | - | - | - | - | - |
| FairPoint Communications, Inc. | BB&T | 8436 | Collection | 707,913 | (29,376) | - | 53,333 | 731,870 |
| FairPoint Communications, Inc. | BB&T | 5998 | Disbursement | 2,682,979 | (1,429,197) | - | (37,482) | 1,216,300 |
| FairPoint Communications, Inc. | BB&T | 6005 | Disbursement | - | (15,902) | - | 24,217 | 8,315 |
| FairPoint Communications, Inc. | BB&T | 6013 | Collection | - | - | - | 13,973 | 13,973 |
| FairPoint Communications, Inc. | BB&T[1] | 6072 | Direct Deposit Payroll Account | - | - | - | - | - |
| FairPoint Communications, Inc. | BB&T[1,2] | 6080 | Utility Deposit Account | 750,488 | - | - | - | 750,488 |
| Northland Telephone Company of Maine, Inc. | Border Trust | 7338 | Collection | 9,838 | - | 6,959 | - | 16,797 |
| St. Joe Communications, Inc. | Capital City Bank | 2001 | Collection | 397,140 | - | 37,999 | 851 | 435,991 |
| GTC, Inc. | Capital City Bank | 3801 | Collection | - | - | - | - | - |
| FairPoint Communications Missouri, Inc.. | Community Bank of Raymore | 3645 | Collection | 1,427 | - | - | - | 1,427 |
| FairPoint Logistics, Inc. | Fidelity Investments[1] | 2398 | Investment Account | 96,894,066 | - | - | - | 96,894,066 |
| FairPoint Logistics, Inc. | Fidelity Investments[2] | 2598 | Investment Account | 13,182,545 | - | - | (11,784,266) | 1,398,279 |
| FairPoint Logistics, Inc. | Fidelity Investments[2] | 2606 | Investment Account | 2,476,574 | - | - | (1,561,979) | 914,595 |
| Berkshire Telephone Corporation | Fidelity Investments[1] | 3307 | Investment Account | 650,335 | - | - | - | 650,335 |
| FairPoint Communications, Inc. | Fidelity Investments | 5572 | Investment Account | 26,170,612 | - | - | - | 26,170,612 |
| Odin Telephone Exchange, Inc. | First Bank | 3670 | Collection | 4,427 | - | - | - | 4,427 |
| The Germantown Independent Telephone Company | First National Bank of Germantown | 0031 | Collection | 3,585 | - | - | 1,306 | 4,891 |
| ExOp of Missouri, Inc. | Kearney Commercial Bank | 9080 | Collection | 351 | - | - | - | 351 |
| ExOp of Missouri, Inc. | Kearney Commercial Bank | 0606 | Collection | 20,225 | - | 8,632 | - | 28,857 |
| Northland Telephone Company of Maine, Inc. | Kennebec Savings Bank[1] | 9488 | Collection | 1,980 | - | - | 8 | 1,989 |
| The Orwell Telephone Company | Key Bank | 1417 | Collection | 1,290 | - | - | 36 | 1,326 |
| YCOM Networks, Inc. | Key Bank | 9310 | Collection | 15 | - | - | - | 15 |
| FairPoint Communications, Inc. | Key Bank | 4296 | Collection | 5,171 | - | - | - | 5,171 |

| Legal Entity | Bank | Last 4 Digits of Account # | Account Type | 4/30/10 Ending Balance (per bank) | O/S Checks | Deposits in Transit | Other Reconciling Items | 4/30/10 Ending Balance (per G/L) |
|---|---|---|---|---|---|---|---|---|
| Orwell Communications, Inc. | Key Bank | 4262 | Collection | - | - | - | - | - |
| The Orwell Telephone Company | Key Bank | 4270 | Collection | - | - | - | - | - |
| YCOM Networks, Inc. | Key Bank | 4288 | Collection | - | - | - | - | - |
| Northland Telephone Company of Maine, Inc. | Key Bank | 4304 | Collection | - | - | 14,807 | - | 14,807 |
| C & E Communications, Ltd. | Key Bank | 6848 | Collection | - | - | - | - | - |
| Chautauqua & Erie Telephone Company | Key Bank | 0722 | Collection | - | - | 5,686 | 135 | 5,821 |
| Marianna and Scenery Hill Telephone Company | National City Bank (now PNC Bank) | 4641 | Collection | 5,943 | - | 504 | - | 6,447 |
| Bentleyville Communications Corporation | National City Bank (now PNC Bank) | 1775 | Collection | 46,126 | - | 1,986 | - | 48,112 |
| Berkshire Telephone Corporation | National Union Bank of Kinderhook | 0882 | Collection | 10,697 | - | - | - | 10,697 |
| Berkshire Cable Corporation | National Union Bank of Kinderhook | 0815 | Collection | 938 | - | - | - | 938 |
| Berkshire Telephone Corporation | National Union Bank of Kinderhook | 0404 | Collection | - | - | - | - | - |
| FairPoint Communications, Inc. | Northwest Savings Bank | 2021 | Collection | 1,002 | - | - | (0) | 1,002 |
| FairPoint Communications, Inc. | RBC Centura | 8674 | Collection | - | - | - | - | - |
| GTC, Inc. | Regions[1] | 9076 | Collection | 1,138 | - | - | 20 | 1,158 |
| Northland Telephone Company of Maine, Inc. | Savings Bank of Maine[1] | 1239 | Collection | 1,314 | - | - | 13 | 1,327 |
| FairPoint Communications, Inc. | Southtrust Bank (now Wachovia) | 8667 | Collection | 8,863 | - | 4,161 | 113 | 13,137 |
| FairPoint Communications, Inc. | Sunflower Bank | 1702 | Collection | 1,098,151 | - | - | 137 | 1,098,288 |
| FairPoint Logistics, Inc. | TD Bank North | 9272 | Sub-Concentration | 701,046 | (325,602) | - | - | 375,444 |
| Utilities, Inc. | TD Bank North | 6699 | Collection | 133,809 | - | 10,825 | (6,038) | 138,596 |
| FairPoint Communications, Inc. | TD Bank North | 9264 | Sub-Concentration | 136,923 | - | - | (19,233) | 117,690 |
| FairPoint Communications, Inc. | TD Bank North | 9256 | Disbursement | - | - | - | (300) | (300) |
| FairPoint Communications, Inc. | TD Bank North | 6593 | Disbursement | - | (7,432) | - | - | (7,432) |
| FairPoint Logistics, Inc. | TD Bank North | 6585 | Disbursement | - | - | - | - | - |
| The Columbus Grove Telephone Company | Union Bank | 2726 | Collection | 2,603 | - | 3,476 | - | 6,080 |
| Ellensburg Telephone Company | US Bank[1] | 2949 | Collection | 239,556 | - | 44,664 | 251 | 284,471 |
| Northern New England Telephone Operations LLC | Wachovia | 1985 | Collection | - | - | - | - | - |
| Northern New England Telephone Operations LLC | Wachovia | 6678 | Sub-Concentration | - | - | - | - | - |
| Northern New England Telephone Operations LLC | Wachovia | 6362 | Disbursement | - | (169,656) | - | - | (169,656) |
| Northern New England Telephone Operations LLC | Wachovia | 6375 | Stand-Alone Inactive | - | (95,536) | - | - | (95,536) |
| | | | | | | | | 146,106,956 |

In re: FairPoint Communications, Inc., et al.,  MOR-1
Case No. 09-16335 (BRL)
Debtors  April 1-30, 2010
Jointly Administered  TIN 13-3725229

| Legal Entity | Bank | Last 4 Digits of Account # | Account Type | 4/30/10 Ending Balance (per bank) | O/S Checks | Deposits in Transit | Other Reconciling Items | 4/30/10 Ending Balance (per G/L) |
|---|---|---|---|---|---|---|---|---|

**Reconciliation to Cash on the Balance Sheet:**

| | |
|---|---:|
| Total Cash per Bank Reconciliations | 146,106,956 |
| Add: Petty Cash not in Bank Reconciliation Analysis | 17,400 |
| Cash per Balance Sheet | 146,124,356 |
| | |
| Cash Balance per Balance Sheet | 142,410,660 |
| Add: Restricted Cash (Short-term)[3] | 2,148,767 |
| Add: Restricted Cash (Long-term)[3] | 1,564,929 |
| Cash per Balance Sheet | 146,124,356 |

**Footnotes:**

1  Bank account was not included in the cash management motion.  The account is active and information for this account was presented in the monthly operating report.

2  Adjustment to cash per balance sheet represents restricted cash for which bank reconciliations were prepared and included in the analysis.  Agreed balance to the G/L.

| | | | | | |
|---|---|---|---|---|---|
| **In re: FairPoint Communications, Inc., et al.,** | | | FORM MOR-4 | | |
| **Debtors** | | | Case No. | | 09-16335 (BRL) |
| | | | Reporting Period: | | April 1 - 30, 2010 |
| **Jointly Administered** | | | Federal Tax I.D. # | | 13-3725229 |

**STATUS OF POST-PETITION TAXES**

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Ending Tax |
|---|---|---|---|---|---|
| Withholding | $ 453,737.41 | $ 3,686,615.03 | $ 3,713,632.48 | April 2010 | $ 426,719.96 |
| FICA-Employee | 258,651.73 | 2,177,326.90 | 2,184,373.13 | April 2010 | 251,605.50 |
| FICA-Employer | 860,111.76 | 1,835,343.96 | 2,184,373.13 | April 2010 | 511,082.59 |
| Unemployment | 228,522.55 | 2,126.43 | 42,163.72 | April 2010 | 188,485.26 |
| Income | - | - | - | | - |
| Excise | 638,535.20 | 433,981.01 | 491,508.02 | April 2010 | 581,008.19 |
| Regulatory Taxes | 462,244.80 | 235,446.30 | 146,388.47 | April 2010 | 551,302.63 |
| Other:_____ | - | - | - | | - |
| **Total Federal Taxes** | **$ 2,901,803.45** | **$ 8,370,839.63** | **$ 8,762,438.95** | | **$ 2,510,204.13** |
| **State and Local** | | | | | |
| Withholding | $ 48,917.63 | $ 972,705.20 | $ 981,011.62 | April 2010 | 40,611.21 |
| Sales and Excise Taxes | 1,823,919.66 | 3,722,949.55 | 3,412,265.59 | April 2010 | 2,134,603.62 |
| Unemployment | 911,196.44 | 50,692.05 | 251,665.39 | April 2010 | 710,223.10 |
| Property Taxes | 4,611,187.26 | 2,139,220.58 | - | | 6,750,407.84 |
| Income Taxes | - | - | - | | - |
| Regulatory Taxes | 1,076,147.09 | 593,080.71 | 573,046.30 | April 2010 | 1,096,181.50 |
| Other: City & District Taxes | 5,585.45 | 2,299.67 | 5,753.79 | April 2010 | 2,131.33 |
| **Total State and Local** | **$ 8,476,953.53** | **$ 7,480,947.76** | **$ 5,223,742.69** | | **$ 10,734,158.60** |
| | | | | | |
| **Total Taxes** | **$ 11,378,756.98** | **$ 15,851,787.39** | **$ 13,986,181.64** | | **$ 13,244,362.73** |

**SUMMARY OF UNPAID POST-PETITION DEBTS**

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 1-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | $ 43,260,716.30 | $ 978,771.00 | $ 62,971.90 | $ 43,545.88 | $ 19,912.50 | 44,365,917.58 |
| Wages Payable | 31,795,052.92 | | | | | 31,795,052.92 |
| Taxes Payable | 13,244,362.73 | | | | | 13,244,362.73 |
| Professional Fees | 12,130,297.21 | | | | | 12,130,297.21 |
| Rents/Leases | 426,681.74 | | | | | 426,681.74 |
| Other:_____ | | | | | | - |
| **Total Post-petition Debts** | **$ 100,857,110.90** | **$ 978,771.00** | **$ 62,971.90** | **$ 43,545.88** | **$ 19,912.50** | **$ 101,962,312.18** |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

Of the $1,105,201.28 past due, $1,066,438.95 has been paid as of the MOR filing date; $35,751.22 is being withheld from two vendors due to disputes, and the remaining $3,011.11 is under investigation by A/P for various issues.

| | | | | | | |
|---|---|---|---|---|---|---|
| In re: FairPoint Communications, Inc., et al., | | | Case No. | 09-16335 (BRL) | | FORM MOR-6 |
| Debtors | | | Reporting Period: | April 1 - 30, 2010 | | |
| Jointly Administered | | | Federal Tax I.D. # | 13-3725229 | | |

**PAYMENTS TO INSIDERS**

| Title | Name | Compensation | Bonus | Expense Reimbursements | Car Allowance | Other | Total |
|---|---|---|---|---|---|---|---|
| CHAIRMAN, BOARD OF DIRECTORS AND CHIEF EXECUTIVE OFFICER | DAVID L. HAUSER | 61,538.46 | - | 12,950.55 | - | 1,250.30 | 75,739.31 |
| EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER | ALFRED C. GIAMMARINO | 26,868.56 | - | 1,206.60 | - | - | 28,075.16 |
| EXECUTIVE VICE PRESIDENT, CHIEF STRATEGY OFFICER | RAYMOND ALLIERI | 26,923.08 | - | 7,945.65 | - | 13,195.94 | 48,064.67 |
| EXECUTIVE VICE PRESIDENT, CHIEF INFORMATION OFFICER | KATHLEEN MCLEAN | 22,307.70 | - | 10,833.90 | - | 174.10 | |
| EXECUTIVE VICE PRESIDENT, NORTHERN NEW ENGLAND OPERATIONS | JEFFREY W. ALLEN | 34,615.38 | - | 3,625.39 | - | 378.48 | 38,619.25 |
| EXECUTIVE VICE PRESIDENT, SECRETARY AND GENERAL COUNSEL | SHIRLEY L. LINN | 23,076.92 | - | - | - | 517.84 | 23,594.76 |
| MEMBER, BOARD OF DIRECTORS | THOMAS F. GILBANE, JR. | - | - | - | - | - | - |
| MEMBER, BOARD OF DIRECTORS | CLAUDE C. LILLY | - | - | - | - | - | - |
| MEMBER, BOARD OF DIRECTORS | ROBERT S. LILIEN | - | - | - | - | - | - |
| MEMBER, BOARD OF DIRECTORS | JANE E. NEWMAN | - | - | - | - | - | - |
| MEMBER, BOARD OF DIRECTORS | MICHAEL R. TUTTLE | - | - | - | - | - | - |
| PRESIDENT OF NORTHERN NEW ENGLAND OPERATIONS | PETER G. NIXON | 25,000.00 | - | 8,671.31 | - | 367.16 | 34,038.47 |
| SENIOR VICE PRESIDENT AND CORPORATE CONTROLLER | LISA R. HOOD | 33,384.61 | - | 3,904.18 | - | 82.24 | 37,371.03 |
| SENIOR VICE PRESIDENT, GOVERNMENTAL AFFAIRS | PATRICK L. MORSE | 13,800.00 | - | 4,106.84 | - | 92.36 | 17,999.20 |
| SENIOR VICE PRESIDENT, HUMAN RESOURCES | GARY C. GARVEY | 16,153.84 | - | 6,368.89 | - | 242.30 | 22,765.03 |
| VICE PRESIDENT, ASSISTANT SECRETARY AND ASSISTANT GENERAL COUNSEL | SUSAN SOWELL | 15,758.78 | - | 478.90 | - | 107.00 | 16,344.68 |
| VICE PRESIDENT, CORPORATE COMMUNICATIONS | ROSE CUMMINGS | 13,461.54 | - | 929.04 | - | 85.98 | 14,476.56 |
| VICE PRESIDENT, INTERNAL AUDIT | DAVID M. REMELE | 14,212.02 | - | 1,417.47 | - | 59.68 | 15,689.17 |
| VICE PRESIDENT, INVESTOR RELATIONS AND ASSISTANT CONTROLLER | D. BRETT ELLIS | 11,538.46 | - | - | - | 33.72 | 11,572.18 |
| VICE PRESIDENT, MARKETING AND PRODUCT DEVELOPMENT | JAMES K. WEIGERT | 14,615.40 | - | 987.69 | - | 61.48 | 15,664.57 |
| VICE PRESIDENT, TREASURER | THOMAS E. GRIFFIN | 12,307.70 | - | - | - | 52.80 | 12,360.50 |

In re: FairPoint Communications, Inc., et al.,  
   Debtors  

Jointly Administered

FORM MOR-6  
Case No. 09-16335 (BRL)  
Reporting Period: April 1 - 30, 2010  
Federal Tax I.D. # 13-3725229

## PAYMENTS TO PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* [1] |
| FTI Consulting, Inc. | | | 832,542.30 | 2,812,769.52 | 633,299.93 |
| Kaye Scholer LLP | | | 364,587.34 | 1,165,700.58 | 637,578.73 |
| Covington & Burling LLP | | | 77,133.47 | 324,411.15 | 222,327.52 |
| Federle Mahoney | | | 4,760.00 | 8,645.00 | - |
| Miller Buckfire | | | - | 200,000.00 | - |
| Rothschild Inc. | | | 163,661.01 | 1,273,897.94 | 739,567.70 |
| Paul, Hastings, Janofsky & Walker LLP | | | 1,242,686.07 | 4,195,629.69 | 3,104,900.02 |
| AlixPartners LLP | | | 335,319.31 | 1,999,043.35 | 2,009,846.40 |
| Ernst & Young | | | 409,240.18 | 1,210,008.70 | 2,481,738.68 |
| Quinn Emanuel | | | 18,488.65 | 119,511.01 | 58,997.72 |
| Andrews & Kurth | | | 572,812.92 | 927,345.68 | 472,337.20 |
| Verrill Dana, LLP | | | 21,182.70 | 21,182.70 | 5,993.44 |
| Jefferies & Company | | | 356,433.09 | 479,421.87 | 412,931.71 |
| Altman Vilandrie & Company Inc. | | | - | - | 478,205.96 |
| KPMG | | | - | - | 872,572.20 |
| TOTAL PAYMENTS TO PROFESSIONALS | | - | 4,398,847.04 | 14,737,567.19 | 12,130,297.21 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

(1) Total Incurred & Unpaid includes a combination of invoices and accrual obligations for those professionals for which no invoices were received post-bankruptcy through April 2010 plus retainage of 20% fees for certain retained professionals.

In re: FairPoint Communications, Inc., et al.,  
Debtors  

Jointly Administered  

Case No. 09-16335 (BRL)  
Reporting Period: April 1-30, 2010  
Federal Tax I.D. # 13-3725229  

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | x | |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 | Are any post petition payroll taxes past due? | | x |
| 9 | Are any post petition State or Federal income taxes past due? | | x |
| 10 | Are any post petition real estate taxes past due? | | x |
| 11 | Are any other post petition taxes past due? | | x |
| 12 | Have any pre-petition taxes been paid during this reporting period? | x | |
| 13 | Are any amounts owed to post petition creditors delinquent? | x | |
| 14 | Are any wage payments past due? | | x |
| 15 | Have any post petition loans been been received by the Debtor from any party? | x | |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | x |

**Notes**
6,12 Pursuant to first day orders  
7   The Debtors have intercompany receivables and payables that eliminate in consolidation on MOR-3  
13  Please refer to the summary of unpaid post-petition debts and notes listed on MOR-4  
15  Debtor-in-Possession financing was approved by court order  

FORM MOR-7  
2/2008