Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                          :
In re:                                    :   Chapter 11
                                          :
FAIRPOINT COMMUNICATIONS, INC., *et al.*, :   Case No. 09-16335 (BRL)
                                          :
        Debtors.                          :   (Jointly Administered)
                                          :
------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON MAY 27, 2010 AT 10:00 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Burton R. Lifland, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

I.  **UNCONTESTED MATTERS SUBMITTED ON
    CERTIFICATE OF NO OBJECTION FOR RELIEF WITHOUT A HEARING**

    1.  Debtors' Second Motion Pursuant To Bankruptcy Code Section 105(a) And Bankruptcy Rules 9006 And 9027(a)(2)(A) Extending Time For Removal Of Prepetition Causes Of Action [Docket No. 1087]

        Related Documents:

        A.  Omnibus Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Certain Motions Scheduled For Hearing On May 27, 2010 [Docket No. 1395]

        Objection Deadline: May 20, 2010 at 4:00 p.m.

Responses Received: None

Status: No hearing on the matter will be held. An order has been submitted to the Court granting the relief requested.

2. FairPoint Communications' Motion For Authorization To Assume Agreement, As Amended, With Occam Networks, Inc. Pursuant To Bankruptcy Code Sections 105(a) and 365 and Bankruptcy Rule 6006 [Docket No. 1017]

   Related Documents:

   A. Omnibus Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Certain Motions Scheduled For Hearing On May 27, 2010 [Docket No. 1395]

   Objection Deadline: May 20, 2010 at 4:00 p.m.

   Responses Received: None

   Status: No hearing on the matter will be held. An order has been submitted to the Court granting the relief requested.

3. FairPoint Carrier Services, Inc.'s Motion For Authorization To Assume Agreement, As Amended, With PNG Telecommunications, Inc. Pursuant To Bankruptcy Code Sections 105(a) And 365 And Bankruptcy Rule 6006 [Docket No. 1283]

   Related Documents:

   A. Omnibus Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Certain Motions Scheduled For Hearing On May 27, 2010 [Docket No. 1395]

   Objection Deadline: May 20, 2010 at 4:00 p.m.

   Responses Received: None

   Status: No hearing on the matter will be held. An order has been submitted to the Court granting the relief requested.

4. FairPoint Communications' Motion For Authorization To Assume Agreement, As Amended, With Internet Services Provider Network, Inc. Pursuant To Bankruptcy Code Sections 105(a) And 365 And Bankruptcy Rule 6006 [Docket No. 1284]

Related Documents:

A.  Omnibus Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Certain Motions Scheduled For Hearing On May 27, 2010 [Docket No. 1395]

Objection Deadline: May 20, 2010 at 4:00 p.m.

Responses Received: None

Status: No hearing on the matter will be held. An order has been submitted to the Court granting the relief requested.

5.  FairPoint Carrier Services, Inc.'s Motion For Authorization To Assume Agreement, As Amended, With Telrite Corporation Pursuant To Bankruptcy Code Sections 105(a) And 365 And Bankruptcy Rule 6006 [Docket No. 1287]

    Related Documents:

    A.  Omnibus Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Certain Motions Scheduled For Hearing On May 27, 2010 [Docket No. 1395]

    Objection Deadline: May 20, 2010 at 4:00 p.m.

    Responses Received: None

    Status: No hearing on the matter will be held. An order has been submitted to the Court granting the relief requested.

6.  FairPoint Carrier Services, Inc.'s Motion For Authorization To Assume Agreement, As Amended, With Wholesale Network Services, Inc. Pursuant To Bankruptcy Code Sections 105(a) And 365 And Bankruptcy Rule 6006 [Docket No. 1288]

    Related Documents:

    A.  Omnibus Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Certain Motions Scheduled For Hearing On May 27, 2010 [Docket No. 1395]

    Objection Deadline: May 20, 2010 at 4:00 p.m.

    Responses Received: None

Status: No hearing on the matter will be held.  An order has been submitted to the Court granting the relief requested.

7. Fairpoint Carrier Services, Inc.'s Motion For Authorization To Assume Agreement With Global Crossing Telecommunications, Inc. Pursuant To Bankruptcy Code Sections 105(a) And 365 And Bankruptcy Rule 6006 [Docket No. 1291]

    Related Documents:

    A. Omnibus Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Certain Motions Scheduled For Hearing On May 27, 2010 [Docket No. 1395]

    Objection Deadline: May 20, 2010 at 4:00 p.m.

    Responses Received: None

    Status: No hearing on the matter will be held.  An order has been submitted to the Court granting the relief requested.

8. Fairpoint Communications' Motion For Authorization To Assume Agreements, As Amended, With Transaction Network Services, Inc. Pursuant To Bankruptcy Code Sections 105(a) And 365 And Bankruptcy Rule 6006 [Docket No. 1292]

    Related Documents:

    A. Omnibus Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Certain Motions Scheduled For Hearing On May 27, 2010 [Docket No. 1395]

    Objection Deadline: May 20, 2010 at 4:00 p.m.

    Responses Received: None

    Status: No hearing on the matter will be held.  An order has been submitted to the Court granting the relief requested.

9. FairPoint's Motion For Entry Of Order Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement With Tekelec [Docket No. 1289]

    Related Documents:

A. Omnibus Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Certain Motions Scheduled For Hearing On May 27, 2010 [Docket No. 1395]

Objection Deadline: May 20, 2010 at 4:00 p.m.

Responses Received: None

Status: No hearing on the matter will be held. An order has been submitted to the Court granting the relief requested. .

10. FairPoint Communications' Motion For Order Authorizing Assumption Of Unexpired Non-Residential Real Property Lease, As Amended, With Morehead Place, LLC Pursuant To Bankruptcy Code Sections 105(a) and 365 And Bankruptcy Rule 6006 [Docket No. 1290]

Related Documents:

A. Omnibus Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Certain Motions Scheduled For Hearing On May 27, 2010 [Docket No. 1395]

Objection Deadline: May 20, 2010 at 4:00 p.m.

Responses Received: None

Status: No hearing on the matter will be held. An order has been submitted to the Court granting the relief requested. .

II. **ADJOURNED MATTERS**

11. FairPoint's Forty-Ninth Omnibus Objection to Claims (Duplicate Beneficial Bondholder Claims – Duplicate Individual Lender Claims) [Docket No. 1042]

Related Documents:

A. Notice of Adjournment of Hearing on FairPoint's Forty-Ninth Omnibus Objection To Claims (Duplicate Beneficial Bondholder Claims Duplicate Individual Lender Claims) [Docket No.1391]

Responses Received: None.

Status: This matter has been adjourned to June 17, 2010 at 10:00 a.m.

5

12. FairPoint's Objection to Proof of Claim No. 4813 Filed by Douglas Emmett Realty Fund 2000 [Docket No. 1043]

   Related Documents:

   A. Notice of Adjournment of Hearing on FairPoint's Objection To Proof Of Claim No. 4813 Filed By Douglas Emmett Realty Fund 2000 [Docket No. 1392]

   Responses Received: None.

   Status: This matter has been adjourned to June 17, 2010 at 10:00 a.m.

13. FairPoint's Objection to Proof of Claim No. 1132 Filed By Scott E. Ablett [Docket No. 1044]

   Related Documents:

   A. Notice of Adjournment of Hearing on FairPoint's Objection To Proof Of Claim No. 1132 Filed By Scott E. Ablett [Docket No. 1393]

   Responses Received: None

   Status: This matter has been adjourned to June 17, 2010 at 10:00 a.m.

14. FairPoint's Fifth Omnibus Objection To Claims (Claims Filed In Wrong Case - Duplicate Claims) [Docket No. 913]

   Related Documents:

   A. Notice Of Adjournment Of Hearing On FairPoint's Fifth Omnibus Objection To Claims (Claims Filed In Wrong Case - Duplicate Claims) [Docket No. 1390]

   Responses Received:

   B. Objection Of TD Bank To Debtors' Fifth Omnibus Objection To Claims [Docket No. 993]

   C. Response of Caleidoscope Communication Company to FairPoint's Fifth Omnibus Objection To Claims [Docket No. 1041]

   Status: This matter has been adjourned to June 17, 2010 at 10:00 a.m.

15. FairPoint's Objection to Proof of Claim No. 2848 Filed By State of Maine Bureau of Revenue Services [Docket No. 920]

    Related Documents:

    A. Notice Of Adjournment Of Hearing On FairPoint's Objection To Proof Of Claim No. 2848 Filed By State Of Maine Bureau Of Revenue Services [Docket No. 1394]

    Responses Received:

    B. State Of Maine's Response To FairPoint's Objection To Proof Of Claim No. 2848 Filed By State Of Maine Bureau Of Revenue Services [Docket No. 1064]

    Status: This matter has been adjourned to June 17, 2010 at 10:00 a.m.

16. Amended Motion to Authorize Debtors' Adequate Assurance of Payment for Future Utility Services. [Docket No. 27]

    Related Documents:

    A. Notice of Filing of Amended Utility Services List in Connection with Debtors' Amended Motion for Entry of an Order Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 91]

    Relevant Responses Received:

    B. Objection of the Affiliates of Verizon Communications Inc. to The Debtors Amended Motion for Entry of An Order Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 204]

<u>Status</u>: The Affiliates of Verizon Communications Inc. Objection has been adjourned to July 8, 2010 at 10:00 a.m.

Dated: May 26, 2010
      New York, New York

<u>/s/ James T. Grogan</u>
Luc A. Despins, Esq.
James T. Grogan, Esq.
**PAUL HASTINGS JANOFSKY & WALKER LLP**
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Counsel to the Debtors*
*and Debtors in Possession*
