Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re: : Chapter 11
:
FAIRPOINT COMMUNICATIONS, INC., *et al.*,: Case No. 09-16335 (BRL)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x

# MASTER SERVICE LIST AS OF AUGUST 24, 2010
# PURSUANT TO BANKRUPTCY RULE 2002

# MASTER SERVICE LIST
# FAIRPOINT COMMUNICATION, INC.
# 09-16335 (BRL)

| | |
|---|---|
| Office of the United States Trustee<br>Attn: Andrew D. Velez-Rivera, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | United States Attorney for the Southern District of New York<br>Attn: Preet Bharara, Esq.<br>86 Chambers Street<br>New York, NY 10007 |
| Willkie Farr & Gallagher LLP<br>Attn: Margot B. Schonholtz, Esq<br>787 Seventh Avenue<br>New York, NY 10019<br>mschonholtz@willkie.com | Securities and Exchange Commission<br>233 Broadway<br>New York, NY 10279 |
| Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq.<br>180 Maiden Lane<br>New York, NY 10038<br>khansen@stroock.com | FairPoint Communications, Inc.<br>Attn: Susan Sowell, Esq.<br>521 East Morehead Street<br>Suite 500<br>Charlotte, NC 28202<br>ssowell@fairpoint.com |
| Attn: District & Regional Director<br>Internal Revenue Service<br>290 Broadway<br>New York, NY 10007 | Paul, Hastings, Janofsky & Walker LLP<br>Attn: James T. Grogan, Esq.<br>Park Avenue Tower<br>75 E 55th Street, First Floor<br>New York, NY 10022<br>jamesgrogan@paulhastings.com |
| Federal Communications Commission<br>445 12th Street SW<br>Washington, DC 20554 | Paul, Hastings, Janofsky & Walker LLP<br>Attn: Danny Choi, Esq.<br>Park Avenue Tower<br>75 E 55th Street, First Floor<br>New York, NY 10022<br>dannychoi@paulhastings.com |
| Paul, Hastings, Janofsky & Walker LLP<br>Attn: Luc A. Despins, Esq<br>Park Avenue Tower<br>75 E 55th Street, First Floor<br>New York, NY 10022<br>lucdespins@paulhastings.com | Bruce H. Simon, Esq.<br>Cohen, Weiss & Simon, LLP<br>330 West 42nd Street<br>25th Floor<br>New York, NY 10036-6976<br>bsimon@cwsny.com |
| Paul, Hastings, Janofsky & Walker LLP<br>Attn: Christopher Desiderio, Esq.<br>Park Avenue Tower<br>75 E 55th Street, First Floor<br>New York, NY 10022<br>christopherdesiderio@paulhastings.com | Jordanna L. Nadritch, Esq.<br>Olshan Grundman Frome Rosenzweig & Wolosky LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, New York 10022<br>jnadritch@olshanlaw.com |

| | |
|---|---|
| Paul, Hastings, Janofsky & Walker LLP<br>Attn: Christopher Fong, Esq.<br>Park Avenue Tower<br>75 E 55th Street, First Floor<br>New York, NY  10022<br>christopherfong@paulhastings.com | David R. Hock, Esq.<br>Cohen Weiss & Simon LLP<br>330 W 42nd Street<br>New York, NY  10036<br>dhock@cwsny.com |
| Robert J. Keach Esq.<br>Bernstein Shur Sawyer & Nelson PA<br>100 Middle Street<br>PO Box 9729<br>Portland, ME  04104-5029<br>rkeach@bernsteinshur.com | Bruce A. Harwood Esq.<br>Sheehan Phinney Bass & Green PA<br>1000 Elm Street<br>PO Box 3701<br>Manchester, NH  03105-3701<br>bharwood@sheehan.com |
| Peter C. L. Roth Esq.<br>Office of the New Hampshire Attorney General<br>33 Capital Street<br>Concord, NH  03301<br>peter.roth@doj.nh.gov | Darryl S. Laddin, Esq.<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA  30363-1031<br>dladdin@agg.com |
| Richard W. Head, Esq.<br>Office of the New Hampshire Attorney General<br>33 Capital Street<br>Concord, NH  03301<br>richard.head@doj.nh.gov | David J. Kozlowski, Esq.<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY  10019<br>kozlowski.david@arentfox.com |
| Frank N. White, Esq.<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Ste 2100<br>Atlanta, GA  30363-1031<br>frank.white@agg.com | Michael Z. Brownstein, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY  10174<br>mbrownstein@blankrome.com |
| Robert M. Hirsh, Esq.<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY  10019<br>hirsh.robert@arentfox.com | B. Feder, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178<br>KDWBankruptcyDepartment@kelleydrye.com |
| Joel C. Shapiro Esq.<br>Blank Rome LLP<br>One Logan Square<br>Philadelphia, PA  19103<br>Shapiro-jc@blankrome.com | Brett Lawrence, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY  10038-4982<br>blawrence@stroock.com |

| | |
|---|---|
| Michael L. Schein Esq.<br>Vedder Price PC<br>1633 Broadway<br>47th Floor<br>New York, NY  10019<br>mschein@vedderprice.com | Richard G. Mason, Esq.<br>Wachtell Lipton Rosen & Katz<br>51 West 52nd Street<br>New York, NY  10019<br>rgmason@wlrk.com |
| Steven M. Schwartz, Esq.<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY  10166-4193<br>sschwartz@winston.com | Honor S. Heath Esq.<br>Northeast Utilities Service Co<br>Legal Department<br>PO Box 270<br>Hartford, CT  06141-0270<br>heathhs@nu.com |
| J. Carr, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY  10178<br>KDWBankruptcyDepartment@kelleydrye.com | J. Alderson, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178<br>KDWBankruptcyDepartment@kelleydrye.com |
| Christian T. Chandler Esq<br>Curtis Thaxter Stevens Broder<br>& Micoleau LLC<br>One Canal Plaza, Ste 1000<br>PO Box 7320<br>Portland, ME  04112-7320<br>cchandler@curtisthaxter.com | James E. Farrah<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178<br>KDWBankruptcyDepartment@kelleydrye.com |
| Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178<br>KDWBankruptcyDepartment@kelleydrye.com | Jeremy E. Crystal<br>Willkie Farr & Gallagher LLP<br>787 7th Ave<br>New York, NY 10019<br>jcrystal@willkie.com |
| Alan J. Lipkin<br>Willkie Farr & Gallagher LLP<br>787 7th Ave<br>New York, NY 10019<br>alipkin@willkie.com | Dana S. Plon, Esq.<br>Sirlin Gallogly & Lesser PC<br>1529 Walnut St<br>Ste 600<br>Philadelphia, PA 19102<br>dplon@sirlinlaw.com |
| Missouri Department of Revenue<br>Bankruptcy Unit<br>Steven A. Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br>sdnyecf@dor.mo.gov | Lori Lapin Jones, Esq.<br>Lori Lapin Jones PLLC<br>98 Cutter Mill Rd<br>Ste 201 N<br>Great Neck, NY 11021<br>ljones@jonespllc.com |

| | |
|---|---|
| E. Franklin Childress Jr., Esq.<br>Baker Donelson et. al.<br>165 Madison Ave<br>Ste 2000<br>Memphis, TN 38103<br>fchildress@bakerdonelson.com | William A. Slaughter Esq.<br>Ballard Spahr LLP<br>1735 Market Street<br>51st Floor<br>Philadelphia, PA 19801<br>slaughter@ballardspahr.com |
| Brian W. Bisignani Esq<br>Post & Schell PC<br>17 North 2nd St<br>12th Fl<br>Harrisburg, PA 17101-1601<br>bbisignani@postschell.com | Joseph Lubertazzi Jr.<br>McCarter & English LLP<br>245 Park Avenue<br>27th Floor<br>New York, NY 10167<br>jlubertazzi@mccarter.com |
| Matthew G. Summers, Esq.<br>Ballard Spahr LLP<br>919 N Market Street<br>12th Floor<br>Wilmington, DE 19801<br>summersm@ballardspahr.com | George J. Marcus, Esq.<br>Marcus, Clegg & Mistretta, P.A.<br>One Canal Plaza, Suite 600<br>Portland, ME 04101<br>gmarcus@mcm-law.com |
| Sayan Bhattacharyya, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>sbhattacharyya@stroock.com | David C. Johnson, Esq.<br>Marcus, Clegg & Mistretta, P.A.<br>One Canal Plaza, Suite 600<br>Portland, ME 04101<br>djohnson@mcm-law.com |
| National City Mortgage<br>Bankruptcy Department<br>3232 Newmark Drive<br>Miamsburg OH 45342 | Geraldine E. Ponto, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>gponto@gibbonslaw.com |
| Jennie L. Clegg, Esq.<br>Marcus, Clegg & Mistretta, P.A.<br>One Canal Plaza, Suite 600<br>Portland, ME 04101<br>jclegg@mcm-law.com | David N. Crapo, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>dcrapo@gibbons.com |
| Vincent A. D'Agostino, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>vdagostino@lowenstein.com | Scott A. Zuber, Esq.<br>Day Pitney LLP<br>P.O. Box 1945<br>Morristown, NJ 07962-1945<br>szuber@daypitney.com |

| | |
|---|---|
| Andrew Rosenblatt, Esq.<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, New York 10112<br>arosenblatt@chadbourne.com | Scott Cargill, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>scargill@lowenstein.com |
| Joseph A. Becht, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>jbrecht@lowenstein.com | Jay H. Ong, Esq.<br>Munsch Hardt Kopf & Harr, P.C.<br>401 Congress Avenue, Suite 3050<br>Austin, Texas 78701<br>jong@munsch.com |
| Bruce D. Mael, Esq.<br>Berkman, Henoch, Peterson & Peddy, P.C.<br>100 Garden City Plaza<br>Garden City, NY 11530<br>B.mael@bhpp.com | Alan J. Brody, Esq.<br>Greenberg Traurig LLP<br>200 Park Avenue<br>Florham Park, NJ 07932<br>brodya@gtlaw.com |
| Debra S. Turetsky, Esq.<br>Reed Smith LLP<br>599 Lexington Avenue, 30th Floor<br>New York, NY 10022<br>dturetsky@reedsmith.com | Joseph M. Cerra, Esq.<br>Forman Holt Eliades & Ravin LLC<br>80 Route 4 East<br>Suite 290<br>Paramus, NJ 07652<br>jcerra@formanlaw.com |
| Matthew J. Ochs, Esq.<br>Moye White LLP<br>1400 16th Street, 6th Floor<br>Denver, CO 80202-1473<br>matt.ochs@moyewhite.com | Gregory J. Mascitti, Esq.<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022<br>gmascitti@nixonpeabody.com |
| Curtis E. Kimball, Esq.<br>Rudman & Winchell<br>84 Harlow Street<br>P.O. Box 1401<br>Bangor, ME 04402-1401<br>ckimball@rudman-winchell.com | Jonathan I. Levine, Esq.<br>Andrews & Kurth LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>jonathanlevine@andrewskurth.com |
| Joshua Gindin<br>NCO Financial Systems Inc.<br>507 Prudential Rd.<br>Horsham, PA 19044<br>Josh.gindin@ncogroup.com | Paul N. Silverstein, Esq.<br>Andrews & Kurth LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>paulsilverstein@andrewskurth.com |
| Bank of America, N.A., as Agent<br>Attn: Maria Bulin, Sylvia Jacobo,<br>Antonikia Thomas<br>901 Main Street<br>14th Floor<br>Dallas, TX 75202 | Courtney M. Rogers, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, New York 10103<br>crogers@orrick.com |

| | |
|---|---|
| David I. Swan, Esq.<br>McGuireWoods LLP<br>1750 Tysons Blvd.<br>Suite 1800<br>McLean, VA 22102<br>dswan@mcquirewoods.com | Kenneth M. Miskin, Esq.<br>McGuireWoods LLP<br>1750 Tysons Blvd.<br>Suite 1800<br>McLean, VA 22102<br>kmiskin@mcquirewoods.com |
| Hans S. Peterson, Esq.,<br>Rudman & Winchell<br>84 Harlow Street, PO Box 1401<br>Bangor, ME 04402-1401<br>hpeterson@rudman-winchell.com | Shawn M. Christianson, Esq.<br>Buchalter Nemer, A Professional Corporation<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126<br>schristianson@buchalter.com |
| Deborah J. Dwyer<br>District Tax Attorney<br>1740 Broadway, 16th Floor<br>New York, New York 10019<br>Deborah_Dwyer@tax.state.ny.us | U.S. Bank National Association<br>Attn: Rick Prokosch<br>60 Livingston Avenue<br>EP-MN-WS3C<br>St Paul, MN 55107 |
| TW Telecom Inc<br>Linda Boyle<br>10475 Park Meadows Dr #400<br>Littleton, CO 80124<br>lindaboyle@twtelecom.com | Travelers<br>Scot Freeman<br>Account Resolution<br>One Tower Square 5MN<br>Harford, CT 06183 |
| Dunn Carney Allen Higgins & Tongue<br>James M. Hillas<br>851 SW Sixth<br>Ste 1500<br>Portland, OR 97204<br>jhillas@dunncarney.com | United States Attorney for the Southern District of New York<br>Attn: Mara E. Trager, Esq.<br>Assistant United States Attorney<br>86 Chambers Street<br>New York, NY 10007 |
| Douglas J. Wolinsky, Esq.<br>Primmer Piper Eggleston & Cramer PC<br>150 South Champlain Street<br>PO Box 1489<br>Burlington, VT 05402-1489<br>Tel: 802-864-0880<br>dwolinsky@ppeclaw.com | Terry E. Hall<br>Baker & Daniels LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>terry.hall@bakerd.com |
| Marvin E. Clements, Jr.<br>Tennessee Department of Revenue<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-0207<br>AGBankNewYork@ag.tn.gov | Karen Veronica DeFio, Esq.<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center, 18th Floor<br>Syracuse, New York 13202<br>kdefio@bsk.com |

| | |
|---|---|
| Gerald D. Silver, Esq.<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, New York 10112<br>gsilver@chadbourne.com | Menachem O. Zelmanovitz, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, New York 10178-0060<br>mzelmanovitz@morganlewis.com |
| Oksana Lashko, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, New York 10178-0060<br>olashko@morganlewis.com | Frank F. McGinn, Esq.<br>Bartlett Hacket Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110<br>ffm@bostonbusinesslaw.com |
| Martin A. Mooney, Esq.<br>Deily, Mooney & Glastetter, LLP<br>8 Thurlow Terrace<br>Albany, New York 12203<br>mmooney@deilylawfirm.com | Donald R. Calaiaro<br>Suite 1105, Grant Building<br>310 Grant Street<br>Pittsburgh. PA 15219-2230<br>dcalaiaro@calaiarocorbett.com |
| Neal S. Mann<br>Assistant Attorney General<br>120 Broadway-24th Floor<br>New York, New York 10271<br>Neal.mann@oag.state.ny.us | Law Offices of David C. McGrail<br>676A Ninth Avenue #211<br>New York, New York 10036<br>dmcgrail@davidmcgraillaw.com |
| John G. Loughnane, Esq.<br>Eckert Seamans Cherin & Mellott, LLC<br>Two International Place, 16th Floor<br>Boston, MA 02110<br>jloughnane@eckertseamans. com | Mary K. Warren, Esq.<br>Joseph G. Minias, Esq.<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>mwarren@willkie.com<br>jminias@willkie.com |
| David Lee, Esq.<br>Mark Berman, Esq.<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, New York 10022<br>dlee@nixonpeabody.com<br>mberman@nixonpeabody.com | Marie Polito Hofsdal, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>150 East 42nd Street<br>New York, New York 10017<br>marie.hofsdal@wilsonelser.com |
| Gregory M. Kennan<br>Fagelbaum & Heller LLP<br>20 North Main St., Suite 125<br>P.O. Box 230<br>Sherborn, MA 01770<br>gmk@fhllplaw.com | Philip Heller<br>Fagelbaum & Heller LLP<br>2029 Century Park East, Suite 3550<br>Los Angeles, California 90067<br>ph@fhllplaw.com |

| Joleen M. Rice | Douglas E. Deutch, Esq. |
| Verrill Dana, LLP | Young Yoo, Esq. |
| One Portland Square | Chadbourne & Parke LLP |
| Portland, ME 04112-0586 | 30 Rockefeller Plaza |
| jrice@verrilldana.com | New York, New York 10112 |
| | ddeutsch@chadbourne.com |
| | yyoo@chadbourne.com |