UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                          :
                                                :  **Chapter 11**
**FAIRPOINT COMMUNICATIONS INC., et al.**,      :
                                                :  **Case No. 09-16335 (BRL)**
            **Debtors.**                        :
                                                :  (Jointly Administered)
                                                :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I certify that on December 1, 2010, I caused the foregoing *Motion of segTEL, Inc. and segNET Technologies, Inc. for Entry of Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery From FairPoint Communications, Inc., Northern New England Telephone Operations LLC and Telephone Operating Company of Vermont* and the Notice of Electronic Filing to be served by CM/ECF and First Class Mail on the persons listed below:

> Luc A. Despins, Esq.
> James T. Grogan, Esq.
> Paul Hasting Janofsky & Walker LLP
> Park Avenue Tower
> 75 East 55th Street, First Floor
> New York, NY 10022
> *Attorneys for Debtors and Debtors in Possession*
> Email: lucdespins@paulhastings.com
> Email: jamesgrogan@paulhastings.com
>
> Susan L. Sowell, Esq.
> Vice President and Assistant General Counsel
> FairPoint Communications, Inc.
> 521 E. Morehead Street, Ste. 500
> Charlotte, NC 28202
> Email: ssowell@fairpoint.com
>
> Andrew D. Velez-Rivera, Esq.
> Office of the United States Trustee for Region 2
> 33 Whitehall Street, 21st Floor
> New York, NY 10004
> Email: Andy.Velez-Rivera@usdoj.gov

Margo B. Schonholtz, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Street
New York, NY 10019-6099
*Attorneys for Bank of America, N.A., as Administrative Agent for FairPoint's Prepetition Secured Lenders*
Email: mschonholtz@willkie.com

Paul N. Silverstein Esq.
Jonathon I. Levine, Esq.
Andrews & Kurth LLP
450 Lexington Avenue
New York, NY 10017
*Attorneys for Official Committee of Unsecured Creditors*
Email: paulsilverstein@andrewskurth.com
Email: jonathanlevine@andrewskurth.com

Kristopher M. Hansen, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
*Attorneys to the Ad Hoc Committee of FairPoint's Senior Noteholders*
Email: khansen@stroock.com

David R. Hock
Cohen, Weiss and Simon LLP
330 West 42nd Street, 25th Floor
New York, NY 10036-6976
Email: dhock@cwsny.com

The foregoing Motion was also served on all parties listed on the Matter Service List as of November 8, 2010 by CM/ECF, email or First Class Mail.

Dated: December 1, 2010

**PERKINS COIE LLP**

/s/ Jeanette L. Thomas
Jeanette L. Thomas

Attorneys for segTEL, Inc. and segNET Technologies, Inc.