REED SMITH LLP
599 Lexington Avenue, Floor 22
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Nicole K. O'Sullivan
E-mail: nosullivan@reedsmith.com

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

| | |
|---|---|
| FAIRPOINT COMMUNICATIONS, INC., *et al.*, | Case No. 09-16335 (BRL) <br> Chapter 11 <br> (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------------x

# MOTION OF QWEST CORPORATION AND QWEST COMMUNICATIONS COMPANY, LLC, FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)

Qwest Corporation ("QC") and Qwest Communications Company, LLC ("QCC") move this Honorable Court for an order allowing, and directing the above-captioned debtors (the "Debtors") to pay, an administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) (the "Request") and, in support thereof, state as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. The statutory basis for relief sought herein is 11 U.S.C. § 503(b)(1)(A). Venue is appropriate in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B).

## II. FACTUAL BACKGROUND

2. On October 26, 2009 (the "Petition Date"), FairPoint Communications, Inc. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").

### A. The Agreements

3. Prior to the Petition Date, several of the Debtors entered into the following agreements (the "Agreements") with QC and QCC:

| Debtor party | Counterparty | Agreement |
|---|---|---|
| FairPoint Communications, Inc. | QCC | Confidential Settlement Agreement |
| Fairpoint Communications, Inc. | QCC | Wholesale Services Agreement |
| Northern New England Telephone Operations, LLC | QCC | Master Services Agreement |
| Telephone Operating Company of Vermont, LLC | QCC | Master Services Agreement |
| Northern New England Telephone Operations, LLC | QCC, as successor in interest to OnFiber Carrier Services, Inc. | Interconnection Agreement |
| Northern New England Telephone Operations, LLC | QCC, as successor in interest to OnFiber Carrier Services, Inc. | Interconnection Agreement |
| Northern New England Telephone Operations, LLC | QCC | Commitment Discount Plan |
| Telephone Operating Company of Vermont, LLC | QCC | Commitment Discount Plan |
| Ellensburg Telephone Company | QC | Fiber Lease Agreement |
| Ellensburg Telephone Company | QC | Fiber Lease Agreement |
| Fretel Communications, LLC | QC | Interconnection Agreement (non-wireless) |

In addition, *also included among* the Agreements between QC and the Debtors are services provided pursuant to certain tariffs (the "Tariffs").

4. Pursuant to the Agreements, QC and QCC sold certain services to, and purchased certain services from, the Debtors.

**B. The Plan**

5. On January 13, 2011, the Debtors filed the Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Plan") (Docket No. 2115).

**1. Assumption of the Agreements.**

6. The Plan provides that:

> Pursuant to sections 365(a) and 1123(b)(2) of the Bankruptcy Code, *all executory contracts and unexpired leases that exist between FairPoint[1] and any Person shall be deemed assumed by FairPoint as of the Effective Date,* except for any executory contract or unexpired lease (a) that has been assumed or rejected pursuant to an order of the Bankruptcy Court entered prior to the Effective Date, (b) as to which a motion for approval of the assumption or rejection of such executory contract or unexpired lease has been filed and served prior to the Effective Date, or (c) that is specifically designated as a contract or lease to be rejected on Schedules 11.1(A) (executory contracts) or 11.1(B) (unexpired leases), which schedules shall be contained in the Plan Supplement.

See Plan at § 11.1, p. 56 (emphasis added).

7. The Agreements were not assumed or rejected pursuant to an order of the Bankruptcy Court entered prior to the Effective Date nor listed in a motion for approval of such assumption or rejection filed and served prior to the Effective Date. The Agreements also were not listed in the Debtors' schedules of rejected executory contracts and unexpired leases. See Docket Nos. 1098, 1404, 1551 and 1761. Accordingly, under the Plan, the Agreements were assumed by the Debtors as of the Effective Date. See Plan at § 11.1, p. 56.[2]

---

[1] Capitalized terms used herein but not defined shall have the meaning ascribed to them in the Plan.

[2] Like the other Agreements, the Tariffs were not assumed or rejected pursuant to an order of the Bankruptcy Court entered prior to the Effective Date; nor were they listed in a motion for approval of such assumption or rejection filed and served prior to the Effective Date; nor were they listed in the Debtors' schedules of rejected executory contracts and unexpired leases. See Docket Nos. 1098, 1404, 1551 and 1761. Accordingly, under the Plan, the Tariffs were assumed by the Debtors as of the Effective Date. See Plan at § 11.1, p. 56.

### 2. Resolution of Cure Payments.

8. The Plan further provides that:

> In the event of a dispute regarding . . . the amount of any payments to cure . . . a default [under an assumed contract] . . . or . . . any other matter pertaining to assumption, the Cure payments required by section 365(b)(1) of the Bankruptcy Code shall be made following the entry of a Final Order or orders resolving the dispute and approving the assumption, unless otherwise agreed between FairPoint or Reorganized FairPoint, as the case may be, and the counter party to such executory contract or unexpired lease. If any objection to Cure is sustained by the Bankruptcy Court, FairPoint, at its sole option, may elect to reject such executory contract or unexpired lease in lieu of assuming it.

See Plan at § 11.3.3(ii), p. 48.

### C. The Cure Objection

9. On April 30, 2010, QC and QCC filed the Objection of Qwest Corporation and Qwest Communications [Company], LLC to Notice of Proposed Assumption and Cure Amounts, If Any, to be Paid in Accordance With Section 11.3 of the Plan of Reorganization (the "Cure Objection") (Docket No. 1236). In the Cure Objection, QC and QCC sought this Court's entry of an order, *inter alia*, (i) requiring the Debtors to pay $985,413.40 to cure certain defaults under the Agreements as of March 1, 2010, plus all other unpaid amounts that accrue prior to the effective date of assumption, and (ii) requiring the Debtors to continue to pay all amounts under the Agreements as they fall due after assumption of the Agreements. See Cure Objection at p. 8.

10. Pursuant to Section 11.3.3 of the Plan, QC and QCC worked, and continue to work, to resolve amicably the cure-related issues raised in the Cure Objection with, first, the Debtors, and following confirmation of the Plan, the reorganized debtors (the "Reorganized Debtors"). See Plan at § 11.3.3(ii), p. 48.

### D. Confirmation of the Plan

11. The Plan was confirmed on January 13, 2011. See Order Confirming Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Dated As Of December 29, 2010 (the "Confirmation Order") (Docket No. 2113) at ¶ 1, p. 4; see also Confirmation Order at § 40, pp. 20-21 (ordering the provisions of Section 11.1 of the Plan).

12. The Effective Date of the Plan occurred on January 24, 2011. See Notice of Occurrence of Effective Date of Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 2149) at p. 2.

## III. RELIEF REQUESTED

13. The Debtors provided certain telecommunications services to QCC. In addition to other amounts paid by QCC to the Debtors for such services between the Petition Date and the Effective Date, QCC paid but disputed $39,858.83 in billings for such services. By this Request, QC and QCC seek the entry of an order granting them an allowed administrative expense claim in the amount of $39,858.83 for such overpayments, plus additional amounts to QC and QCC as set forth below, which amounts constitute "actual, necessary costs and expenses of preserving the estate" pursuant to 11 U.S.C. § 503(b)(1)(A).

## IV. BASIS FOR RELIEF REQUESTED

### A. Postpetition Services Under the Agreements

14. Section 503(b)(1)(A) of the Bankruptcy Code provides, in relevant part, that a claimant is entitled to an administrative claim for "the actual, necessary costs and expenses of preserving the estate." 11 U.S.C. § 503(b)(1)(A); see also In re Ames Dept. Stores, 582 F.3d 422, 431 (2d Cir. 2009) ("[T]he Bankruptcy Code gives a higher priority to requests for

administrative expenses than to prepetition claims in order to encourage third parties to supply goods and services on credit to the estate, to the benefit of all of the estate's creditors.").

15. The Debtors provided certain telecommunications services to QCC. In addition to other amounts paid by QCC to the Debtors for such services between the Petition Date and the Effective Date, QCC paid but disputed $39,858.83 in billings for such services. As a result of these overpayments, QCC is entitled to $39,858.83 as an administrative expense claim. A list of QCC's overpayments to the Debtors between the Petition Date and the Effective Date is attached as Exhibit A.

16. The $39,858.83 due to QCC constitutes an "actual, necessary cost and expense of preserving the estate" pursuant to 11 U.S.C. § 503(b)(1)(A).[3] See Amalgamated Ins. Fund v. William B. Kessler, Inc., 55 B.R. 735, 739 (S.D.N.Y. 1985) ("In a Chapter 11 proceeding, where the debtor remains in business, administrative expenses include the costs of carrying on the debtor's business after the commencement of the proceeding.").

### B. The Cure Objection

17. As set forth above, QC and QCC have been working with the Debtors and the Reorganized Debtors to resolve amicably the issues raised in the Cure Objection.

18. "Courts have held that a right to immediate cure, such as that provided for in § 365, gives rise to a priority administrative expense under § 507(a)(2)." In re Wingspread Corp., 145 B.R. 784, 787 (S.D.N.Y. 1992). Accordingly, to the extent the Plan purports to bar

---

[3] In addition to the amounts overpaid by QCC to the Debtors, QCC also disputed $17,582.30 in billings by the Debtors to QCC between the Petition Date and the Effective Date which were not paid by QCC. Such amount is summarized in Exhibit B. QCC reserves any and all rights, remedies and defenses with respect to such disputes and with respect to any similar prepetition disputes set forth in its Proof of Claim.

QC and QCC from asserting the cure payments set forth in the Cure Objection,[4] and as QC and QCC work with the Reorganized Debtors to resolve the Cure payments due under the Agreements pursuant to Section 11.3.3(ii) of the Plan, QC and QCC reserve any and all claims, rights, remedies and defenses and expressly assert their entitlement to: (i) $985,413.40 to cure certain defaults under the Agreements as of March 1, 2010; (ii) all other unpaid amounts accrued and/or due prior to and on the effective date of assumption, and (iii) all amounts accrued and/or due under the Agreements after assumption of the Agreements.

WHEREFORE, QC and QCC respectfully request that this Court enter an order (i) granting QCC an allowed administrative expense claim in the amount of $39,858.83, plus, pursuant to the Cure Objection, any additional amount due as a cure payment as the result of the assumption of the Agreements; (ii) directing the Reorganized Debtors immediately to pay such allowed administrative expense claim; and (iii) granting such other relief to QC and QCC as is appropriate.

---

[4] See Plan at § 3.1, p. 18 ("[I]f any Administrative Expense Claim, including an ordinary course expense, is not billed or a request for payment is not made within sixty (60) days after the Effective Date, claims for payment of such Administrative Expense Claims shall be barred.").

Dated: March 24, 2011　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　REED SMITH LLP

　　　　　　　　　　　　　　　　By:　*Nicole K. O'Sullivan*
　　　　　　　　　　　　　　　　　　　Nicole K. O'Sullivan
　　　　　　　　　　　　　　　　　　　599 Lexington Avenue, Floor 22
　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　Tel: (212) 521-5400
　　　　　　　　　　　　　　　　　　　Fax: (212) 521-5450
　　　　　　　　　　　　　　　　　　　E-mail: nosullivan@reedsmith.com

　　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　Kurt F. Gwynne, Esquire
　　　　　　　　　　　　　　　　　　　Kimberly E.C. Lawson, Esquire
　　　　　　　　　　　　　　　　　　　Timothy Reiley, Esquire
　　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 1500
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　Tel: (302) 778-7500
　　　　　　　　　　　　　　　　　　　Fax: (302) 778-7575
　　　　　　　　　　　　　　　　　　　E-mail: kgwynne@reedsmith.com
　　　　　　　　　　　　　　　　　　　　　　　klawson@reedsmith.com
　　　　　　　　　　　　　　　　　　　　　　　treiley@reedsmith.com

　　　　　　　　　　　　　　　　　　　Counsel for Qwest Corporation and Qwest
　　　　　　　　　　　　　　　　　　　Communications Company, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

FAIRPOINT COMMUNICATIONS, INC.,     Case No. 09-16335 (BRL)
*et al.*,     Chapter 11
    (Jointly Administered)
        Debtors.
-------------------------------------------------------------x

**ORDER GRANTING MOTION OF QWEST CORPORATION AND QWEST COMMUNICATIONS COMPANY, LLC, FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

Upon consideration of the Motion of Qwest Corporation ("QC") and Qwest Communications Company, LLC ("QCC"), for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) (the "Motion"), and after notice and an opportunity for a hearing pursuant to 11 U.S.C. § 102(1), for the reasons set forth in the Motion, it is hereby

ORDERED THAT, the Motion is granted;

ORDERED THAT, pursuant to 11 U.S.C. § 503(b)(1)(A), QCC has an allowed administrative expense claim in the amount of $39,858.83; and, pursuant to the Cure Objection,[1] QC and QCC have an allowed administrative expense claim for any additional cure amount due as the result of the assumption of the Agreements; and it is further

ORDERED THAT, the Debtors shall pay such administrative expense claim within three (3) days after this Order is entered on the docket.

Dated: _____, 2011

                                          HONORABLE BURTON R. LIFLAND
                                          UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used herein but not defined shall have the meaning ascribed to them in the Motion.

REED SMITH LLP
599 Lexington Avenue, Floor 22
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Nicole K. O'Sullivan
E-mail: nosullivan@reedsmith.com

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:

| | |
|---|---|
| FAIRPOINT COMMUNICATIONS, INC., *et al.*, | Case No. 09-16335 (BRL) |
| | Chapter 11 |
| | (Jointly Administered) |
| Debtors. | |

--------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Nicole K. O'Sullivan, Esq., here certify that on this 24th day of March, 2011, a true and correct copy of the MOTION OF QWEST CORPORATION AND QWEST COMMUNICATIONS COMPANY, LLC, FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A) was served upon the addressees listed on the attached service list in the manners indicated.

                                                 By:   *Nicole K. O'Sullivan*
                                                                  Nicole K. O'Sullivan

**SERVICE LIST**

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>FAIRPOINT COMMUNICATIONS, INC.<br>521 EAST MOREHEAD STREET<br>SUITE 500<br>CHARLOTTE, NC 28202 | **VIA FIRST CLASS MAIL**<br>BENJAMIN FINESTONE, ESQ.<br>SUSHEEL KIRPALANI, ESQ.<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 11010 |
| **VIA FIRST CLASS MAIL**<br>ERIC S. TRESH, ESQ.<br>SUTHERLAND ASBILL & BRENNAN LLP<br>999 PEACHTREE STREET, NE<br>ATLANTA, GA 30309 | **VIA FIRST CLASS MAIL**<br>JAMES T. GROGAN, ESQ.<br>LUC A. DESPINS, ESQ.<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>75 EAST 55TH STREET<br>NEW YORK, NY 10022 |
| **VIA FIRST CLASS MAIL**<br>ROBERT E. WINTER, ESQ.<br>MILBANK, TWEED, HADLEY & MCCLOY<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | **VIA FIRST CLASS MAIL**<br>ANDREW D. VELEZ-RIVERA, ESQ.<br>OFFICE OF THE U.S. TRUSTEE<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY 10004 |
| **VIA FIRST CLASS MAIL**<br>BMC GROUP, INC.<br>CLAIMS AGENT<br>444 N. NASH STREET<br>EL SEGUNDO, CA 90245-2822 | **VIA FIRST CLASS MAIL**<br>ABHISHEK MATHUR, ESQ.<br>JEREMY B. RECKMEYER, ESQ.<br>JONATHAN LEVINE, ESQ.<br>PAUL N. SILVERSTEIN, ESQ.<br>ANDREWS KURT LLP<br>450 LEXINGTON AVENUE, 15TH FLOOR<br>NEW YORK, NY 10017 |
| **VIA FIRST CLASS MAIL**<br>UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK<br>ATTN: PREET BHARARA, ESQ.<br>86 CHAMBERS STREET<br>NEW YORK, NY 10007 | **VIA E-MAIL**<br>WILLKIE FARR & GALLAGHER LLP<br>ATTN: MARGOT B. SCHONHOLTZ, ESQ<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>MSCHONHOLTZ@WILLKIE.COM |
| **VIA FIRST CLASS MAIL**<br>SECURITIES AND EXCHANGE COMMISSION<br>233 BROADWAY<br>NEW YORK, NY 10279 | **VIA E-MAIL**<br>STROOCK & STROOCK & LAVAN LLP<br>ATTN: KRISTOPHER M. HANSEN, ESQ.<br>180 MAIDEN LANE<br>NEW YORK, NY 10038<br>KHANSEN@STROOCK.COM |

| | |
|---|---|
| **VIA E-MAIL**<br>FAIRPOINT COMMUNICATIONS, INC.<br>ATTN: SUSAN SOWELL, ESQ.<br>521 EAST MOREHEAD STREET<br>SUITE 500<br>CHARLOTTE, NC 28202<br>SSOWELL@FAIRPOINT.COM | **VIA FIRST CLASS MAIL**<br>ATTN: DISTRICT & REGIONAL DIRECTOR<br>INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>NEW YORK, NY 10007 |
| **VIA E-MAIL**<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>ATTN: JAMES T. GROGAN, ESQ.<br>PARK AVENUE TOWER<br>75 E 55TH STREET, FIRST FLOOR<br>NEW YORK, NY 10022<br>JAMESGROGAN@PAULHASTINGS.COM | **VIA FIRST CLASS MAIL**<br>FEDERAL COMMUNICATIONS COMMISSION<br>445 12TH STREET SW<br>WASHINGTON, DC 20554 |
| **VIA E-MAIL**<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>ATTN: DANNY CHOI, ESQ.<br>PARK AVENUE TOWER<br>75 E 55TH STREET, FIRST FLOOR<br>NEW YORK, NY 10022<br>DANNYCHOI@PAULHASTINGS.COM | **VIA E-MAIL**<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>ATTN: LUC A. DESPINS, ESQ<br>PARK AVENUE TOWER<br>75 E 55TH STREET, FIRST FLOOR<br>NEW YORK, NY 10022<br>LUCDESPINS@PAULHASTINGS.COM |
| **VIA E-MAIL**<br>BRUCE H. SIMON, ESQ.<br>COHEN, WEISS & SIMON, LLP<br>330 WEST 42ND STREET<br>25TH FLOOR<br>NEW YORK, NY 10036-6976<br>BSIMON@CWSNY.COM | **VIA E-MAIL**<br>SARIT SHMULEVITZ<br>SHMULEVITZ LAW<br>9 GLENWOOD ROAD<br>SCARSDALE, NEW YORK 10583<br>SHMULEVITZ@SHMULEVITZLAW.COM |
| **VIA E-MAIL**<br>JORDANNA L. NADRITCH, ESQ.<br>OLSHAN GRUNDMAN FROME ROSENZWEIG &<br>WOLOSKY LLP<br>PARK AVENUE TOWER<br>65 EAST 55TH STREET<br>NEW YORK, NEW YORK 10022<br>JNADRITCH@OLSHANLAW.COM | **VIA E-MAIL**<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>ATTN: CHRISTOPHER FONG, ESQ.<br>PARK AVENUE TOWER<br>75 E 55TH STREET, FIRST FLOOR<br>NEW YORK, NY 10022<br>CHRISTOPHERFONG@PAULHASTINGS.COM |

| | |
|---|---|
| **VIA E-MAIL**<br>ROBERT J. KEACH ESQ.<br>BERNSTEIN SHUR SAWYER & NELSON PA<br>100 MIDDLE STREET<br>PO BOX 9729<br>PORTLAND, ME 04104-5029<br>RKEACH@BERNSTEINSHUR.COM | **VIA E-MAIL**<br>BRUCE A. HARWOOD ESQ.<br>SHEEHAN PHINNEY BASS & GREEN PA<br>1000 ELM STREET<br>PO BOX 3701<br>MANCHESTER, NH 03105-3701<br>BHARWOOD@SHEEHAN.COM |
| **VIA E-MAIL**<br>PETER C. L. ROTH ESQ.<br>OFFICE OF THE NEW HAMPSHIRE ATTORNEY GENERAL<br>33 CAPITAL STREET<br>CONCORD, NH 03301<br>PETER.ROTH@DOJ.NH.GOV | **VIA E-MAIL**<br>DARRYL S. LADDIN, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW<br>SUITE 2100<br>ATLANTA, GA 30363-1031<br>DLADDIN@AGG.COM |
| **VIA E-MAIL**<br>RICHARD W. HEAD, ESQ.<br>OFFICE OF THE NEW HAMPSHIRE ATTORNEY GENERAL<br>33 CAPITAL STREET<br>CONCORD, NH 03301<br>RICHARD.HEAD@DOJ.NH.GOV | **VIA E-MAIL**<br>DAVID J. KOZLOWSKI, ESQ.<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br>KOZLOWSKI.DAVID@ARENTFOX.COM |
| **VIA E-MAIL**<br>FRANK N. WHITE, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW<br>STE 2100<br>ATLANTA, GA 30363-1031<br>FRANK.WHITE@AGG.COM | **VIA E-MAIL**<br>MICHAEL Z. BROWNSTEIN, ESQ.<br>BLANK ROME LLP<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174<br>MBROWNSTEIN@BLANKROME.COM |
| **VIA E-MAIL**<br>ROBERT M. HIRSH, ESQ.<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br>HIRSH.ROBERT@ARENTFOX.COM | **VIA E-MAIL**<br>B. FEDER, ESQ.<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVENUE<br>NEW YORK, NY 10178<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| **VIA E-MAIL**<br>JOEL C. SHAPIRO ESQ.<br>BLANK ROME LLP<br>ONE LOGAN SQUARE<br>PHILADELPHIA, PA 19103<br>SHAPIRO-JC@BLANKROME.COM | **VIA E-MAIL**<br>BRETT LAWRENCE, ESQ.<br>STROOCK & STROOCK & LAVAN LLP<br>180 MAIDEN LANE<br>NEW YORK, NY 10038-4982<br>BLAWRENCE@STROOCK.COM |

| | |
|---|---|
| **VIA E-MAIL**<br>MICHAEL L. SCHEIN ESQ.<br>VEDDER PRICE PC<br>1633 BROADWAY<br>47TH FLOOR<br>NEW YORK, NY 10019<br>MSCHEIN@VEDDERPRICE.COM | **VIA E-MAIL**<br>RICHARD G. MASON, ESQ.<br>WACHTELL LIPTON ROSEN & KATZ<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019<br>RGMASON@WLRK.COM |
| **VIA E-MAIL**<br>STEVEN M. SCHWARTZ, ESQ.<br>WINSTON & STRAWN LLP<br>200 PARK AVENUE<br>NEW YORK, NY 10166-4193<br>SSCHWARTZ@WINSTON.COM | **VIA E-MAIL**<br>HONOR S. HEATH ESQ.<br>NORTHEAST UTILITIES SERVICE CO<br>LEGAL DEPARTMENT<br>PO BOX 270<br>HARTFORD, CT 06141-0270<br>HEATHHS@NU.COM |
| **VIA E-MAIL**<br>J. CARR, ESQ.<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM | **VIA E-MAIL**<br>J. ALDERSON, ESQ.<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVENUE<br>NEW YORK, NY 10178<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| **VIA E-MAIL**<br>CHRISTIAN T. CHANDLER ESQ<br>CURTIS THAXTER STEVENS BRODER<br>& MICOLEAU LLC<br>ONE CANAL PLAZA, STE 1000<br>PO BOX 7320<br>PORTLAND, ME 04112-7320<br>CCHANDLER@CURTISTHAXTER.COM | **VIA E-MAIL**<br>JAMES E. FARRAH<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| **VIA E-MAIL**<br>ROBERT L. LEHANE<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM | **VIA E-MAIL**<br>JEREMY E. CRYSTAL<br>WILLKIE FARR & GALLAGHER LLP<br>787 7TH AVE<br>NEW YORK, NY 10019<br>JCRYSTAL@WILLKIE.COM |
| **VIA E-MAIL**<br>ALAN J. LIPKIN<br>WILLKIE FARR & GALLAGHER LLP<br>787 7TH AVE<br>NEW YORK, NY 10019<br>ALIPKIN@WILLKIE.COM | **VIA E-MAIL**<br>DANA S. PLON, ESQ.<br>SIRLIN GALLOGLY & LESSER PC<br>1529 WALNUT ST<br>STE 600<br>PHILADELPHIA, PA 19102<br>DPLON@SIRLINLAW.COM |

| | |
|---|---|
| **VIA E-MAIL**<br>MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>STEVEN A. GINTHER<br>P.O. BOX 475<br>JEFFERSON CITY, MO 65105-0475<br>SDNYECF@DOR.MO.GOV | **VIA E-MAIL**<br>LORI LAPIN JONES, ESQ.<br>LORI LAPIN JONES PLLC<br>98 CUTTER MILL RD<br>STE 201 N<br>GREAT NECK, NY 11021<br>LJONES@JONESPLLC.COM |
| **VIA E-MAIL**<br>E. FRANKLIN CHILDRESS JR., ESQ.<br>BAKER DONELSON ET. AL.<br>165 MADISON AVE<br>STE 2000<br>MEMPHIS, TN 38103<br>FCHILDRESS@BAKERDONELSON.COM | **VIA E-MAIL**<br>WILLIAM A. SLAUGHTER ESQ.<br>BALLARD SPAHR LLP<br>1735 MARKET STREET<br>51ST FLOOR<br>PHILADELPHIA, PA 19801<br>SLAUGHTER@BALLARDSPAHR.COM |
| **VIA E-MAIL**<br>BRIAN W. BISIGNANI ESQ<br>POST & SCHELL PC<br>17 NORTH 2ND ST<br>12TH FL<br>HARRISBURG, PA 17101-1601<br>BBISIGNANI@POSTSCHELL.COM | **VIA E-MAIL**<br>JOSEPH LUBERTAZZI JR.<br>MCCARTER & ENGLISH LLP<br>245 PARK AVENUE<br>27TH FLOOR<br>NEW YORK, NY 10167<br>JLUBERTAZZI@MCCARTER.COM |
| **VIA E-MAIL**<br>MATTHEW G. SUMMERS, ESQ.<br>BALLARD SPAHR LLP<br>919 N MARKET STREET<br>12TH FLOOR<br>WILMINGTON, DE 19801<br>SUMMERSM@BALLARDSPAHR.COM | **VIA E-MAIL**<br>GEORGE J. MARCUS, ESQ.<br>MARCUS, CLEGG & MISTRETTA, P.A.<br>ONE CANAL PLAZA, SUITE 600<br>PORTLAND, ME 04101<br>GMARCUS@MCM-LAW.COM |
| **VIA E-MAIL**<br>SAYAN BHATTACHARYYA, ESQ.<br>STROOCK & STROOCK & LAVAN LLP<br>180 MAIDEN LANE<br>NEW YORK, NY 10038-4982<br>SBHATTACHARYYA@STROOCK.COM | **VIA E-MAIL**<br>DAVID C. JOHNSON, ESQ.<br>MARCUS, CLEGG & MISTRETTA, P.A.<br>ONE CANAL PLAZA, SUITE 600<br>PORTLAND, ME 04101<br>DJOHNSON@MCM-LAW.COM |
| **VIA FIRST CLASS MAIL**<br>NATIONAL CITY MORTGAGE<br>BANKRUPTCY DEPARTMENT<br>3232 NEWMARK DRIVE<br>MIAMSBURG OH 45342 | **VIA E-MAIL**<br>GERALDINE E. PONTO, ESQ.<br>BAKER & HOSTETLER LLP<br>45 ROCKEFELLER PLAZA<br>NEW YORK, NY 10111<br>GPONTO@BAKERLAW.COM |

| | |
|---|---|
| **VIA E-MAIL**<br>JENNIE L. CLEGG, ESQ.<br>MARCUS, CLEGG & MISTRETTA, P.A.<br>ONE CANAL PLAZA, SUITE 600<br>PORTLAND, ME 04101<br>JCLEGG@MCM-LAW.COM | **VIA E-MAIL**<br>DAVID N. CRAPO, ESQ.<br>GIBBONS P.C.<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102-5310<br>DCRAPO@GIBBONS.COM |
| **VIA E-MAIL**<br>VINCENT A. D'AGOSTINO, ESQ.<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068<br>VDAGOSTINO@LOWENSTEIN.COM | **VIA E-MAIL**<br>SCOTT A. ZUBER, ESQ.<br>DAY PITNEY LLP<br>ONE JEFFERSON ROAD<br>PARSIPPANY, NJ 07054-2891<br>SZUBER@DAYPITNEY.COM |
| **VIA E-MAIL**<br>ANDREW ROSENBLATT, ESQ.<br>CHADBOURNE & PARKE LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NEW YORK 10112<br>AROSENBLATT@CHADBOURNE.COM | **VIA E-MAIL**<br>SCOTT CARGILL, ESQ.<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068<br>SCARGILL@LOWENSTEIN.COM |
| **VIA E-MAIL**<br>JOSEPH A. BECHT, ESQ.<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068<br>JBRECHT@LOWENSTEIN.COM | **VIA E-MAIL**<br>JAY H. ONG, ESQ.<br>MUNSCH HARDT KOPF & HARR, P.C.<br>401 CONGRESS AVENUE, SUITE 3050<br>AUSTIN, TEXAS 78701<br>JONG@MUNSCH.COM |
| **VIA E-MAIL**<br>BRUCE D. MAEL, ESQ.<br>BERKMAN, HENOCH, PETERSON & PEDDY, P.C.<br>100 GARDEN CITY PLAZA<br>GARDEN CITY, NY 11530<br>B.MAEL@BHPP.COM | **VIA E-MAIL**<br>ALAN J. BRODY, ESQ.<br>GREENBERG TRAURIG LLP<br>200 PARK AVENUE<br>FLORHAM PARK, NJ 07932<br>BRODYA@GTLAW.COM |
| **VIA E-MAIL**<br>JOSEPH M. CERRA, ESQ.<br>FORMAN HOLT ELIADES & RAVIN LLC<br>80 ROUTE 4 EAST<br>SUITE 290<br>PARAMUS, NJ 07652<br>JCERRA@FORMANLAW.COM | **VIA E-MAIL**<br>MATTHEW J. OCHS, ESQ.<br>MOYE WHITE LLP<br>1400 16TH STREET, 6TH FLOOR<br>DENVER, CO 80202-1473<br>MATT.OCHS@MOYEWHITE.COM |

| | |
|---|---|
| **VIA E-MAIL**<br>GREGORY J. MASCITTI, ESQ.<br>NIXON PEABODY LLP<br>437 MADISON AVENUE<br>NEW YORK, NY 10022<br>GMASCITTI@NIXONPEABODY.COM | **VIA E-MAIL**<br>CURTIS E. KIMBALL, ESQ.<br>RUDMAN & WINCHELL<br>84 HARLOW STREET<br>P.O. BOX 1401<br>BANGOR, ME 04402-1401<br>CKIMBALL@RUDMAN-WINCHELL.COM |
| **VIA E-MAIL**<br>JONATHAN I. LEVINE, ESQ.<br>ANDREWS & KURTH LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017<br>JONATHANLEVINE@ANDREWSKURTH.COM | **VIA E-MAIL**<br>JOSHUA GINDIN<br>NCO FINANCIAL SYSTEMS INC.<br>507 PRUDENTIAL RD.<br>HORSHAM, PA 19044<br>JOSH.GINDIN@NCOGROUP.COM |
| **VIA E-MAIL**<br>PAUL N. SILVERSTEIN, ESQ.<br>ANDREWS & KURTH LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017<br>PAULSILVERSTEIN@ANDREWSKURTH.COM | **VIA FIRST CLASS MAIL**<br>BANK OF AMERICA, N.A., AS AGENT<br>ATTN: MARIA BULIN, SYLVIA JACOBO,<br>ANTONIKIA THOMAS<br>901 MAIN STREET<br>14TH FLOOR<br>DALLAS, TX 75202 |
| **VIA E-MAIL**<br>COURTNEY M. ROGERS, ESQ.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>666 FIFTH AVENUE<br>NEW YORK, NEW YORK 10103<br>CROGERS@ORRICK.COM | **VIA E-MAIL**<br>DAVID I. SWAN, ESQ.<br>MCGUIREWOODS LLP<br>1750 TYSONS BLVD.<br>SUITE 1800<br>MCLEAN, VA 22102<br>DSWAN@MCQUIREWOODS.COM |
| **VIA E-MAIL**<br>KENNETH M. MISKIN, ESQ.<br>MCGUIREWOODS LLP<br>1750 TYSONS BLVD.<br>SUITE 1800<br>MCLEAN, VA 22102<br>KMISKIN@MCQUIREWOODS.COM | **VIA E-MAIL**<br>HANS S. PETERSON, ESQ.,<br>RUDMAN & WINCHELL<br>84 HARLOW STREET, PO BOX 1401<br>BANGOR, ME 04402-1401<br>HPETERSON@RUDMAN-WINCHELL.COM |
| **VIA E-MAIL**<br>SHAWN M. CHRISTIANSON, ESQ.<br>BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105-2126<br>SCHRISTIANSON@BUCHALTER.COM | **VIA E-MAIL**<br>DEBORAH J. DWYER<br>DISTRICT TAX ATTORNEY<br>1740 BROADWAY, 16TH FLOOR<br>NEW YORK, NEW YORK 10019<br>DEBORAH_DWYER@TAX.STATE.NY.US |

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>U.S. BANK NATIONAL ASSOCIATION<br>ATTN: RICK PROKOSCH<br>60 LIVINGSTON AVENUE<br>EP-MN-WS3C<br>ST PAUL, MN 55107 | **VIA E-MAIL**<br>TW TELECOM INC<br>LINDA BOYLE<br>10475 PARK MEADOWS DR #400<br>LITTLETON, CO 80124<br>LINDABOYLE@TWTELECOM.COM |
| **VIA FIRST CLASS MAIL**<br>TRAVELERS<br>SCOT FREEMAN<br>ACCOUNT RESOLUTION<br>ONE TOWER SQUARE 5MN<br>HARFORD, CT 06183 | **VIA E-MAIL**<br>DUNN CARNEY ALLEN HIGGINS & TONGUE<br>JAMES M. HILLAS<br>851 SW SIXTH<br>STE 1500<br>PORTLAND, OR 97204<br>JHILLAS@DUNNCARNEY.COM |
| **VIA FIRST CLASS MAIL**<br>UNITED STATES ATTORNEY FOR THE SOUTHERN<br>DISTRICT OF NEW YORK<br>ATTN: MARA E. TRAGER, ESQ.<br>ASSISTANT UNITED STATES ATTORNEY<br>86 CHAMBERS STREET<br>NEW YORK, NY 10007 | **VIA E-MAIL**<br>DOUGLAS J. WOLINSKY, ESQ.<br>PRIMMER PIPER EGGLESTON & CRAMER PC<br>150 SOUTH CHAMPLAIN STREET<br>PO BOX 1489<br>BURLINGTON, VT 05402-1489<br>TEL: 802-864-0880<br>DWOLINSKY@PPECLAW.COM |
| **VIA E-MAIL**<br>TERRY E. HALL<br>BAKER & DANIELS LLP<br>300 N. MERIDIAN STREET, SUITE 2700<br>INDIANAPOLIS, IN 46204<br>TERRY.HALL@BAKERD.COM | **VIA E-MAIL**<br>MARVIN E. CLEMENTS, JR.<br>TENNESSEE DEPARTMENT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TENNESSEE 37202-0207<br>AGBANKNEWYORK@AG.TN.GOV |
| **VIA E-MAIL**<br>KAREN VERONICA DEFIO, ESQ.<br>BOND, SCHOENECK & KING, PLLC<br>ONE LINCOLN CENTER, 18TH FLOOR<br>SYRACUSE, NEW YORK 13202<br>KDEFIO@BSK.COM | **VIA E-MAIL**<br>GERALD D. SILVER, ESQ.<br>CHADBOURNE & PARKE LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NEW YORK 10112<br>GSILVER@CHADBOURNE.COM |
| **VIA E-MAIL**<br>MENACHEM O. ZELMANOVITZ, ESQ.<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 PARK AVENUE<br>NEW YORK, NEW YORK 10178-0060<br>MZELMANOVITZ@MORGANLEWIS.COM | **VIA E-MAIL**<br>OKSANA LASHKO, ESQ.<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 PARK AVENUE<br>NEW YORK, NEW YORK 10178-0060<br>OLASHKO@MORGANLEWIS.COM |

| | |
|---|---|
| **VIA E-MAIL**<br>FRANK F. MCGINN, ESQ.<br>BARTLETT HACKET FEINBERG P.C.<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON, MA 02110<br>FFM@BOSTONBUSINESSLAW.COM | **VIA E-MAIL**<br>ALEXIS L. ALLEN, ESQ.<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 PARK AVENUE<br>NEW YORK, NEW YORK 10178-0060<br>ALEXIS.ALLEN@MORGANLEWIS.COM |
| **VIA E-MAIL**<br>DONALD R. CALAIARO<br>SUITE 1105, GRANT BUILDING<br>310 GRANT STREET<br>PITTSBURGH. PA 15219-2230<br>DCALAIARO@CALAIAROCORBETT.COM | **VIA E-MAIL**<br>MARTIN A. MOONEY, ESQ.<br>DEILY, MOONEY & GLASTETTER, LLP<br>8 THURLOW TERRACE<br>ALBANY, NEW YORK 12203<br>MMOONEY@DEILYLAWFIRM.COM |
| **VIA E-MAIL**<br>LAW OFFICES OF DAVID C. MCGRAIL<br>676A NINTH AVENUE #211<br>NEW YORK, NEW YORK 10036<br>DMCGRAIL@DAVIDMCGRAILLAW.COM | **VIA E-MAIL**<br>NEAL S. MANN<br>ASSISTANT ATTORNEY GENERAL<br>120 BROADWAY-24TH FLOOR<br>NEW YORK, NEW YORK 10271<br>NEAL.MANN@OAG.STATE.NY.US |
| **VIA E-MAIL**<br>MARY K. WARREN, ESQ.<br>JOSEPH G. MINIAS, ESQ.<br>WILLKIE FARR & GALLAGHER LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019-6099<br>MWARREN@WILLKIE.COM<br>JMINIAS@WILLKIE.COM | **VIA E-MAIL**<br>JOHN G. LOUGHNANE, ESQ.<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO INTERNATIONAL PLACE, 16TH FLOOR<br>BOSTON, MA 02110<br>JLOUGHNANE@ECKERTSEAMANS.COM |
| **VIA E-MAIL**<br>MARIE POLITO HOFSDAL, ESQ.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER<br>LLP<br>150 EAST 42ND STREET<br>NEW YORK, NEW YORK 10017<br>MARIE.HOFSDAL@WILSONELSER.COM | **VIA E-MAIL**<br>DAVID LEE, ESQ.<br>MARK BERMAN, ESQ.<br>NIXON PEABODY LLP<br>437 MADISON AVENUE<br>NEW YORK, NEW YORK 10022<br>DLEE@NIXONPEABODY.COM<br>MBERMAN@NIXONPEABODY.COM |
| **VIA E-MAIL**<br>PHILIP HELLER<br>FAGELBAUM & HELLER LLP<br>2029 CENTURY PARK EAST, SUITE 3550<br>LOS ANGELES, CALIFORNIA 90067<br>PH@FHLLPLAW.COM | **VIA E-MAIL**<br>GREGORY M. KENNAN<br>FAGELBAUM & HELLER LLP<br>20 NORTH MAIN ST., SUITE 125<br>P.O. BOX 230<br>SHERBORN, MA 01770<br>GMK@FHLLPLAW.COM |

| | |
|---|---|
| **VIA E-MAIL**<br>DOUGLAS E. DEUTCH, ESQ.<br>YOUNG YOO, ESQ.<br>CHADBOURNE & PARKE LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NEW YORK 10112<br>DDEUTSCH@CHADBOURNE.COM<br>YYOO@CHADBOURNE.COM | **VIA E-MAIL**<br>JOLEEN M. RICE<br>VERRILL DANA, LLP<br>ONE PORTLAND SQUARE<br>PORTLAND, ME 04112-0586<br>JRICE@VERRILLDANA.COM |
| **VIA E-MAIL**<br>HOWARD R. HAWKINS, JR.<br>INGRID BAGBY<br>ELLEN M. HALSTEAD<br>CADWALADER, WICKERSHAM & TAFT LLP<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281<br>HOWARD.HAWKINS@CWT.COM<br>INGRID.BAGBY@CWT.COM<br>ELLEN.HALSTEAD@CWT.COM | |