Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Counsel to the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re: : Chapter 11
:
**FAIRPOINT COMMUNICATIONS, INC., *et al.*,** : Case No. 09-16335 (BRL)
:
**Reorganized Debtors.** : (Jointly Administered)
:
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**AUGUST 25, 2011 AT 10:00 A.M.**

Location of Hearing: **THIS HEARING IS NOT GOING FORWARD. ALL MATTERS SCHEDULED TO BE HEARD ON AUGUST 25, 2011 HAVE BEEN ADJOURNED OR RESOLVED, AS THE CASE MAY BE, OR RELIEF WILL BE GRANTED WITHOUT A HEARING AS SET FORTH BELOW**

**I.  MATTERS SUBMITTED ON CERTIFICATE OF NO OBJECTION FOR RELIEF WITHOUT A HEARING**

  1.  FairPoint's Limited Objection Pursuant To Section 502(b) Of The Bankruptcy Code Seeking Reclassification Of Proof Of Claim Number 842 Filed By KGP Logistics, Inc. [Docket No. 2372]

      Related Documents: None.

      Responses Received: None.

      Status: A certificate of no objection will be filed granting the relief requested.

1

2. FairPoint's Eighty-Fourth Omnibus Objection to Claims (Claims Satisfied by Cure Scheduled Only Liabilities) [Docket No. 2389]

   Related Documents:

   A. Declaration of Todd Brents in Support of FairPoint's Omnibus Objections to Claims [Docket No. 2392]

   Responses Received: None.

   Status: A certificate of no objection will be filed granting the relief requested. The objection will be withdrawn with respect to the claim of the Weather Channel.

3. FairPoint's Eighty-Fifth Omnibus Objection to Claims (Claims Satisfied By Cure Scheduled Only Liabilities) [Docket No. 2390]

   Related Documents:

   A. Declaration of Todd Brents in Support of FairPoint's Omnibus Objections to Claims [Docket No. 2392]

   Responses Received:

   B. Objection of Vermont Telephone Company to Debtor's Eighty-Fifth Omnibus Objection to Claims [Docket No. 2405]

   Status: A certificate of no objection will be filed granting the relief requested with respect to all claims listed in the objection other than the claim of Vermont Telephone Company.

   The hearing on the objection, solely as it relates to the claim of Vermont Telephone Company is adjourned to October 6, 2011 at 10:00 a.m.

4. FairPoint's Eighty-Sixth Omnibus Objection to Claims ((A) Claims Satisfied by Cure Scheduled Only Liabilities Claims, (B) Claims Satisfied by Cure, (C) Claims to Be Reduced and Allowed, (D) No Basis in Books and Records, (E) No Basis and Late Filed Claims, and (F) Amended Claims) [Docket No. 2391]

   Related Documents:

   A. Declaration of Todd Brents in Support of FairPoint's Omnibus Objections to Claims [Docket No. 2392]

   Responses Received: None.

Status: A certificate of no objection will be filed granting the relief requested.

## II. WITHDRAWN MATTERS

5. FairPoint's Sixty-Eighth Omnibus Objection To Claims (Late Filed Claims) [Docket No. 1475]

    Related Documents:

    A. Declaration Of Todd Brents In Support Of FairPoint's (A) Objections To Claims and (B) Motions To Estimate Claims [Docket No. 1481]

    B. Notice of Withdrawal of FairPoint's Sixty-Eighth Omnibus Objection to Claims (Late Filed Claims) Solely With Respect to Proof of Claim Number 7718 [Docket No. 2402]

    Responses Received:

    C. Response Of Smith Media Inc. d/b/a WFFF-TV Fox 44 c/o TRC Optimum Fund LLC To FairPoint's Sixty-Eighth Omnibus Objection [Docket No. 1576]

    Status: This matter has been withdrawn.

6. FairPoint's Seventy-Seventh Omnibus Objection to Claims (Claims Satisfied By Cure) [Docket No. 2245]

    Related Documents: None.

    Responses Received: None

    Status: The objection will be withdrawn solely as it relates to the claims of Turner Network Sales Inc.

## III. ADVERSARY PROCEEDING (Adv. Proc. No. 11-01759 (BRL))

7. Motion to Dismiss Plaintiffs' Complaint [Adv. Proc. Docket No. 5]

    Related Documents: None.

    Responses Received:

    A. Plaintiffs' Opposition to Defendants' Motion to Dismiss And Countermotion For Determination of Core Status Pursuant to 28 U.S.C. § 157(B)(3) [Adv. Proc. Docket No. 16]

B. Defendants' Reply to Plaintiffs' Opposition to Motion to Dismiss [Adv. Proc. Docket No. 21]

C. Plaintiffs' Sur-reply to Defendants' Reply to Plaintiffs' Opposition to Motion to Dismiss [Adv. Proc. Docket No. 23]

Status: This matter is adjourned to a date to be determined.

IV. **ADJOURNED MATTERS**

8. FairPoint's Eighty-Third Omnibus Objection to Claims((A) Claims Satisfied by Cure, (B) Shareholder Claims, (C) Amended Claims, (D) Abandoned Account Receivable Claims, (E) Wrong Debtor Duplicative Claims, (F) No Basis In Books and Records, (G) Duplicative Priority Claims, and (H) Claims to be Reduced and Allowed) [Docket No. 2364]

   Related Documents: None.

   Responses Received:

   A. TRC Optimum Fund LLC And Glacial Energy Of New England, Inc.'s Joint Opposition To FairPoint's Eighty-Third Omnibus Objection To Claims (A) Claims Satisfied By Cure, (B) Shareholder Claims, (C) Amended Claims, (D) Abandoned Accounts Receivable Claims, (E) Wrong Debtor Duplicative Claims, (F) No Basis In Books And Records, (G) Duplicative Priority Claims, And (H) Claims To Be Reduced And Allowed [Docket No. 2377]

   B. Response to FairPoint's Eighty-Third Omnibus Objection to Claims of Correctional Billing Services [Docket No. 2378]

   Status: The hearing on the objection, solely as it relates to the joint opposition of TRC Optimum Fund LLC/Glacial Energy of New England, Inc. is adjourned to September 15, 2011 at 10:00 a.m. The response of Correctional Billing Services has been resolved.

9. FairPoint's Motion for Order Deeming Certain Scheduled Amounts Superseded by Related Proofs of Claim [Docket No. 1889]

   Related Documents:

   A. Declaration of Todd Brents in Support of FairPoint's Motion for Order Deeming Certain Scheduled Amounts Superseded by Related Proofs of Claim [Docket No. 1890]

B. Supplemental Notice of Adjournment of Hearing and Other Matters Concerning FairPoint's Motion for Order Deeming Certain Scheduled Amounts Superseded by Related Proofs of Claim [Docket No. 1927]

C. Order Granting FairPoint's Motion For Order Deeming Certain Scheduled Amounts Superseded By Related Proofs Of Claim [Docket No. 1992]

Status: The hearing on the motion with respect to the claim of Corre Opportunities Fund is adjourned to October 6, 2011 at 10:00 a.m.

10. FairPoint's Fifth Omnibus Objection To Claims (Claims Filed In Wrong Case - Duplicate Claims) [Docket No. 913]

Related Documents: None.

Responses Received:

A. Response of Caleidoscope Communication Company to FairPoint's Fifth Omnibus Objection To Claims [Docket No. 1041]

Status: This matter is adjourned to October 6, 2011 at 10:00 a.m.

11. FairPoint's Sixty-Ninth Omnibus Objection to Claims (Late Filed Claims) [Docket No. 1897]

Related Documents:

A. Declaration of Todd Brents in Support of FairPoint's Omnibus Objections to Claims [Docket No. 1904]

B. Order Granting FairPoint's Sixty-Ninth Omnibus Objection To Claims (Late Filed Claims) [Docket No. 1987]

Responses Received: None.

Status: The hearing on the objection as to the claims of the New York State Department of Taxation and Finance and Corre Opportunities Fund is adjourned to October 6, 2011 at 10:00 a.m.

12. FairPoint's Sixty-Seventh Omnibus Objection to Claims (No Basis in Books and Records) [Docket No. 1473]

Related Documents:

A. Declaration Of Todd Brents In Support Of FairPoint's (A) Objections To Claims And (B) Motions To Estimate Claims [Docket No. 1481]

Responses Received:

B. Claimant Donna Pratt's Response to Debtor's Sixty-Seventh Omnibus Objection to Claims [Docket No. 1658]

Status: The hearing on the claim filed by Donna Pratt is adjourned to October 6, 2011 at 10:00 a.m.

13. The Official Committee of Unsecured Creditors' Motion Pursuant To Fed. R. Bankr. P. 2004 For An Order Directing The Expeditious Production Of Certain Documents By Merrill Lynch & Co., Inc. [Docket No. 1856]

Related Documents:

A. Notice of Presentment of the Official Committee of Unsecured Creditors' Motion Pursuant To Fed. R. Bankr. P. 2004 For An Order Directing The Expeditious Production Of Certain Documents By Merrill Lynch & Co., Inc. [Docket No. 1882]

Responses Received:

B. Merrill's Response in Opposition to Plaintiffs Request to Produce [Docket No. 1913]

Replies:

C. The Litigation Trust's Reply To Merrill's Response In Opposition To The Committee's Rule 2004 Motion [Docket No. 2177]

D. Merrill Lynch's Supplemental Response In Opposition To Litigation Trusts Request To Produce [Docket No. 2182]

Status: This matter is adjourned to October 6, 2011 at 10:00 a.m.

14. Motion To Compel Verizon Communications Inc. And Its Subsidiaries To Comply With Terms Of May 18, 2010 Letter Agreement Relating To Official Committee Of Unsecured Creditors' Rule 2004 Motion [Docket No. 1920]

Related Documents: None

Responses Received:

    A.       Objection of Verizon Communications Inc. to Motion Official Committee of Unsecured Creditors to Compel [Docket No. 1962]

Replies Filed:

    B.       The Official Committee of Unsecured Creditors' Reply to Verizon's Objection To The Motion To Compel Verizon Communications, Inc. And Its Subsidiaries To Comply With Terms Of May 18, 2010 Letter Agreement [Docket No. 1973]

Status: This matter is adjourned to October 6, 2011 at 10:00 a.m.

Dated: August 24, 2011
       New York, New York

/s/ James T. Grogan
Luc A. Despins, Esq.
James T. Grogan, Esq.
PAUL HASTINGS LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Counsel to the Reorganized Debtors*