UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
: 
In re: : Chapter 11
:
FAIRPOINT COMMUNICATIONS, INC., et al., : Case No. 09-16335 (CGM)
:
      Reorganized Debtors. : (Jointly Administered)
:
------------------------------------------------------------------- x
:
In re: : Chapter 11
:
NORTHERN NEW ENGLAND TELEPHONE :
OPERATIONS LLC, : Case No. 09-16365 (CGM)
:
      Reorganized Debtor. :
------------------------------------------------------------------- x

**ORDER REOPENING NORTHERN NEW ENGLAND
TELEPHONE OPERATIONS LLC CHAPTER 11 CASE**

Upon consideration of the Motion of the FairPoint Litigation Trust (the "Trust") for an Order (i) Reopening FairPoint Communications, Inc. Chapter 11 Cases and (ii) Approving Settlement Agreement (the "Settlement Agreement") with Verizon Communications Inc., et al. ("Verizon") [Docket No. 2574] (the "Motion");[1] and the Court having been informed that the Trust intends to file an amended motion (the "Amended Motion") seeking approval of the Settlement Agreement following entry of this Order; and the Court having determined that due and adequate notice of the Motion has been provided and good cause shown; it is hereby

ORDERED AS FOLLOWS:

1. The Motion is granted solely to the extent set forth herein.

---

[1] All capitalized terms not defined in this Order shall have their respective meanings as set forth in the Motion.

1

NYC:286648.2

2. The above-captioned chapter 11 case of Northern New England Telephone Operations LLC ("NNETO") (Case No. 09-16365 (CGM)) is hereby reopened.

3. The chapter 11 case of NNETO shall be closed by the Clerk of the Court on the fifteenth (15th) day after the date that a final order with respect to the Amended Motion is entered if no appeal or motion for reconsideration from such final order is pending.

4. The chapter 11 cases of the affiliated Reorganized Debtors of NNETO (including, without limitation, the chapter 11 case of FairPoint Communications, Inc.) shall remain closed.

5. All matters relating to the relief requested in the Amended Motion shall be heard in NNETO's chapter 11 case, but such relief (to the extent granted) shall apply to the estates of all of the Reorganized Debtors.

6. The Trust shall be responsible for payment of all fees payable to the United States Trustee that may become due as a result of the reopening of NNETO's chapter 11 case.



**Dated: August 11, 2014**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

2

NYC:286648.2